UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WELL-COM ASSOCIATES, L.P.,

    Plaintiff,

v.

HONEYWELL INTERNATIONAL, INC.,

    Defendant.

Civil Action No.: 05 10056 JLT

## STIPULATION

The undersigned counsel for plaintiff Well-Com Associates, L.P. ("Well-Com") states that he has spoken with counsel for defendant Honeywell International, Inc. ("Honeywell"), Brian Israel, Arnold & Porter in Washington, D.C. The parties have agreed that defendant may have until April 22, 2005 to file a responsive pleading in order to permit the parties to continue the discussions concerning a possible resolution of this matter.

Well-Com Associates, L.P.

_____
A. Neil Hartzell, Esq. (BBO #544752)
Matthew M. O'Leary (BBO #644007)
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4500

Dated: March 10, 2005

00900791