# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Massachusetts

Well-Com Associates, L.P.

V.

Honeywell International, Inc.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

## 05 · 10056 JLT

TO: (Name and address of Defendant)

Honeywell International, Inc.
101 Columbia Road
Morristown, NJ  07962

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

A. Neil Hartzell, Esq.
Donovan Hatem LLP
Two Seaport Lane
Boston, MA  02210

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  1/10/2005

I hereby certify and return that today, February 17, 2005, I served a true and attested copy of the within Summons together with a copy of the complaint in this action upon the within named Honeywell International Inc., c/o Registered Agent, Corporation Service Company, by giving in hand to Bernardo Montanez Agent in Charge. Said service was effected at: Honeywell International Inc., c/o Corporation Service Company, Registered Agent, 84 State Street, Boston, MA 02109.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on February 17, 2005.

_____

**Francis Davis**, Constable, City of Boston
& Disinterested Person over Age 18.

Service & Travel: $45.00

**Butler and Witten**
Boston, MA
(617) 325-6455