UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

―――――――――――――――――――――――  )
                                          )
WELL-COM ASSOCIATES, L.P.,                )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )        Civil Action No. 05-10056-JLT
                                          )
HONEYWELL INTERNATIONAL INC.,             )
                                          )
            Defendant.                    )
―――――――――――――――――――――――  )

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for

defendant, Honeywell International Inc.

Dated: April 22, 2005                     _s/David B. Chaffin_
                                          David B. Chaffin
                                          BBO No. 549245
                                          HARE & CHAFFIN
                                          160 Federal Street
                                          Boston, Massachusetts 02110
                                          (617) 330-5000