UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WELL-COM ASSOCIATES, L.P.,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>HONEYWELL INTERNATIONAL, INC.,  )<br>  )<br>    Defendant.  )<br>  ) | Docket Number 05-10056-JLT |

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1

The plaintiff, Well-Com Associates, L.P., and its counsel hereby certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Attorneys for plaintiff,                                              Well-Com Associates, L.P.

                                                                By its General Partner,
                                                                378 Commercial Street Associates, Inc.

/s/ A. Neil Hartzell                                              /s/ John M. Pereira
A. Neil Hartzell, BBO# 544752                          John M. Pereira, President and Treasurer
Matthew M. O'Leary, BBO# 652033                 C/o Combined Properties, Inc.
DONOVAN HATEM LLP                                   300 Commercial Street, Suite 25
Two Seaport Lane                                            Malden, MA 02147
Boston, MA 02210                                             (718) 321-7800
(617) 406-4500

00926109.DOC