UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WELL-COM ASSOCIATES, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10056-JLT |

CERTIFICATION OF DEFENDANT

We, the undersigned, Thomas K. Christo, Esq., counsel for defendant, Honeywell International Inc. ("Honeywell"), and the undersigned authorized representative of Honeywell International Inc., hereby affirm that we have conferred with a view to establishing a budget for the cost of conducting the full course - and various alternative courses including mediation - for the litigation and have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Dated: June 27, 2005

HONEYWELL INTERNATIONAL INC.,

By its attorneys,

_____
Prashant K. Gupta
Remediation Manager
Honeywell International Inc.
101 Columbia Road
Morristown, NJ 07960
(973)455-3023

_____
Thomas K. Christo
BBO No. 083240
David B. Chaffin
BBO No. 549245
Hare & Chaffin
160 Federal Street
Boston, MA 02110
(617) 330-5000

Of Counsel:

Brian D. Israel, Esq.
Arnold & Porter, LLP
555 12th Street, NW
Washington, D.C. 20004
(202) 942-6546

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 6/27/05

Karen Gibson