UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WELL-COM ASSOCIATES, L.P., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 05-10056-JLT |
| v. | * | |
| | * | |
| HONEYWELL INTERNATIONAL, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

July 5, 2005

TAURO, J.

After the Scheduling Conference held on July 5, 2005, this court hereby orders that:

1. Plaintiff may depose (1) David Greene, (2) D.E. Greene, if different from David Greene, (3), E.G. Mathey, (4) S.P. Clayton, (5) Patrick Henry, (6) W.E. Yankovitch, and (7) Honeywell International, Inc. pursuant to Fed. R. Civ. P. 30(b)(6);

2. Defendant may depose (1) Well-Com Associates, L.P. pursuant to Fed. R. Civ. P. 30(b)(6), (2) John M. Pereira, (3) Brian G. Cafferty, (4) Michael Keiselbach, (5) Stanton L. Black, (6) Edward Kazanjian, (7) Joseph F. Carabetta, (8) Robert J. Ankstitus, (9) Ian S. Cannan, and (10) Jeffrey A. Nangle;

3. On or before July 21, 2005, Plaintiff may serve interrogatories on Defendant to determine the names and current addresses of current and former employees of Defendant and its predecessor companies that have worked at the contested site;

4. Defendant shall respond to Plaintiff's interrogatories by August 5, 2005;

5. No additional discovery will be permitted without leave of this court; and

6. A Further Conference is scheduled for August 11, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                        /s/ Joseph L. Tauro  
                                  United States District Judge