UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WELL-COM ASSOCIATES, L.P.,<br><br>        Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC.,<br><br>        Defendant. | Civil Action No. 05-10056-JLT |

### HONEYWELL INTERNATIONAL INC.'S LIST
### OF PERSONS IT WISHES TO DEPOSE

Pursuant to the May 27, 2005 Discovery Order, Honeywell International Inc. provides the following list of persons it wishes to depose.

### Anticipated Deponents

1. Plaintiff pursuant to Rule 30(b)(6)
2. John M. Pereira
3. Brian G. Cafferty
4. Michael Keiselbach
5. Stanton L. Black
6. Edward Kazanjian
7. Joseph F. Carabetta
8. Robert J. Ankstitus
9. Ian S. Cannan

10.     Jeffrey A. Nangle

Honeywell reserves the right to amend or supplement the foregoing list.

Dated: June 27, 2005                    HONEYWELL INTERNATIONAL INC.,

                                        By its attorneys,

                                        _____
                                        Thomas K. Christo
                                        BBO No. 083240
                                        David B. Chaffin
                                        BBO No. 549245
                                        Hare & Chaffin
                                        160 Federal Street
                                        Boston, MA 02110
                                        (617) 330-5000

                                        Of Counsel:

                                        Brian D. Israel, Esq.
                                        Arnold & Porter, LLP
                                        555 12th Street, NW
                                        Washington, D.C. 20004
                                        (202) 942-6546

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 6·27·05

2