UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WELL-COM ASSOCIATES, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL, INC., )<br>)<br>Defendant. )<br>) | "FILED IN OPEN COURT"<br>8-11-05<br>ZL<br><br>Docket Number 05-10056-JLT |

### PLAINTIFF'S AMENDED LIST OF POTENTIAL DEPONENTS

The plaintiff, Well-Com Associates, L.P. (Well-Com"), hereby submits the following amended list of potential deponents:

1. David Greene, former Sales Manager at the district sales office at 378 Commercial Street, Malden, MA ("the Site").

2. D. E. Greene (if different from David Greene) listed as the "dis, mgr.; bldg. Mat." at the sales office at the Site in 1962, according to company literature provided by Honeywell.

3. E. G. Mathey, listed as "mgr., pav. mat" at the sales office at the Site in 1962, according to company literature provided by Honeywell.

4. S.P. Clayton, Production Manager, Paving Materials Operations, for Barrett/Allied in 1961, according to a correspondence provided by Honeywell.

5. Patrick Henry, employee of the Plastics Division of Allied Chemical Corp. as of 1970, according to a correspondence provided by Honeywell.

6. W.E. Yanovitch, 600 Harourwood Drive, Midlothian, Virginia.

7. Honeywell International, Inc. pursuant to Fed. R. Civ. P. 30(b)(6).

8. Paul H. Arbesman, 88 Wildenwood Run, Bristol, Connecticut.

9. Lawrence M. Fischer, 112 Luton Place North, Greenwood, South Carolina.

10. John L. Welch, 216 Bramble Court, Williamsville, New York.

11. R.W. Mumford, 11 Chick Street, Metropolis, Illinois.

12. Edward W. Callahan, 16940 Bat Street, Apt. 207N, Jupiter, Florida.

13. William B. Smith, 110 Boxwood Lane, Anderson, South Carolina.

14. Edward Hennessey, 500 Island Beach, Palm Beach Florida.

15. Travelers Insurance Company pursuant to Fed. R. Civ. P. 30(b)(6).

16. George Balch, AlliedSignal, Inc., address unknown.

17. Mr. Kent, referred to on a document produced by the defendant bates stamped HON 000004, address unknown.

18. David Dolan, referred to on a document produced by the defendant bates stamped HON 001235, address unknown.

19. Paul Norian, referred to on a document produced by the defendant bates stamped HON 001235, address unknown.

Well-Com reserves the right to supplement or amend this list.

Well-Com Associates, L.P.

By its attorneys,

A. Neil Hartzell, Esq. (BBO #544752)
Matthew M. O'Leary (BBO #652033)
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4500

Dated: August 11, 2005
00936611.DOC

2