UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WELL-COM ASSOCIATES, L.P., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 05-10056-JLT |
| v. | * | |
| | * | |
| HONEYWELL INTERNATIONAL, INC., | * | |
| | * | |
| Defendant. | * | |

ORDER

August 15, 2005

TAURO, J.

After the Further Conference held on August 11, 2005, this court hereby orders that:

1. Plaintiff may depose the individuals identified on its Amended List of Potential Deponents [#15];

2. Defendant may depose Rosanna Sattler;

3. The abovementioned discovery shall be completed by January 31, 2006; and

4. A Further Conference is scheduled for February 13, 2006 at 10:00 a.m.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge