UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                    )
WELL-COM ASSOCIATES, L.P.,              )
                      **Plaintiff,**       )
                                                                    )
  vs.                                                       )     Docket No. 05-10056-JLT
                                                                    )
HONEYWELL INTERNATIONAL, INC.,   )
                      **Defendant.**     )
_____

TO THE CLERK:

       Please enter my Appearance on behalf of the plaintiff, Well-Com Associates, L.P. in the above-captioned matter.

                                                  Payette Associates, Inc.

                                                  /s/ Patricia Gary
                                                  Patricia B. Gary / BBO No. 554731
                                                  DONOVAN HATEM, LLP
                                                  World Trade Center East
                                                  Two Seaport Lane
                                                  Boston, MA  02210
                                                  617-406-4500