UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WELL-COM ASSOCIATES, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL INC., )<br>)<br>Defendant. )<br>) | Docket No. 05-10056-JLT |

**ASSENTED TO MOTION FOR FOUR-DAY ENLARGEMENT
OF TIME TO RESPOND TO CROSS-MOTION
FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Honeywell International Inc., respectfully moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a four-day enlargement, to March 3, 2006, of the time within which it must respond to Plaintiff's cross-motion for partial summary judgment. The grounds for this motion are:

1. Plaintiff filed its cross-motion for partial summary judgment on February 13, 2006.

2. Honeywell's opposition to the cross-motion is due on February 27, 2006.

3. In support of its cross-motion (and in opposition to Honeywell's motion for summary judgment), Plaintiff filed a 40-page memorandum and a number of lengthy affidavits.

4. The cross-motion raises a number of new issues.

5. As a result, Honeywell requires additional time to prepare its response to the cross-motion. It requests only four additional days because it intends to file its opposition sufficiently in advance of the March 7, 2006 conference.

6. Counsel for Plaintiff has assented to this motion.

WHEREFORE, Honeywell respectfully requests that the time within which it must respond to Plaintiff's cross-motion for partial summary judgment be enlarged to March 3, 2006.

Dated: February 23, 2006

HONEYWELL INTERNATIONAL INC.,

By its attorneys,

/s/David B. Chaffin
Thomas K. Christo (BBO #083240)
David B. Chaffin (BBO #549245)
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110-1700
(617) 330-5000

Of Counsel:

Brian D. Israel, Esq.
Arnold & Porter, LLP
555 12th Street, NW
Washington, D.C. 20004
(202) 942-6546

ASSENTED TO:

/s/Matthew M. O'Leary
Matthew M. O'Leary (BBO # 652033)
Donovan Hatem LLP
World Trade Center
Two Seaport Lane
Boston, MA 02210

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 23, 2006.

                                                /s/David B. Chaffin
                                                David B. Chaffin