UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WELL-COM ASSOCIATES, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-10056-JLT |

### NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned action as counsel of record for defendant, Honeywell International Inc.

Dated: February 23, 2006

*s/Thomas K. Christo*
Thomas K. Christo
BBO No. 083240
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000