UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WELL-COM ASSOCIATES, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 05-10056-JLT |
| ) | |
| HONEYWELL INTERNATIONAL INC., ) | |
| ) | |
| Defendant. ) | |

**MOTION TO STRIKE PORTIONS OF**
**AFFIDAVITS SUBMITTED BY PLAINTIFF**

Defendant, Honeywell International, Inc. ("Honeywell"), respectfully moves to strike portions of each of the three affidavits submitted by plaintiff, Well-Com Associates, L.P. ("Well-Com").

The grounds for this motion are set forth in the accompanying memorandum.

WHEREFORE, Honeywell respectfully requests that potions of each of the three affidavits submitted by Well-Com be stricken.

Dated: March 3, 2006                    HONEYWELL INTERNATIONAL INC.,

By its attorneys,

/s/David B. Chaffin
Thomas K. Christo (BBO #083240)
David B. Chaffin (BBO #549245)
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110-1700
(617) 330-5000

Of Counsel:

Brian D. Israel, Esq.
Arnold & Porter, LLP
555 12th Street, NW
Washington, D.C. 20004
(202) 942-6546

### CERTIFICATION OF CONSULTATION

Pursuant to Rule 7.1(A) of the Local Rules of this Court, I certify that counsel have conferred and attempted in good faith to resolve or narrow the issues presented by this motion but have been unable to do so.

/s/David B. Chaffin

### CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 3, 2006.

/s/David B. Chaffin