UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WELL-COM ASSOCIATES, L.P., * | |
| * | |
| Plaintiff, * | |
| * | Civil Action No. 05-10056-JLT |
| v. * | |
| * | |
| HONEYWELL INTERNATIONAL, INC., * | |
| * | |
| Defendant. * | |
| * | |
| * | |

ORDER

March 9, 2006

TAURO, J.

After the Further Conference held on March 7, 2006, this court hereby orders that:

1. Plaintiff has until March 31, 2006 to file its Reply Memorandum to <u>Defendant's Memorandum in Opposition to Plaintiff's Cross Motion for Partial Summary Judgment</u> [#32], and any other relevant motions as discussed in open court;

2. Defendant has until April 14, 2006 to file its response(s) to the abovementioned motions;

3. Each party must designate its chosen experts within thirty (30) days after this court issues its decision on the parties respective motions for summary judgment;

4. The parties must depose the abovementioned experts within sixty (60) days after

their designation; and

5. A Further Conference will be scheduled.

IT IS SO ORDERED.

                                                              /s/ Joseph L. Tauro  
                                                         United States District Judge