UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WELL-COM ASSOCIATES, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket Number 05-10056-JLT |
| | ) | |
| HONEYWELL INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**SUPPLEMENTAL AFFIDAVIT OF JOHN M. PEREIRA**

I, John M. Pereira, having personal knowledge of the facts herein stated, under oath depose and say as follows:

1.      I am the President of Combined Properties, Inc., Malden, Massachusetts ("Combined").

2.      Combined is the managing agent of Well-Com Associates, L.P. ("Well-Com").

3.      Well-Com is the owner of property located at 378 Commercial Street, Malden, Massachusetts ("the Site").  Well-Com acquired a 100% ownership interest in the Site through a series of conveyances from Commercial Street Properties, Inc., Well-Com Associates, Inc., and Well-Com, Inc., in 1996.  I own 100% of the limited partnership interest in Well-Com.  The general partner is of Well-Com is 378 Commercial Street Associates, Inc.  I own 100% of the stock of 378 Commercial Street Associates, Inc.

4.      In early 1996, I acquired 100% of the limited partnership interest in Well-Com as part of a larger transaction in which I acquired numerous limited partnership interests.

5.      As part of the my acquisition of the numerous limited partnership interests, I acquired interests in numerous properties, including the Site.

6.      In assuming the assets associated with the numerous limited partnership interests, I also assumed the liabilities associated with those partnership interests.  Those liabilities were assumed with full debt, and significantly outweighed the assets.  Those liabilities included the personal guarantee of multiple bank loans.

7.      In late 1996, the mortgage loan with Bank of Boston Connecticut, one of many bank loans that I had personally guaranteed, was restructured.

8.      The numerous limited partnership interests were acquired before the restructuring of the Bank of Boston Connecticut mortgage loan, and at the time I acquired the numerous limited partnership interests in early 1996, I lacked any knowledge that such a restructuring would occur in the future.

9.      It is my opinion, based on my assumption of liabilities with full debt, guaranteed personally by me, that when I acquired the limited partnership interests of those numerous properties (including the Site), the price was not discounted because of contamination on the Site.

10.      Combined retained Robert Ankstitus as a Licensed Site Professional in connection with the Site.

11.      Robert Ankstitus is employed by Rizzo Associates, Inc. ("Rizzo"), a Tetra Tech Company, Framingham, Massachusetts.

12.      Rizzo began working on a Phase I Initial Site Investigation for the Site in May 1999.

13.    From May 1999 through January 2006, Well-Com has paid Rizzo $231,823.50 for services related to the Site.  Invoices reflecting this cost are attached hereto as exhibits.  These exhibits reflect only the costs associated with Rizzo.  Combined has incurred additional costs and fees in connection with work at the Site, including legal fees.

14.    The $231,823.50 includes (1) the preparation and submission of a Phase I Initial Site Investigation, Tier Classification, Phase II Comprehensive Site Assessment, Phase III Remedial Action Alternatives Report, Phase IV Remedy Implementation Plan, a Release Abatement Measure Plan, and a Tier II Extension to the Department of Environmental Protection, pursuant to the Massachusetts Contingency Plan; (2) actual remediation at the Site; and (3) other costs associated with the remediation of the Site, including but not limited to, meetings, phone calls, and other correspondence.

15.    Since January 2006, Rizzo has prepared a revised Phase III Feasibility Analysis with a revised Remedial Action Plan and a revised Phase IV Remedy Implementation Plan, pursuant to the Massachusetts Contingency Plan.


Signed under the pains and penalties of perjury this 31st day of March, 2006.


/s/ John M. Pereira_____
JOHN M. PEREIRA


## CERTIFICATE OF SERVICE

I, Patricia B. Gary, Esq., hereby certify that on this 31st day of March, 2006, a copy of the foregoing was served on the attorney for the defendant by electronic means pursuant to Local Rule 5.2(b).

/s/ Patricia B. Gary_____
Patricia B. Gary / BBO No. 554731



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000

RECEIVED
JAN 2 3 2006
COMBINED PROPERTIES, INC.

| | | |
|---|---|---|
| **BILL TO:** | COMBINED PROPERTIES, INC | **INVOICE NUMBER:** 50020801 |
| **ATTN:** | ATTN: ACCOUNTS PAYABLE | **INVOICE DATE:** 01/16/06 |
| | 25 RIVERVIEW BUSINESS PARK | **SERVICES RENDERED THROUGH:** 12/30/05 |
| | 300 COMMERCIAL ST. | **FEDERAL TAX ID#:** 04-2787305 |
| | MALDEN, MA 02148-7311 | **TERMS:** NET 30 |

**PROFESSIONAL SERVICES:**
378 Commercial St., Malden MA ; Remediation ; P.O. # 20448

| Project Number | 1276407006 | COMBINED PROPERTIES/MALDEN MA |
|---|---|---|
| Top Task | 001 | COMBINED PROPERTIES/MALDEN MA |

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
|---|---|---|
| Project Manager Environmental III S | 13.00 | $2,008.50 |
| **TOTAL LABOR** | **13.00** | **$2,008.50** |
| | Subtotal Task# 001 | $2,008.50 |
| | Total Project# 1276407006 | $2,008.50 |
| | **TOTAL AMOUNT DUE THIS INVOICE:** | **$2,008.50** |

*Ctrl 6768*

| | | | DATE |
|---|---|---|---|
| 1/24 | 2/7 | DMK | 2/3/06 |
| PROPERTY CODE | | VENDOR | |
| WellCom | | Rizzo | |
| PREFIX | | ACCT. # | |
| | | 7612-0000 | |
| AMT. PAID | CHECK # | DATE PAID | |
| 2,008.50 | 6029 | 2/9 | |

**REMIT PAYMENT TO:**
Tetra Tech RAI
DEPT 1626
DENVER, CO 80291-1626

To ensure accurate posting, please note the invoice number on your check.
Interest will be charged on all past-due amounts per contract terms and conditions.



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000



RECEIVED
NOV 2 1 2005
COMBINED PROPERTIES, INC.

| | | |
|---|---|---|
| **BILL TO:** | COMBINED PROPERTIES, INC | **INVOICE NUMBER:** 50016168 |
| **ATTN:** | Michael K Keiselbach | **INVOICE DATE:** 11/15/05 |
| | 25 RIVERVIEW BUSINESS PARK | **SERVICES RENDERED THROUGH:** 11/04/05 |
| | 300 COMMERCIAL ST. | **FEDERAL TAX ID#:** 04-2787305 |
| | MALDEN, MA 02148-7311 | **TERMS:** NET 30 |

**PROFESSIONAL SERVICES:**
378 Commercial St., Malden MA ; Remediation; P.O. # *20*

**Project Number** 1276407007     COMBINED PROPERT/MALDEN MA
**Top Task**     001         COMBINED PROPERTIES/MALDEN MA/P.O. #20

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
|---|---|---|
| Administrative Assistant III | 4.00 | $206.00 |
| Environmental Scientist I | 9.50 | $704.52 |
| Environmental Scientist II | 126.00 | $11,031.34 |
| Management II | 48.00 | $4,944.00 |
| Project Manager Environmental III S | 26.00 | $4,017.00 |
| **TOTAL LABOR** | **213.50** | **$20,902.86** |

| OTHER DIRECT COST TYPE | CURRENT AMOUNT |
|---|---|
| Courier Services | $90.97 |
| **TOTAL OTHER DIRECT CHARGES** | **$90.97** |

| SUBCONTRACTOR CHARGES | CURRENT AMOUNT |
|---|---|
| FILLI LLC | $3,364.91 |
| PINE ENVIRONMENTAL SERVICES INC | $156.98 |
| TECHNICAL DRILLING SERVICES INC | $7,257.65 |
| **TOTAL SUBCONTRACTOR CHARGES** | **$10,779.54** |

                **Subtotal Task# 001**     **$31,773.37**

                **Total Project# 1276407007**     **$31,773.37**

                **TOTAL AMOUNT DUE THIS INVOICE:**     **$31,773.37**

*[handwritten stamp block:]*
RECORD ENTERED | 12/5 | APPROVED BY DATE | MWC 11/14/05
PROPERTY CODE | Well Com | VENDOR | Rizzo
PREFIX | | ACCT # | 7612-0000
AMT. PAID 31,773.37 | CHECK # 5759 | DATE PAID 12/21

*[handwritten:]* PTW #977

**REMIT PAYMENT TO:**
**Tetra Tech RAI**
**DEPT 1626**
**DENVER, CO 80291-1626**

**To ensure accurate posting, please note the invoice number on your check.**
**Interest will be charged on all past-due amounts per contract terms and conditions.**



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000


RECEIVED
NOV 2 1 2005
COMBINED PROPERTIES, INC

BILL TO:   COMBINED PROPERTIES, INC
ATTN:       Accounts Payable
                25 RIVERVIEW BUSINESS PARK
                300 COMMERCIAL ST.
                MALDEN, MA 02148-7311

**INVOICE NUMBER:** 50016097
**INVOICE DATE:** 11/14/05
**SERVICES RENDERED THROUGH:** 10/28/05
**FEDERAL TAX ID#:** 04-2787305
**TERMS:** NET 30

PROFESSIONAL SERVICES:
378 Commercial St., REMEDIATION RAM; P.O. 19672

| Project Number | 1276407005 | COMBINED PROPERTIES/PO 19672 | | |
|---|---|---|---|---|
| Top Task | 001 | REMEDIATION RAM; P.O. 19672 | | |

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
|---|---|---|
| Environmental Scientist II | 16.00 | $1,400.80 |
| **TOTAL LABOR** | **16.00** | **$1,400.80** |

| OTHER DIRECT COST TYPE | | CURRENT AMOUNT |
|---|---|---|
| Shipping - Overnight | | $9.89 |
| **TOTAL OTHER DIRECT CHARGES** | | **$9.89** |

| | Subtotal Task# 001 | $1,410.69 |
|---|---|---|
| | Total Project# 1276407005 | $1,410.69 |

**TOTAL AMOUNT DUE THIS INVOICE:** $1,410.69

| RECEIVED | ENTERED | APPROVED BY | DATE |
|---|---|---|---|
| | 12/15 | NMK | 12/2/05 |
| PROPERTY CODE | | VENDOR | |
| WellCom | | Rizzo | |
| PREFIX | | ACCT. # | |
| | | 7612-0000 | |
| AMT. PAID | CHECK # | DATE PAID | |
| 1,410.69 | 5759 | 12/21 | |

*ctr 4974*

REMIT PAYMENT TO:
Tetra Tech RAI
DEPT 1626
DENVER, CO 80291-1626

To ensure accurate posting, please note the invoice number on your check.
Interest will be charged on all past-due amounts per contract terms and conditions.



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000

OCT 18 2005

BILL TO:    COMBINED PROPERTIES, INC
ATTN:    Accounts Payable
25 RIVERVIEW BUSINESS PARK
300 COMMERCIAL ST.
MALDEN, MA 02148-7311

**INVOICE NUMBER:** 50013808
**INVOICE DATE:** 10/14/05
**SERVICES RENDERED THROUGH:** 09/30/05
**FEDERAL TAX ID#:** 04-2787305
**TERMS:** NET 30

**PROFESSIONAL SERVICES:**
378 Commercial St., REMEDIATION RAM; P.O. 19672

Project Number    1276407005    COMBINED PROPERTIES/PO 19672
Top Task    001    REMEDIATION RAM; P.O. 19672

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
|---|---|---|
| Environmental Scientist II | 16.00 | $1,400.81 |
| Project Manager Environmental III S | 2.00 | $309.00 |
| **TOTAL LABOR** | **18.00** | **$1,709.81** |
| | Subtotal Task# 001 | $1,709.81 |
| | Total Project# 1276407005 | $1,709.81 |
| | **TOTAL AMOUNT DUE THIS INVOICE:** | **$1,709.81** |

#4000

| REC'D A/P | ENTERED | APPROVED BY DATE |
|---|---|---|
| 10/19/05 | 10/26/05 | |
| PROPERTY CODE | | VENDOR |
| wellcom | | Rizzo |
| PREFIX | | ACCT. # |
| | | 7612-0000 |
| AMT. PAID | CHECK # | DATE PAID |
| 1709.81 | 5480 | 11/8 |

**REMIT PAYMENT TO:**
**Tetra Tech RAI**
**DEPT 1626**
**DENVER, CO 80291-1626**

To ensure accurate posting, please note the invoice number on your check.
Interest will be charged on all past-due amounts per contract terms and conditions.

OCT 18 2005



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000

**BILL TO:** COMBINED PROPERTIES, INC
**ATTN:** ATTN: ACCOUNTS PAYABLE
25 RIVERVIEW BUSINESS PARK
300 COMMERCIAL ST.
MALDEN, MA 02148-7311

**INVOICE NUMBER:** 50013814
**INVOICE DATE:** 10/14/05
**SERVICES RENDERED THROUGH:** 09/30/05
**FEDERAL TAX ID#:** 04-2787305
**TERMS:** NET 30

**PROFESSIONAL SERVICES:**
378 Commercial St., Malden MA ; Remediation; P.O. # XXXXXXX

| Project Number | 1276407007 | COMBINED PROPERT/MALDEN MA | | |
|---|---|---|---|---|
| Top Task | 001 | COMBINED PROPERTIES/MALDEN MA | | |
| **TITLE** | | | **CURRENT LABOR HOURS** | **CURRENT LABOR AMOUNT** |
| Environmental Scientist I | | | 1.00 | $74.16 |
| Environmental Scientist II | | | 57.00 | $4,990.35 |
| Management II | | | 1.00 | $103.00 |
| Project Manager Environmental III S | | | 6.00 | $896.10 |
| **TOTAL LABOR** | | | **65.00** | **$6,063.61** |
| | | Subtotal Task# 001 | | **$6,063.61** |
| | | Total Project# 1276407007 | | **$6,063.61** |

**TOTAL AMOUNT DUE THIS INVOICE:** $6,063.61

# 3984



**REMIT PAYMENT TO:**
**Tetra Tech RAI**
**DEPT 1626**
**DENVER, CO 80291-1626**

To ensure accurate posting, please note the invoice number on your check.
Interest will be charged on all past-due amounts per contract terms and conditions.



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000

RECEIVED
SEP 2 1 2005
COMBINED PROPERTIES, INC.

BILL TO:   COMBINED PROPERTIES, INC
ATTN:      Accounts Payable
           25 RIVERVIEW BUSINESS PARK
           300 COMMERCIAL ST.
           MALDEN, MA 02148-7311

**INVOICE NUMBER:** 50012058
**INVOICE DATE:** 09/14/05
**SERVICES RENDERED THROUGH:** 08/26/05
**FEDERAL TAX ID#:** 04-2787305
**TERMS:** NET 30

**PROFESSIONAL SERVICES:**
378 Commercial St., REMEDIATION RAM; P.O. 19672

| Project Number | 1276407005 | COMBINED PROPERTIES/PO 19672 |
| Top Task | 001 | REMEDIATION RAM; P.O. 19672 |

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
| --- | --- | --- |
| Environmental Scientist II | 8.00 | $700.41 |
| Project Manager Environmental III S | 4.00 | $618.00 |
| **TOTAL LABOR** | **12.00** | **$1,318.41** |

| OTHER DIRECT COST TYPE | CURRENT AMOUNT |
| --- | --- |
| Field Supplies | $6.12 |
| Shipping - Overnight | $17.72 |
| **TOTAL OTHER DIRECT CHARGES** | **$23.84** |

Subtotal Task# 001    $1,342.25

Total Project# 1276407005    $1,342.25

**TOTAL AMOUNT DUE THIS INVOICE:**    $1,342.25

| REC'D A/P | ENTERED | APPROVED BY | DATE |
| --- | --- | --- | --- |
| 9/22 | | Mak 9/22/05 | |
| PROPERTY CODE | | VENDOR | |
| WellCom | | Rizzo | |
| PREFIX | | ACCT. # 7612-0000 | |
| AMT. PAID 1,342.25 | CHECK # 5353 | DATE PAID 10/18 | |

*ctrl 3349*

**REMIT PAYMENT TO:**
**Tetra Tech RAI**
**DEPT 1626**
**DENVER, CO 80291-1626**

To ensure accurate posting, please note the invoice number on your check.
Interest will be charged on all past-due amounts per contract terms and conditions.



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000

> **RECEIVED**
> **AUG 1 5 2005**
> COMBINED PROPERTIES, INC.

**BILL TO:** COMBINED PROPERTIES, INC
**ATTN:** Accounts Payable
25 RIVERVIEW BUSINESS PARK
300 COMMERCIAL ST.
MALDEN, MA 02148-7311

**INVOICE NUMBER:** 50010139
**INVOICE DATE:** 08/08/05
**SERVICES RENDERED THROUGH:** 07/29/05
**FEDERAL TAX ID#:** 04-2787305
**TERMS:** NET 30

**PROFESSIONAL SERVICES:**
378 Commercial St., REMEDIATION RAM; P.O. 19672

| Project Number | 1276407005 | COMBINED PROPERTIES/PO 19672 |
| Top Task | 001 | REMEDIATION RAM; P.O. 19672 |

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
|---|---|---|
| Environmental Scientist II | 8.50 | $744.18 |
| **TOTAL LABOR** | **8.50** | **$744.18** |
| | Subtotal Task# 001 | $744.18 |
| | Total Project# 1276407005 | $744.18 |
| | **TOTAL AMOUNT DUE THIS INVOICE:** | **$744.18** |

*ctrl 2520*

| REC'D A/P | ENTERED | APPROVED BY | DATE |
|---|---|---|---|
| 8/15/05 | 8 23 | MOAL | 8/18/05 |
| PROPERTY CODE | | VENDOR | |
| WellCom | | Rizzo | |
| PREFIX | | ACCT. # 7612 0000 | |
| AMT. PAID | CHECK # | | DATE PAID |
| 744.18 | 5183 | | 9/15/05 |

**REMIT PAYMENT TO:**
**Tetra Tech RAI**
**DEPT 1626**
**DENVER, CO 80291-1626**

To ensure accurate posting, please note the invoice number on your check.
Interest will be charged on all past-due amounts per contract terms and conditions.



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000

RECEIVED
AUG 1 2 2005
COMBINED PROPERTIES, INC.

**BILL TO:** COMBINED PROPERTIES, INC
**ATTN:** Accounts Payable
25 RIVERVIEW BUSINESS PARK
300 COMMERCIAL ST.
MALDEN, MA 02148-7311

**INVOICE NUMBER:** 50009185
**INVOICE DATE:** 07/19/05
**SERVICES RENDERED THROUGH:** 07/01/05
**FEDERAL TAX ID#:** 04-2787305
**TERMS:** NET 30

**PROFESSIONAL SERVICES:**
378 Commercial St., REMEDIATION RAM; P.O. 19672

| Project Number | 1276407005 | COMBINED PROPERTIES/PO 19672 |
| Top Task | 001 | REMEDIATION RAM; P.O. 19672 |

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
| --- | --- | --- |
| Admin Support I | 0.25 | $12.88 |
| Environmental Scientist II | 4.00 | $350.20 |
| **TOTAL LABOR** | **4.25** | **$363.08** |

| OTHER DIRECT COST TYPE | CURRENT AMOUNT |
| --- | --- |
| Reproduction Charges | $63.85 |
| Shipping - Overnight | $19.26 |
| **TOTAL OTHER DIRECT CHARGES** | **$83.11** |

Subtotal Task# 001          $446.19

Total Project# 1276407005          $446.19

**TOTAL AMOUNT DUE THIS INVOICE:**          $446.19

| REC'D A/P | ENTERED | APPROVED BY DATE |
| --- | --- | --- |
| 8/12/05 | 8/23 | 8/18/05 |
| PROPERTY CODE | | VENDOR |
| Wellcom | | Rizzo |
| PREFIX | ACCT. # |
| | 7612-0000 |
| AMT. PAID | CHECK # | DATE PAID |
| 446.19 | 5183 | 9/15/05 |

**REMIT PAYMENT TO:**
**Tetra Tech RAI**
**DEPT 1626**
**DENVER, CO 80291-1626**

To ensure accurate posting, please note the invoice number on your check.
Interest will be charged on all past-due amounts per contract terms and conditions.



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000

**BILL TO:** COMBINED PROPERTIES, INC
**ATTN:** Accounts Payable
25 RIVERVIEW BUSINESS PARK
300 COMMERCIAL ST.
MALDEN, MA 02148-7311

**INVOICE NUMBER:** 50007288
**INVOICE DATE:** 06/17/05
**SERVICES RENDERED THROUGH:** 05/27/05
**FEDERAL TAX ID#:** 04-2787305
**TERMS:** NET 30

**PROFESSIONAL SERVICES:**
378 Commercial St., Remediation Phase IV RIP; P.O. 19673

| Project Number | 1276407004 | COMBINED PROPERTIES | | |
|---|---|---|---|---|
| Top Task | 001 | Remediation Phase IV RIP | | |
| | | | **CURRENT LABOR HOURS** | **CURRENT LABOR AMOUNT** |
| **TITLE** | | | | |
| Admin Supervisor I | | | 0.75 | $38.63 |
| Admin Support I | | | 4.00 | $206.00 |
| Cadd Designer I | | | 4.00 | $329.60 |
| Environmental Scientist II | | | 14.00 | $1,225.71 |
| Management II | | | 3.50 | $360.50 |
| Project Manager Environmental III S | | | 15.00 | $2,317.50 |
| **TOTAL LABOR** | | | **41.25** | **$4,477.94** |

| OTHER DIRECT COST TYPE | **CURRENT AMOUNT** |
|---|---|
| Shipping – Overnight | $59.15 |
| **TOTAL OTHER DIRECT CHARGES** | **$59.15** |

Subtotal Task# 001    $4,537.09

Total Project# 1276407004    $4,537.09

**TOTAL AMOUNT DUE THIS INVOICE:**    $4,537.09

| REC'D A/P | ENTERED | APPROVED BY DATE |
|---|---|---|
| 6/22 | 6/20 | 7/28/05 |
| PROPERTY CODE | | VENDOR |
| Com | | Rizzo |
| PREFIX | | ACCT. # |
| | | 7612 |
| AMT. PAID | CHECK # | DATE PAID |
| 4537.09 | 50579 | 8/24/05 |

**REMIT PAYMENT TO:**
**Tetra Tech RAI**
**DEPT 1626**
**DENVER, CO 80291-1626**

To ensure accurate posting, please note the invoice number on your check.
Interest will be charged on all past-due amounts per contract terms and conditions.



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000

| | | |
|---|---|---|
| **BILL TO:** | COMBINED PROPERTIES, INC | **INVOICE NUMBER:** 50007287 |
| **ATTN:** | Accounts Payable | **INVOICE DATE:** 06/17/05 |
| | 25 RIVERVIEW BUSINESS PARK | **SERVICES RENDERED THROUGH:** 05/27/05 |
| | 300 COMMERCIAL ST. | **FEDERAL TAX ID#:** 04-2787305 |
| | MALDEN, MA 02148-7311 | **TERMS:** NET 30 |

**PROFESSIONAL SERVICES:**
378 Commercial St., REMEDIATION RAM; P.O. 19672

**Project Number** 1276407005    COMBINED PROPERTIES/PO 19672
**Top Task**         001          REMEDIATION RAM; P.O. 19672

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
|---|---|---|
| Project Manager Environmental III S | 4.00 | $618.00 |
| **TOTAL LABOR** | **4.00** | **$618.00** |

| OTHER DIRECT COST TYPE | CURRENT AMOUNT |
|---|---|
| Field Supplies | $4.82 |
| Shipping - Overnight | $71.60 |
| **TOTAL OTHER DIRECT CHARGES** | **$76.42** |
| Subtotal Task# 001 | $694.42 |
| Total Project# 1276407005 | $694.42 |

**TOTAL AMOUNT DUE THIS INVOICE:** $694.42

| REC'D A/P | ENTERED | APPROVED BY DATE |
|---|---|---|
| 6/22 | 6/30 | 4/28/05 |

PROPERTY CODE: Comm    VENDOR: Rizzo
PREFIX:    ACCT. #: 7612
AMT. PAID: 694.42    CHECK #: 4796    DATE PAID: 7/9/05

**REMIT PAYMENT TO:**
**Tetra Tech RAI**
**DEPT 1626**
**DENVER, CO 80291-1626**

To ensure accurate posting, please note the invoice number on your check.
Interest will be charged on all past-due amounts per contract terms and conditions.

ENGINEERS • SCIENTISTS • PLANNERS

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY



One Grant Street
Framingham, MA 01701-9005
(508) 903-2000
(508) 903-2001 fax
www.rizzo.com

May 13, 2005

Mr. Michael Keiselbach
Combined Properties, Inc.
300 Commercial Street
25 Riverview Business Park
Malden, MA  02148

**Re:    Invoice for Environmental Services**

Dear Mr. Keiselbach:

The following is a description of the services and work performed for the invoices submitted during the time period April 29, 2005.

**378 Commercial Street, Malden**          **PO# 19673**

DESCRIPTION OF WORK

Preparation of draft Phase IV design specifications and plan for the Phase IV RIP.

| | | |
|---|---|---|
| Budget: | $49,500 | |
| Budget Expended to Date: | $21,109 | |
| Billed to Date: | $21,109 | |
| Paid to Date: | $     0 | A/R: $7,073 |

If you have any questions, please give me a call.

Very truly yours,

Robert J. Ankstitus P.E., L.S.P.
Senior Project Manager

ENGINEERS • SCIENTISTS • PLANNERS

**RIZZO**
ASSOCIATES
A TETRA TECH COMPANY

One Grant Street
Framingham, MA 01701-9005
(508) 903-2000
(508) 903-2001 *fax*
*www.rizzo.com*

May 13, 2005

RECEIVED
MAY 2 0 2005
COMBINED PROPERTIES, INC.

Mr. Michael Keiselbach
Combined Properties, Inc.
300 Commercial Street
25 Riverview Business Park
Malden, MA  02148

Re:     **Invoice for Environmental Services**

Dear Mr. Keiselbach:

The following is a description of the services and work performed for the time period ending
April 29, 2005.

*378 Commercial Street, Malden*                    *PO# 19672*

DESCRIPTION OF WORK

Prepare draft RAM Plan document.

| | | |
|---|---|---|
| Budget: | $ 24,500 | |
| Budget Expended to Date: | $ 3,695 | |
| Billed to Date: | $ 3,695 | |
| Paid to Date: | $   0 | A/R: $2,830 |

If you have any questions, please give me a call.

Very truly yours,

Robert J. Ankstitus P.E., L.S.P.
Senior Project Manager

| REC'D A/P | ENTERED | APPROVED BY DATE | |
|---|---|---|---|
| 5/20/05 | 6/29/05 | mak 5/27/05 | |
| PROPERTY CODE | | VENDOR | |
| Com | | Rizzo | |
| PREFIX | | ACCT. # | |
| 60-016 | | 6085 7612 | |
| AMT. PAID | CHECK # | | DATE PAID |
| 865 21 | 5079 | | 8/24/05 |



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000

**BILL TO:** COMBINED PROPERTIES, INC
**ATTN:**  Brian C Cafferty
25 RIVERVIEW BUSINESS PARK
300 COMMERCIAL ST.
MALDEN, MA 02148-7311

**INVOICE NUMBER:** 50004355
**INVOICE DATE:** 04/01/05
**SERVICES RENDERED THROUGH:** 04/01/05
**FEDERAL TAX ID#:** 04-2787305
**TERMS:** NET 30

**PROFESSIONAL SERVICES:**
378 Commercial St., Remediation Phase IV RIP; P.O. 19673

| Project Number | 1276407004 | COMBINED PROPERTIES |
| Top Task | 001 | Remediation Phase IV RIP |

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
|---|---|---|
| Environmental Scientist II | 64.50 | $5,647.01 |
| Project Manager Environmental III S | 9.50 | $1,418.83 |
| **TOTAL LABOR** | **74.00** | **$7,065.84** |

| OTHER DIRECT COST TYPE | CURRENT AMOUNT |
|---|---|
| Shipping - Overnight | $6.91 |
| **TOTAL OTHER DIRECT CHARGES** | **$6.91** |
| Subtotal Task# 001 | $7,072.75 |
| Total Project# 1276407004 | $7,072.75 |

**TOTAL AMOUNT DUE THIS INVOICE:** | $7,072.75 |

**REMIT PAYMENT TO:**
**Tetra Tech RAI**
**DEPT 1626**
**DENVER, CO 80291-1626**

To ensure accurate posting, please note the invoice number on your check.
Interest will be charged on all past-due amounts per contract terms and conditions.



**Rizzo Associates, Inc**
A Tetra Tech Company
One Grant St
P.O. Box 9005
Framingham, MA 01701-9005
(508) 903-2000

**BILL TO:**   COMBINED PROPERTIES, INC
**ATTN:**       Brian C Cafferty
                25 RIVERVIEW BUSINESS PARK
                300 COMMERCIAL ST.
                MALDEN, MA 02148-7311

**INVOICE NUMBER:** 50004354
**INVOICE DATE:** 04/01/05
**SERVICES RENDERED THROUGH:** 04/01/05
**FEDERAL TAX ID#:** 04-2787305
**TERMS:** NET 30

**PROFESSIONAL SERVICES:**
378 Commercial St., REMEDIATION RAM; P.O. 19672

| Project Number | 1276407005 | COMBINED PROPERTIES/PO 19672 | | |
|---|---|---|---|---|
| Top Task | 001 | REMEDIATION RAM; P.O. 19672 | | |

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
|---|---|---|
| Environmental Scientist II | 25.50 | $2,232.53 |
| Project Manager Environmental III S | 4.00 | $597.40 |
| **TOTAL LABOR** | **29.50** | **$2,829.93** |
| | Subtotal Task# 001 | $2,829.93 |
| | Total Project# 1276407005 | $2,829.93 |

**TOTAL AMOUNT DUE THIS INVOICE:** $2,829.93

OK
MAL

| REC'D A/P | ENTERED | APPROVED BY DATE |
|---|---|---|
| 4/28 | 3/3 | Mal 4/29/05 |
| PROPERTY CODE | | VENDOR |
| Com | | Rizzo |
| PREFIX | | ACCT. # |
| 60·016 | | 6085 |
| AMT. PAID | CHECK # | DATE PAID |
| 2829 93 | 4520 | 5/10/05 |

**REMIT PAYMENT TO:**
**Tetra Tech RAI**
**DEPT 1626**
**DENVER, CO 80291-1626**

To ensure accurate posting, please note the invoice number on your check.
Interest will be charged on all past-due amounts per contract terms and conditions.

Page 1 of 2



Rizzo Associates, Inc
A Tetra Tech Company
One Grant St P.O. Box 9005
Framingham MA 01701-9005

**RECEIVED**
**FEB 0 8 2005**
COMBINED PROPERTIES, INC.

**BILL TO:**   COMBINED PROPERTIES, INC          **INVOICE NUMBER:**   50001117

**ATTN:**   ~~Brian C Cafferty~~

25 RIVERVIEW BUSINESS PARK 300 COMMERCIAL ST.    **INVOICE DATE:**   12/31/04

MALDEN MA 02148-7311

**SERVICES RENDERED THRU:**   12/31/04

**FEDERAL TAX ID #**   04-2787305

**SITE LOCATION:**

**PROFESSIONAL SERVICES:**

*middle1 should be 318 commercial street main*

Project Number  1276407002   **COMBINED PROPERTIES 371/MALDEN**
Top Task        001          **COMBINED PROPERTIES 371/MALDEN**

*PO # 19107*
*ok Mal*

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
|---|---|---|
| Environmental Scientist I | 11.0 | $815.76 |
| Graphics Processing Specialist I | 1.0 | $72.10 |
| **TOTAL LABOR** | **12.0** | **$887.86** |

| TYPE | CURRENT AMOUNT |
|---|---|

| REC'D A/P   INTERAC   APPROVED BY DATE |
|---|
| 2/8/05   9/15   MAK 2/8/05 |
| PROPERTY CODE |
| Ctm          Rizzo Associates VENDOR |
| PREFIX       ACCT. # |
| 60-016       6085 |
| AMT. PAID   CHECK #   DATE PAID |
| 887 86 |

| | |
|---|---|
| Subtotal Task# 001 | $887.86 |
| Total Project# 1276407002 | $887.86 |
| Retention: | $0.00 |
| Total Amount: | $887.86 |
| Sales Tax: | $0.00 |
| **TOTAL AMOUNT DUE THIS INVOICE:** | **$887.86** |



Rizzo Associates, Inc
A Tetra Tech Company
One Grant St P.O. Box 9005
Framingham MA 01701-9005

RECEIVED
FEB 0 8 2005
COMBINED PROPERTIES, INC.

**BILL TO:** COMBINED PROPERTIES, INC
**ATTN:** ~~John P Pereira~~
300 COMMERCIAL ST
MALDEN MA 02148-7311

**INVOICE NUMBER:** 50001118

**INVOICE DATE:** 12/31/04

**SERVICES RENDERED THRU:** 12/31/04

**FEDERAL TAX ID #** 04-2787305

**SITE LOCATION:**

**PROFESSIONAL SERVICES:**

**Project Number** 1276407003   **COMBINED PROP/MALDEN MA**
**Top Task** 001   ~~COMBINED PROP/MALDEN MA~~

| TITLE | CURRENT LABOR HOURS | CURRENT LABOR AMOUNT |
|---|---|---|
| Project Manager Environmental III PM | 10.5 | $1,622.25 |
| **TOTAL LABOR** | **10.5** | **$1,622.25** |

| REC'D A/P | ENTERED | APPROVED BY DATE | |
|---|---|---|---|
| 2/8/05 | | 2/18/05 | |
| PROPERTY CODE | | VENDOR | |
| Com | | Rizzo Associates | |
| PREFIX | | ACCT. # | |
| 60-016 | | 6085 | |
| AMT. PAID | CHECK# | DATE PAID | |
| 1622²⁷ | 4055 | 2/24 | |

**TYPE**                                                    **CURRENT AMOUNT**

**Subtotal Task# 001** $1,622.25
**Total Project# 1276407003** $1,622.25

New Remittance Instructions! Remit to:
Rizzo Associates, Inc.
P.O. Box 1626
Denver, CO 80291-1626
**Submit payments via ACH! Send
inquiries to treasury@tetratech.com**

**Retention:** $0.00
**Total Amount:** $1,622.25
**Sales Tax:** $0.00
**TOTAL AMOUNT DUE THIS INVOICE:** $1,622.25

**REMIT PAYMENT TO:**
**Tetra Tech RAI**
**DEPT 1626**
**DENVER CO 80291-1626**
To ensure accurate posting, please note the invoice number on your check.
Invoices are due and payable upon receipt. Interest at the rate of 1-1/2% will be charged on all
past-due amounts starting 30 days after date of invoice.

ENGINEERS • SCIENTISTS • PLANNERS



**RIZZO**
A S S O C I A T E S
A TETRA TECH COMPANY

One Grant Street
Framingham, MA 01701-9005
(508) 903-2000
(508) 903-2001 *fax*
*www.rizzo.com*

**RECEIVED**
JAN 1 3 2005
COMBINED PROPERTIES, INC.

January 10, 2005

Mr. Michael Keiselbach
Combined Properties, Inc.
300 Commercial Street
25 Riverview Business Park
Malden, MA  02148

**Re:    Invoice for Environmental Services**

Dear Mr. Keiselbach:

The following is a description of the services and work performed for the invoices submitted during the time period ending December 10, 2004.

*378 Commercial Street, Malden*        *PO# 18628*

DESCRIPTION OF WORK

Prepare documents and attend meeting with Honeywell representatives.

| | | |
|---|---|---|
| Budget: | $ 5,000 | |
| Budget Expended to Date: | $ 3,525 | |
| Billed to Date: | $ 3,525 | |
| Paid to Date: | $ 1,810 | A/R: $ 0 |

If you have any questions, please give me a call.

Very truly yours,

Robert J. Ankstitus P.E., L.S.P.
Senior Project Manager

1231042

| REC'D A/P | ENTERED | APPROVED BY DATE |
|---|---|---|
| 1/18/05 | 1/1/05 | 1/18/05 |
| PROPERTY CODE | | VENDOR |
| Com | | Rizzo |
| PREFIX | | ACCT. # |
| 60-016 | | 6085 |
| AMT. PAID | CHECK # | DATE PAID |
| 6787.31 | 3983 | 2/14 |

# INVOICE

Please Remit to:
Rizzo Associates
P.O. Box 9005
Framingham, MA 01701-9005

# RIZZO
## ASSOCIATES

A TETRA TECH COMPANY

Invoice number    589543
November 2, 2004
Page number 1

Combined Properties, Inc.
John Periera
300 Commercial Street
Malden MA 02148

Professional Services for the Period Ending 10/29/04
------------------------------------------------------------------

Project: 6407.03 COMBINED PROPERTIES/MALDEN MA
378 Commercial Street
P.O. #19107

| Professional Services: | Hours | Amount |
| --- | --- | --- |
| SENIOR PROJECT MANAGER/LSP | 2.00 | 309.00 |
| Services Total: | 2.00 | 309.00 |

| Reimbursable Expenses: | Amount |
| --- | --- |
| Charette B/W Plotting | 460.46 |
| Charette Color Plottings | 255.55 |
| Delivery | 31.58 |
| Reimbursable total: | 747.59 |

CURRENT CHARGES:    1,056.59

| REC'D A/P | ENTERED | APPROVED BY DATE |
| --- | --- | --- |
| 11/10 | 11/15 | 11/12/04 |
| DESIGNATION | | VENDOR |
| Com | | Rizzo |
| PREFIX | | ACCT. # |
| 60.016 | | 6085 |
| AMT. PAID | CHECK # | DATE PAID |
| 1056⁵⁹ | 3364 | 11/19/04 |

TERMS: Net 30 - Billing Inquiries call Account Receivable 508-903-2000

RECEIVED

OCT 1 2004

COMBINED PROPERTIES, INC.

# INVOICE

*Please Remit to:*
Rizzo Associates
P.O. Box 9005
Framingham, MA 01701-9005

# RIZZO
## A S S O C I A T E S

A TETRA TECH COMPANY

Invoice number   588906
September 26, 2004
Page number 1

Combined Properties, Inc.
John Periera
300 Commercial Street
Malden MA 02148

Professional Services for the Period Ending 09/17/04
------------------------------------------------------------------------

Project: 6407.03 COMBINED PROPERTIES/MALDEN MA
378 Commercial Street
P.O. #19107

| Professional Services: | Hours | Amount |
| --- | --- | --- |
| SENIOR PROJECT MANAGER/LSP | 6.00 | 927.00 |
| SENIOR PROJECT ENGINEER | 5.50 | 566.50 |
| ENGINEER II | 1.00 | 87.55 |
| SCIENTIST II | 7.50 | 656.63 |
| ADMINISTRATIVE ASSISTANT | 10.75 | 553.63 |
| WORD PROCESSOR | 5.75 | 266.51 |
| Services Total: | 36.50 | 3,057.82 |

| Reimbursable Expenses: | Amount |
| --- | --- |
| Charette B/W Plotting | 127.86 |
| Charette Color Plottings | 60.73 |
| Delivery | 65.53 |
| Charette Large Format Copies | 2.07 |
| Reimbursable total: | 256.19 |

CURRENT CHARGES:   3,314.01

| REC'D A/P | ENTERED | APPROVED BY DATE |
| --- | --- | --- |
| 10/6 | 10/12/04 | MAK 10/8/04 |
| PROPERTY CODE | | VENDOR |
| COM | | Rizzo |
| PREFIX | ACCT. # | |
| 60.016 | 6085 | |
| AMT. PAID | CHECK # | DATE PAID |
| 3314⁰¹ | 3157 | 10/15/04 |

TERMS: Net 30 - Billing Inquiries call Account Receivable 508-903-2000

**RECEIVED**

**AUG 2 4 2004**

**COMBINED PROPERTIES, INC.**

# INVOICE

Please Remit to:

Rizzo Associates
P.O. Box 9005
Framingham, MA 01701-9005

# RIZZO
## ASSOCIATES

A TETRA TECH COMPANY

Invoice number    588617
August 16, 2004
Page number 1

Combined Properties, Inc.
John Periera
300 Commercial Street
Malden MA 02148

Professional Services for the Period Ending 08/06/04
-----------------------------------------------------------------------

Project: 6407.03 COMBINED PROPERTIES/MALDEN MA
378 Commercial Street
P.O. #19107

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT MANAGER/LSP | 57.00 | 8,806.51 |
| SENIOR PROJECT ENGINEER | 11.50 | 1,184.50 |
| SCIENTIST II | 59.25 | 5,187.35 |
| ADMINISTRATIVE ASSISTANT | 1.25 | 64.38 |
| Services Total: | 129.00 | 15,242.74 |

| Reimbursable Expenses: | Amount |
|---|---|
| Charette B/W Plotting | 103.80 |
| Charette Color Plottings | 162.59 |
| Delivery | 52.47 |
| Charette Large Format Copies | 51.58 |
| Reimbursable total: | 370.44 |

CURRENT CHARGES:    15,613.18

| REC'D A/P | ENTERED | APPROVED BY DATE |
|---|---|---|
| 8/24 | | MJK 8/27/04 |
| PROPERTY CODE | | VENDOR |
| Com | | Rizzo |
| PREFIX | ACCT. # | |
| 60-016 | 6085 | |
| AMT. PAID | CHECK # | DATE PAID |
| 15,613 | 2901 | 9/3/04 |

TERMS: Net 30 - Billing Inquiries call Account Receivable 508-903-2000

# INVOICE

**RIZZO**
A S S O C I A T E S

A TETRA TECH COMPANY

*Please Remit to:*
Rizzo Associates
P.O. Box 9005
Framingham, MA 01701-9005

RECDAP  ENTERED  APPROVED/DATE
7/22  7/24  may 7/29/04

PROPERTY CODE  VENDOR
Coal  Rizzo

PREFIX  ACCT. #
60·016  6085

AMT. PAID  CHECK #  DATE PAID
17,380.³²  2773  8/10/04

Invoice number      588241
July 15, 2004
Page number 1

Combined Properties, Inc.
John Periera
300 Commercial Street
Malden MA 02148

RECEIVED
JUL 2 0 2004
COMBINED PROPERTIES, INC.

Professional Services for the Period Ending 07/09/04
------------------------------------------------------------------

Project: 6407.03 COMBINED PROPERTIES/MALDEN MA
378 Commercial Street
P.O. #19107

| Professional Services: | Hours | Amount |
|---|---|---|
| PRINCIPAL/PROJECT DIRECTOR | 5.75 | 1,184.50 |
| SENIOR PROJECT MANAGER/LSP | 29.00 | 4,480.50 |
| SENIOR PROJECT ENGINEER | 26.50 | 2,729.50 |
| ENGINEER II | 5.00 | 437.76 |
| SCIENTIST II | 87.25 | 7,638.77 |
| DRAFTSPERSON/CARTOGRAPHER | 1.25 | 90.13 |
| ADMINISTRATIVE ASSISTANT | 7.25 | 373.38 |
| Services Total: | 162.00 | 16,934.54 |

| Reimbursable Expenses: | Amount |
|---|---|
| Delivery | 35.80 |
| Reimbursable total: | 35.80 |

| Consultant Expenses: | Amount |
|---|---|
| Subcontractors-Laboratory | 409.98 |
| Consultants total: | 409.98 |

CURRENT CHARGES:        17,380.32

TERMS: Net 30 - Billing Inquiries call Account Receivable 508-903-2000

# INVOICE

JUN 2 9 2004

**RIZZO**
ASSOCIATES

A TETRA TECH COMPANY

| PROPERTYCODE | VENDOR |
|---|---|
| Cow | R1220 |
| PREFIX | ACCT.# |
| 00-016 | 6085 |
| AMT. PAID | CHECK # | DATE PAID |
| 66,159.41 | 2716 | 8/3 |

Please Remit to:

Rizzo Associates
P.O. Box 9005
Framingham, MA 01701-9005

Invoice number    587989
June 24, 2004
Page number 1

Combined Properties, Inc.
John Periera
300 Commercial Street
Malden MA 02148

Professional Services for the Period Ending 06/11/04

-------------------------------------------------------------------------

Project: 6407.03 COMBINED PROPERTIES/MALDEN MA
378 Commercial Street
P.O. #19107

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT MANAGER/LSP | 42.50 | 6,566.25 |
| SENIOR PROJECT ENGINEER | 17.50 | 1,802.50 |
| ENGINEER II | 13.25 | 1,160.04 |
| SCIENTIST II | 209.50 | 18,341.75 |
| Services Total: | 282.75 | 27,870.54 |

| Reimbursable Expenses: | Amount |
|---|---|
| Delivery | 41.80 |
| Field Supplies | 86.69 |
| Reimbursable total: | 128.49 |

| Consultant Expenses: | Amount |
|---|---|
| Subcontractors-Drilling | 5,200.30 |
| Subcontractors-Excavation | 15,442.47 |
| Subcontractors-Laboratory | 17,517.61 |
| Consultants total: | 38,160.38 |

| CURRENT CHARGES: | 66,159.41 |
|---|---|

TERMS: Net 30 - Billing Inquiries call Account Receivable 508-903-2000

# INVOICE

RECEIVED
MAY 19 2004
COMBINED PROPERTIES, INC.

**RIZZO**
ASSOCIATES

A TETRA TECH COMPANY

Please Remit to:
Rizzo Associates
P.O. Box 9005
Framingham, MA 01701-9005

Invoice number    587576
May 17, 2004
Page number 1

Combined Properties, Inc.
John Periera
300 Commercial Street
Malden MA 02148

Professional Services for the Period Ending 05/07/04
------------------------------------------------------------------------

Project: 6407.03 COMBINED PROPERTIES/MALDEN MA
378 Commercial Street
P.O. #19107

| Professional Services: | Hours | Amount |
| --- | --- | --- |
| SENIOR PROJECT MANAGER/LSP | 11.00 | 1,699.50 |
| SCIENTIST II | 89.75 | 7,857.63 |
| Services Total: | 100.75 | 9,557.13 |

| Reimbursable Expenses: | Amount |
| --- | --- |
| Charette Large Format Copies | 3.11 |
| Reimbursable total: | 3.11 |
| CURRENT CHARGES: | 9,560.24 |

TERMS: Net 30 - Billing Inquiries please call Sean Young 508-903-2056

# INVOICE

## RIZZO ASSOCIATES

A TETRA TECH COMPANY

APR 2 1 2004

Please Remit to:
Rizzo Associates
P.O. Box 9005
Framingham, MA 01701-9005

Invoice number     587187
April 16, 2004
Page number 1

Combined Properties, Inc.
John Periera
300 Commercial Street
Malden MA 02148

Professional Services for the Period Ending 04/09/04
------------------------------------------------------------------------

Project: 6407.03 COMBINED PROPERTIES/MALDEN MA
378 Commercial Street
P.O. #19107

| Professional Services: | Hours | Amount |
| --- | --- | --- |
| SCIENTIST II | 4.75 | 415.86 |
| Services Total: | 4.75 | 415.86 |
| CURRENT CHARGES: | | 415.86 |

REC'D A/P   ENTERED   APPROVED BY DATE
11/21           MAR 4 30/04
PROPERTY CODE          VENDOR
Well Com   Rizzo
PREFIX          ACCT. #
60-016        6085
AMT. PAID   CHECK#   DATE PAID
415.86   2198   5/7/04

TERMS: Net 30 - Billing Inquiries please call Sean Young 508-903-2056

# INVOICE

APR 2 1 2004

## RIZZO
### ASSOCIATES

A TETRA TECH COMPANY

Please Remit to:
Rizzo Associates
P.O. Box 9005
Framingham, MA 01701-9005

Invoice number    587186
April 16, 2004
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

Professional Services for the Period Ending 04/09/04
-----------------------------------------------------------------

Project : 6407.02 COMBINED PROPERTIES/MALDEN MA
378 Commercial Street
P.O. 18628

| Professional Services: | Hours | Amount |
| --- | --- | --- |
| SENIOR PROJECT MANAGER/LSP | 4.00 | 618.00 |
| Services Total: | 4.00 | 618.00 |
| CURRENT CHARGES: | | 618.00 |

TERMS: Net 30 - Billing Inquiries please call Sean Young 508-903-2056

# INVOICE

*Please Remit to:*

Rizzo Associates

P.O. Box 9005

Framingham, MA 01701-9005

# RIZZO
## ASSOCIATES
A TETRA TECH COMPANY

Invoice number    583981
June 21, 2003
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

Professional Services for the Period Ending 06/13/03
------------------------------------------------------------------

Project: 7737.01 COMBINED PROPERTIES
378 Commercial Street, Malden, MA
Remediation  P.O. #16753

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT ENGINEER | 3.00 | 309.00 |
| Services Total: | 3.00 | 309.00 |
| CURRENT CHARGES: | | 309.00 |

| REC'D A/P | ENTERED | APPROVED BY | DATE |
|---|---|---|---|
| 7/9/03 | 7/10/03 | MK | 7/9/03 |
| PROPERTY CODE | | VENDOR | |
| Com | | Rizzo | |
| PREFIX | | ACCT. # | |
| 60-016 | | 6085 | |
| AMT. PAID | CHECK # | | DATE PAID |
| 309⁰⁰ | 37977 | | 7/28/03 |

TERMS: Net 30 - Billing Inquiries please call Sean Young 508-903-2056

ENGINEERS • SCIENTISTS • PLANNERS

**RIZZO**
**ASSOCIATES**
A TETRA TECH COMPANY

One Grant Street
Framingham, MA 01701-9005
(508) 903-2000
(508) 903-2001 *fax*
*www.rizzo.com*

RECEIVED
JAN 1 3 2005
COMBINED PROPERTIES, INC.

January 10, 2005

Mr. Michael Keiselbach
Combined Properties, Inc.
300 Commercial Street
25 Riverview Business Park
Malden, MA  02148

**Re:    Invoice for Environmental Services**

Dear Mr. Keiselbach:

The following is a description of the services and work performed for the invoices submitted during the time period ending December 10, 2004.

***378 Commercial Street, Malden***            ***PO# 19107***

DESCRIPTION OF WORK

Performed additional work associated with the oversight of drilling operations conducted by Honeywell; data review from selected boring locations; participated in teleconferences with the client to discuss access issues, drilling subcontractor management and coordination with Honeywell representatives for the drilling. The invoice includes subcontractor costs for the drilling and laboratory services.

Budget:                          $ 97,100
Budget Expended to Date:     $120,248
Billed to Date:                 $120,248
Paid to Date:                   $113,461      A/R: $0

If you have any questions, please give me a call.

Very truly yours,

Robert J. Ankstitus P.E., L.S.P.
Senior Project Manager

| REC'D A/F | ENTERED | | APPROVED BY | DATE |
|---|---|---|---|---|
| 1/17/05 | 1/3 | | | |
| PROPERTY CODE | | VENDOR | | |
| Com | | Rizzo | | |
| PREFIX | | ACCT. # | | |
| 60-016 | | 6085 | | |
| AMT. PAID | | CHECK # | | DATE PAID |
| 1714.95 | | 3985 | | 2/14 |

12/31/04

# INVOICE

One Grant Street
Framingham, MA 01701-9005
(508) 903-2000
(508) 903-2001 *fax*
www.rizzo.com

# RIZZO
ASSOCIATES

A TETRA TECH COMPANY

Invoice number    55257
January 16, 2002
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

Professional Services for the Period Ending 01/11/02
-------------------------------------------------------------------------

Project: 7737.01 COMBINED PROPERTIES
378 Commercial Street, Malden, MA
Remediation  P.O. #16753

| Professional Services: | Hours | Amount |
| --- | --- | --- |
| SENIOR PROJECT MANAGER/LSP | 1.00 | 154.50 |
| Services Total: | 1.00 | 154.50 |
| CURRENT CHARGES: | | 154.50 |

| REC'D A/P | ENTERED | APPROVED BY | DATE |
| --- | --- | --- | --- |
| 04/05/02 | 4/9/02 | MBK | 4/5/02 |
| PROPERTY CODE | | VENDOR | |
| 378 COM | | Rizzo Associates | |
| PREFIX | | ACCT. # | |
| 60-016. | | 6085. | |
| AMT. PAID | CHECK # | | DATE PAID |
| 154.50 | 35323 | | 4/10/02 |

JAN 17 2002

TERMS: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# INVOICE

One Grant Street
Framingham, MA 01701-9005
(508) 903-2000
(508) 903-2001 *fax*
*www.rizzo.com*

# RIZZO
ASSOCIATES

A TETRA TECH COMPANY

Invoice number    55032
December 14, 2001
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

**Professional Services for the Period Ending 12/07/01**
------------------------------------------------------------------------

Project: 7737.01 COMBINED PROPERTIES
378 Commercial Street, Malden, MA
Remediation  P.O. #16753

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT MANAGER/LSP | 4.00 | 618.00 |
| Services Total: | 4.00 | 618.00 |
| CURRENT CHARGES: | | 618.00 |

| REC'D A/P | ENTERED | APPROVED BY DATE |
|---|---|---|
| 01/14/02 | 12/31/01 | MAK 1/14/02 |

| PROPERTY CODE | VENDOR |
|---|---|
| COM | Rizzo Associates |

| PREFIX | ACCT. # |
|---|---|
| 60-016 | 6085 |

| AMT. PAID | CHECK # | DATE PAID |
|---|---|---|
| 618.00 | 34981 | 02/13/02 |

MAK 1/14/02

TERMS: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# INVOICE

One Grant Street
Framingham, MA 01701-9005
(508) 903-2000
(508) 903-2001 *fax*
*www.rizzo.com*

# RIZZO
## ASSOCIATES
A TETRA TECH COMPANY

Invoice number    51952
April 24, 2001
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

Professional Services for the Period Ending 04/13/01
-----------------------------------------------------------------

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT ENGINEER | 4.00 | 412.00 |
| Services Total: | 4.00 | 412.00 |
| CURRENT CHARGES: | | 412.00 |

RECD A/P   ENTERED   APPROVED BY DATE
6/14/01   MEC 4/26/01
PROPERTY CODE   VENDOR
Com   Rizzo
60-016   6085
$412.00 33296 6/22/01

TERMS: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# INVOICE

One Grant Street
Framingham, MA 01701-9005
(508) 903-2000
(508) 903-2001 *fax*
*www.rizzo.com*

# RIZZO
## ASSOCIATES

A TETRA TECH COMPANY

Invoice number    51677
March 27, 2001
Page number 1

MAR 29 2001

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

Professional Services for the Period Ending 03/16/01
-------------------------------------------------------------------

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT MANAGER/LSP | 6.00 | 927.00 |
| SENIOR PROJECT ENGINEER | 6.00 | 618.00 |
| Services Total: | 12.00 | 1,545.00 |
| CURRENT CHARGES: | | 1,545.00 |



mak 4/2/01

TERMS: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# INVOICE

One Grant Street
Framingham, MA 01701-9005
(508) 903-2000
(508) 903-2001 *fax*
*www.rizzo.com*

# RIZZO
## ASSOCIATES
A TETRA TECH COMPANY

Invoice number    49600
October 19, 2000
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

Professional Services for the Period Ending 10/13/00
--------------------------------------------------------------------------

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT MANAGER/LSP | 4.00 | 597.40 |
| PROJECT ENGINEER | 4.00 | 350.20 |
| Services Total: | 8.00 | 947.60 |
| CURRENT CHARGES: | | 947.60 |



TERMS: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# INVOICE

One Grant Street
Framingham, MA 01701-9005
(508) 903-2000
(508) 903-2001 *fax*
www.rizzo.com

# RIZZO
### A S S O C I A T E S

A TETRA TECH COMPANY

Invoice number    49352
September 20, 2000
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

Professional Services for the Period Ending 09/15/00
-----------------------------------------------------------------------

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

| Reimbursable Expenses: | Amount |
|---|---|
| Delivery | 10.26 |
| Reimbursable total: | 10.26 |
| CURRENT CHARGES: | 10.26 |



TERMS: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# **INVOICE**

## RIZZO ASSOCIATES, INC.
### ENGINEERS AND ENVIRONMENTAL SCIENTISTS
*AN EMPLOYEE-OWNED COMPANY*

235 West Central Street
Natick, MA 01760-3755
Phone (508) 903-2000
Fax (508) 903-2001

Invoice number    47311
March 30, 2000
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

Professional Services for the Period Ending 03/17/00
-----------------------------------------------------------------------

*Po # 15826*

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

| Professional Services: | Hours | Amount |
| --- | --- | --- |
| SENIOR PROJECT MANAGER/LSP | .50 | 74.68 |
| Services Total: | .50 | 74.68 |
| CURRENT CHARGES: | | 74.68 |



Terms: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# INVOICE

## RIZZO ASSOCIATES, INC.

### ENGINEERS AND ENVIRONMENTAL SCIENTISTS

AN EMPLOYEE-OWNED COMPANY

235 West Central Street
Natick, MA 01760-3755
Phone (508) 903-2000
Fax (508) 903-2001

Invoice number   46921
February 25, 2000
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

Professional Services for the Period Ending 02/11/00
---------------------------------------------------------------------
Po# 15826
Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

| Professional Services: | Hours | Amount |
| --- | --- | --- |
| SENIOR PROJECT MANAGER/LSP | 3.00 | 448.06 |
| Services Total: | 3.00 | 448.06 |

| Reimbursable Expenses: | Amount |
| --- | --- |
| Delivery | 15.64 |
| Reimbursable total: | 15.64 |

| Consultant Expenses: | Amount |
| --- | --- |
| Technical Typist | 69.42 |
| Consultants total: | 69.42 |

CURRENT CHARGES:    533.12

Terms: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# INVOICE

**RIZZO ASSOCIATES, INC.**

ENGINEERS AND ENVIRONMENTAL SCIENTISTS

AN EMPLOYEE-OWNED COMPANY

*235 West Central Street*
*Natick, MA 01760-3755*
*Phone (508) 903-2000*
*Fax (508) 903-2001*

Invoice number    46655
February 2, 2000
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

Professional Services for the Period Ending 01/14/00

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

P.O.# 15826

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

| Professional Services: | Hours | Amount |
| --- | --- | --- |
| PROJECT DIRECTOR | 1.50 | 254.93 |
| SENIOR PROJECT MANAGER/LSP | 2.00 | 298.71 |
| PROJECT ENGINEER | 1.00 | 82.40 |
| DESIGNER | .50 | 41.20 |
| Services Total: | 5.00 | 677.24 |
| CURRENT CHARGES: | | 677.24 |



Terms: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# INVOICE

## RIZZO ASSOCIATES, INC.

**ENGINEERS AND ENVIRONMENTAL SCIENTISTS**

*AN EMPLOYEE-OWNED COMPANY*

235 West Central Street
Natick, MA 01760-3755
Phone (508) 903-2000
Fax (508) 903-2001

Invoice number    46101
December 17, 1999
Page number 1

Combined Properties, Inc.
Christopher Maietta, VP
25 Riverview Business Park
300 Commercial St
Malden MA 02148

DEC 20 1999

Professional Services for the Period Ending 12/10/99
-------------------------------------------------------------------

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT MANAGER/LSP | .25 | 37.34 |
| Services Total: | .25 | 37.34 |
| CURRENT CHARGES: | | 37.34 |



Terms  Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# INVOICE

### RIZZO ASSOCIATES, INC.

**ENGINEERS AND ENVIRONMENTAL SCIENTISTS**

*AN EMPLOYEE-OWNED COMPANY*

*235 West Central Street, Natick, MA 01760-3755  (508) 651-3401   fax (508) 651-1189*

Invoice number   45739
November 22, 1999
Page number 1

NOV 23 1999

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

## Professional Services for the Period Ending 11/12/99

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

*P.O. # 15826*

| Professional Services: | Hours | Amount |
| --- | --- | --- |
| SENIOR PROJECT MANAGER/LSP | 10.00 | 1,493.50 |
| PROJECT ENGINEER | 1.00 | 82.40 |
| Services Total: | 11.00 | 1,575.90 |

| Consultant Expenses: | Amount |
| --- | --- |
| Technical Typist | 80.99 |
| Consultants total: | 80.99 |

CURRENT CHARGES:    1,656.89

| REC'D A/P | ENTERED | APPROVED BY | DATE |
| --- | --- | --- | --- |
| 2/2/0 | 2/2/00 | | |
| PROPERTY CODE | | VENDOR | |
| Well-Com | | Rizzo | |
| PREFIX | | ACCT. # | |
| 60.016 | | 6085 | |
| AMT. PAID | | CHECK # | DATE PAID |
| 1656.89 | | 31000 | 2/3/00 |

OK MOK 2/1/00

Terms: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

*R I Z Z O   A S S O C I A T E S,  I N C.*                                     # INVOICE

**E N G I N E E R S   A N D   E N V I R O N M E N T A L   S C I E N T I S T S**

*AN EMPLOYEE-OWNED COMPANY*

*235 West Central Street, Natick, MA 01760-3755   (508) 651-3401   fax (508) 651-1189*

```
                                  Invoice number    44995
                                  September 24, 1999
                                  Page number 1


        Combined Properties, Inc.
        Michael Keiselbach
        25 Riverview Business Park
        300 Commercial St
        Malden MA 02148


Professional Services for the Period Ending 9/17/99
-------------------------------------------------------------------

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

Professional Services:                        Hours      Amount
----------------------                        -------   ----------

  SENIOR PROJECT MANAGER/LSP                    7.00    1,045.45
  PROJECT ENGINEER                             17.50    1,442.00
  DRAFTSPERSON/CARTOGRAPHER                     1.50      108.15
                                              -------   ----------
                        Services Total:        26.00    2,595.60
                                                        ----------

Consultant Expenses:                                     Amount
--------------------                                    ----------

  Technical Typist                                        34.71
                                                        ----------
                        Consultants total:                34.71
                                                        ----------

                        CURRENT CHARGES:      2,630.31
```

Terms: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# RIZZO ASSOCIATES, INC.

# INVOICE

**ENGINEERS AND ENVIRONMENTAL SCIENTISTS**

AN EMPLOYEE-OWNED COMPANY

235 West Central Street, Natick, MA 01760-3755   (508) 651-3401   fax (508) 651-1189

Invoice number    45492
October 26, 1999
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

Professional Services for the Period Ending 10/15/99
--------------------------------------------------------------------------

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT MANAGER/LSP | 9.00 | 1,344.15 |
| PROJECT ENGINEER | 12.50 | 1,030.00 |
| DESIGNER | .75 | 61.80 |
| Services Total: | 22.25 | 2,435.95 |

| Consultant Expenses: | Amount |
|---|---|
| Technical Typist | 11.57 |
| Consultants total: | 11.57 |

CURRENT CHARGES:    2,447.52

Terms: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# RIZZO ASSOCIATES, INC.

# INVOICE

**ENGINEERS AND ENVIRONMENTAL SCIENTISTS**

AN EMPLOYEE-OWNED COMPANY

235 West Central Street, Natick, MA 01760-3755   (508) 651-3401   fax (508) 651-1189

Invoice number    42238
August 24, 1999
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

AUG 25 1999

Professional Services for the Period Ending 8/13/99
-------------------------------------------------------------------------

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

*P.O. # 15826* (handwritten)

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT MANAGER/LSP | 6.50 | 970.78 |
| PROJECT ENGINEER | 26.00 | 2,142.40 |
| DESIGNER | .75 | 61.80 |
| SURVEYOR | 3.50 | 198.28 |
| Services Total: | 36.75 | 3,373.26 |

| Reimbursable Expenses: | Amount |
|---|---|
| Delivery | 15.64 |
| Cartography | 188.03 |
| Reimbursable total: | 203.67 |

CURRENT CHARGES:    3,576.93

Terms: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

RIZZO ASSOCIATES, INC.                                    # INVOICE

**ENGINEERS AND ENVIRONMENTAL SCIENTISTS**

AN EMPLOYEE-OWNED COMPANY

235 West Central Street, Natick, MA 01760-3755   (508) 651-3401   fax (508) 651-1189


                                        Invoice number    41669
                                        July 22, 1999
                                        Page number 1


Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148


Professional Services for the Period Ending 7/16/99
----------------------------------------------------------------------

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services
*purchase order # 15826*

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT MANAGER/LSP | 4.00 | 592.25 |
| SENIOR PROJECT ENGINEER | 3.00 | 262.65 |
| PROJECT ENGINEER | 26.00 | 2,039.40 |
| ENGINEER II | 8.00 | 494.40 |
| DESIGNER | 1.50 | 123.60 |
| Services Total: | 42.50 | 3,512.30 |

| Reimbursable Expenses: | Amount |
|---|---|
| Field Supplies (IH) | 72.15 |
| HNU Rental | 100.00 |
| Camera | 10.00 |
| Portable Phone\Pager Rental | 15.00 |
| Survey Equipment/Supplies | 7.50 |
| HW Sampling Supply Kit | 100.00 |
| Groundwater Pumps and Tubing | 5.00 |
| Sampling Instrument | 15.00 |
| Reimbursable total: | 324.65 |


Terms: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# RIZZO ASSOCIATES, INC.

# INVOICE

## ENGINEERS AND ENVIRONMENTAL SCIENTISTS

*AN EMPLOYEE-OWNED COMPANY*

*235 West Central Street, Natick, MA 01760-3755   (508) 651-3401   fax (508) 651-1189*

```
                                 Invoice number    41669
                                 July 22, 1999
                                 Page number 2
Project: 6407.01 COMBINED PROP 378/MALDEN MA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Consultant Expenses:                                      Amount
- - - - - - - - - - - - - - -                           - - - - - - - - - -

   Subcontractors-Drilling                                2,969.45
   Subcontractors-Laboratory                              6,818.35
                                                         - - - - - - - - - -
                           Consultants total:             9,787.80
                                                         - - - - - - - - - -

                           CURRENT CHARGES:              13,624.75
```

Terms: Net 30 - Billing Inquiries please call Frank Smith 508-903-2348

# RIZZO ASSOCIATES, INC.

# INVOICE

## ENGINEERS AND ENVIRONMENTAL SCIENTISTS

AN EMPLOYEE-OWNED COMPANY

235 West Central Street, Natick, MA 01760-3755   (508) 651-3401   fax (508) 651-1189

Invoice number     41595
July 2, 1999
Page number 1

Combined Properties, Inc.
Michael Keiselbach
25 Riverview Business Park
300 Commercial St
Malden MA 02148

JUL 6 1999

Professional Services for the Period Ending 6/18/99

------------------------------------------------------------------------

Project: 6407.01 COMBINED PROP 378/MALDEN MA
378 Commercial St Wellington Parcel RTN:3-0590 Environmental Services

P.O. # 15826

| Professional Services: | Hours | Amount |
|---|---|---|
| SENIOR PROJECT MANAGER/LSP | 2.00 | 288.40 |
| PROJECT ENGINEER | 20.00 | 1,545.01 |
| Services Total: | 22.00 | 1,833.41 |

| Reimbursable Expenses: | Amount |
|---|---|
| Project Miscellaneous Expense | 28.75 |
| Project Photography Expense | 13.06 |
| Cartography | 28.75 |
| Reimbursable total: | 70.56 |

NT CHARGES:     1,903.97

7/19

C—
P— call Rizzo and ask them
to use this P.O. # w/ all
future billings for this prop.
T—
M—

Frank Smith 508-903-2348