UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____
)
WELL-COM ASSOCIATES, L.P.,              )
                                        )
              Plaintiff,                )
                                        )
v.                                      )        Docket No. 05-10056-JLT
                                        )
HONEYWELL INTERNATIONAL INC.,           )
                                        )
              Defendant.                )
_____)

## <u>SUPPLEMENTAL DECLARATION OF KERRY TULL</u>

I, Kerry Tull, state, under the penalties of perjury, as follows:

1.      As I noted in my prior declaration, the documents on which I relied in forming my

opinions included the following:

        a.      Deposition of Robert Timmons (DRT),

        b.      Plaintiff's Local Rule 56.1 Statement of Undisputed Facts (PLRSUF),

        c.      TRC's 1986 Report (TRC),

        d.      Norwood 1987 Report (Norwood),

        e.      Various historical maps and newspaper articles (Historical Information),

        f.      Affidavit of Matthew O'Leary (AMO),

        g.      United States Army Corps of Engineers, Phase I (USACE Phase I), and

        h.      Various Rizzo Reports (Rizzo)

2.      The facts and data in these documents are of a type reasonably relied upon by

experts in my field, environmental consulting.

3.      A true and correct copy of item d above is attached hereto.

SIGNED UNDER THE PENALTIES OF PERJURY
THIS 14th DAY OF APRIL 2006.


/s/Kerry Tull
Kerry Tull


## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
and paper copies will be sent to those indicated as non-registered participants on April 14, 2006.


/s/David B. Chaffin

EXHIBIT A

PHASE III - ENVIRONMENTAL STUDIES

MALDEN, MASSACHUSETTS

SEPTEMBER 29, 1988

ENVIRONMENTAL STUDIES

INTERIM WORK PLAN - DATA ACQUISITION

LOWER COMMERCIAL STREET

MALDEN, MASSACHUSETTS

PREPARED FOR:

MALDEN REDEVELOPMENT AUTHORITY
MALDEN, MASSACHUSETTS

PREPARED BY:

NORWOOD ENGINEERING CO., INC.
1410 ROUTE ONE
NORWOOD, MASSACHUSETTS 02062

File No.:  0065 - 02

MLDN          000577

TABLE OF CONTENTS

| | | |
|---|---|---:|
| 1.0 | Introduction | 1 |
| 2.0 | Field Investigation – Lombard/MDPW Property | 2 |
| 3.0 | Field Investigations – Wellington Parcel | 14 |
| 4.0 | Laboratory Analysis | 32 |
| | 4.1  Lombard/MDPW Property | 32 |
| | 4.2  Wellington Property | 33 |
| 5.0 | Summary and Discussion | 50 |

APPENDICES

A.  Data Gap/Work Plan

B.  Data Gap/Work Plan

C.  MDPW Soil Logs

D.  Wellington Soil Logs

E.  Laboratory Analysis

MLDN          000578

TABLES

Table 2.1        Total Concentrations of VOCs - Soils
Table 2.2        Total Concentrations of VOCs - Soils
Table 2.3        Field Analysis for Groundwater
Table 2.4        Total Concentrations of VOCs - Groundwater
Table 2.5        Field Test Results - Water Samples
                 Screening for pH

Table 3.1        Total Concentrations of VOCs - Soils
Table 3.2        Total Concentrations of VOCs - Soils
Table 3.3        Field Analysis for Groundwater

Table 4.1        Laboratory Analysis for VOCs - Groundwater
Table 4.2        Laboratory Analysis for Ammonia Nitrogen
                 Groundwater - S-11
Table 4.3        Laboratory Analysis for Heavy Metals
                 Solid Material - TP M 23.0
Table 4.4        Laboratory Analysis for
                 Base/Neutral Compounds - Groundwater MW-1
Table 4.5        Laboratory Analysis for
                 Base/Neutral Compounds - Groundwater - S-22
Table 4.6        Laboratory Analysis for
                 Base/Neutral Compounds - Soil TP W 22.0
Table 4.7        Laboratory Analysis for
                 Base/Neutral Compounds - Soil TP W 13.0
Table 4.8        Laboratory Analysis for VOCs - Soil TP W 4.0
Table 4.9        Laboratory Analysis for VOCs - Groundwater S-22
Table 4.10       Laboratory Analysis for Heavy Metals Analysis
                 Groundwater - S-22
Table 4.11       Laboratory Analysis for Heavy Metals Analysis
                 Groundwater - S-23
Table 4.12       Laboratory Analysis for Heavy Metals Analysis
                 Groundwater - S-26
Table 4.13       Laboratory Analysis for Heavy Metals Analysis
                 Groundwater - S-27
Table 4.14       Laboratory Analysis for Total Arsenic
                 Groundwater - S-22, S-23, S-26 & S-27
Table 4.15       Laboratory Analysis for Arsenic
                 Soil - TP W 11.0
Table 4.16       Laboratory Analysis for Total Arsenic
                 Soils - S-22, TP W 22.0 and TP W 11.0
Table 4.17       Laboratory Analysis for Selected Heavy Metals
                 Soils - S-22, TP W 22.0, S-23 & S-27
Table 4.18       Laboratory Analysis for Total Cyanide
                 Groundwater - S-22, S-23, S-26 & S-27

Table 5.1        Summary of Easements, Restrictions, Rights Etc.
                 Lombard Parcel
Table 5.2        Summary of Easements, Restrictions, Rights Etc.
                 Malden DPW Parcel
Table 5.3        Summary of Easements, Restrictions, Rights Etc.
                 Wellington Parcel

MLDN                    000579

FIGURES

Figure  1        Sketch Plan of Site
Figure  2        U.S.G.S. Topographic Locus Map
Figure  3        Sketch Plan of Site with Approximate
                 Sampling Receptor Location within
                 the Study Region
Figure  4        Approximate Sampling Receptor Locations -
                 Lombard/MDPW Property -
                 Initial Site Assessment
Figure  5        Approximate Sampling Receptor Locations -
                 Lombard/MDPW Property
                 Overlay - Interim Data Study 12/87
Figure  6        Malden River Courses - Reference TRC
                 Figure 2-5; Overlay 1897 Plan of Land
                 Malden, MA
Figure  7        Total Headspace Concentrations of Volatile
                 Organic Compounds, ppm - Soils M 26.0
Figure  8        Total Headspace Concentrations of Volatile
                 Organic Compounds, ppm - Soils
                 M 25.0 and M 27.0
Figure  9        Total Headspace Concentrations of Volatile
                 Organic Compounds, ppm - Groundwater
                 M 25.0 and M 26.0
Figure 10        Total Headspace Concentrations of Volatile
                 Organic Compounds, ppm - Soils
                 S-14, S-15 and S-18
Figure 11        Approximate Sampling Receptor Locations
                 Wellington Property
                 Initial Site Assessment
Figure 12        1936 Barrett Chemical Division Plat Plan
Figure 13        1936 Barrett Chemical Division Plat Plan Detail
                 with Overlay of Interim Data Study 12/87
Figure 14        Approximate Sampling Receptor Locations
                 Wellington Property
                 Overlay - Interim Data Study 12/87
Figure 15        Detail Section of Test Pit Excavations
                 W 8.0 - W 13.0 and W 25.0
Figure 16        Approximate Sampling Receptor Locations
                 Wellington Property
                 Overlay - 1916 Plan of Land - Malden, MA
Figure 17        1925 Proposal for Filling - Malden River
                 Overlay - 1916 Plan of Land - Malden, MA
Figure 18        Total Headspace Concentrations of Volatile
                 Organic Compounds, ppm - Soils
                 TP W 8.0 and TP W 9.0
Figure 19        Total Headspace Concentrations of Volatile
                 Organic Compounds, ppm - Soils
                 S-23, S-26 and S-27 with Overlay of Typical
                 Gasoline Profile
Figure 20        Total Headspace Concentrations of Volatile
                 Organic Compounds, ppm - Soils - S-22
Figure 21        Approximate Sampling Receptor Locations
                 Wellington Property
                 Overlay - 1916 Plan of Land - Malden, MA

ENVIRONMENTAL STUDIES

Phase III

Interim Data Work Plan

Lower Commercial Street
Malden, Massachusetts


1.0  Introduction

    Phase I and II environmental studies were initiated in the
Lower Commercial Street area of Malden, Massachusetts in the fall
of 1985 pursuant to Massachusetts General Laws, Chapter 21E.  The
project site for this investigation is a 21.6 acre site comprised
of three parcels referred to as the Lombard, Malden Department of
Public Works and Wellington properties.  A sketch plan of the
study area and applicable topographic locus map may be referenced
as Figures 1 and 2, respectively.  Specific details relative to
the results of these environmental studies may be referenced from
the following reports entitled:


                  Environmental Site Assessment
          Lombard Trucking Terminal - Malden, Massachusetts
                  April 1986 - Volumes I and II

                  Environmental Site Assessment
              Malden Department of Public Works Garage
        and Wellington Realty Property  -  Malden, Massachusetts
                  April 1986 - Volumes I and II

    Following a review of these environmental site assessment
reports by representatives of the Department of Environmental
Quality Engineering, Interim Data Gap Work Plans were submitted
to the Department by Goldberg-Zoino and Associates and Norwood
Engineering Co., Inc.  These work plans were designed to evaluate
the applicability of interim remedial measures to address the
conditions revealed during previous studies and to obtain further
data pertaining to evaluation of the proposed remedial work plan
which was submitted to the Department in conjunction with the
Phase I and II environmental studies.

1



**SKETCH PLAN OF SITE • MALDEN • MA**

figure

**1**

date
**MAY 1988**

job no.
**0065-02**

norwood engineering co. inc., 1410 route 1, norwood, ma.

MLDN                    000582



| U.S.G.S. TOPOGRAPHIC LOCUS • MALDEN • MA | | figure |
|---|---|---|
| | | **2** |
| norwood engineering co. inc., 1410 route 1, norwood, ma. | date 1971 | job no. 0065-02 |



SKETCH PLAN OF SITE W/ APPROXIMATE SAMPLING

RECEPTORS WITHIN THE STUDY AREA

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure

**3**

date

**MAY 1988**

job no.

**0065-02**

MLDN    000584

Upon the completion of initial site activities by TRC and
prior to this phase of study, additional site investigatory
actions performed by Norwood Engineering included the placement
of test borings/groundwater observation wells S-1 to S-13 in
portions of the Lombard/DPW property and off-site areas, together
with the excavation of test pits 21.0 through 24.0 in the eastern
portion of the Malden DPW property.  The results of these hydro-
geologic investigations are summarized in the Work Plan prepared
by Norwood Engineering, which serves as the basis for and is
included as Appendix B of this study, and in Appendix F of the
initial site assessment for the Lombard property.  Due to site
access constraints, no further field investigations were per-
formed upon the Wellington property prior to the implementation
of the scope of work discussed within this summary report.  As
such, due to the level of assessment previously performed upon
the Wellington property and the nature of the conditions encoun-
tered, a more detailed scope of field and laboratory activities
was performed as a part of this environmental study.


2.0   Field Investigation - Lombard/MDPW Property

A summary of test pit and soil boring locations utilized in
the assessment of the 21.6 acre study area and off-site regions
is presented on Figure 3.  Soil and groundwater investigations
initiated by TRC in 1985 identified the possible presence of free
fraction oil at the Lombard/MDPW property line.  The approximate
location of applicable sampling locations of the excavations and
additional sampling locations in this portion of the study area
may be referenced from Figure 4.  To evaluate the possible
presence of remediable concentrations of petroleum hydrocarbons
in the vicinity of test pit M 13.0, test pit/trench excavations M
25.0 - M 28.0 were placed in the approximate locations delineated
on the associated overlay, presented as Figure 5.

Specific details pertaining to the type of materials encoun-
tered during each excavation may be referenced from the applic-
able soil logs attached as Appendix C.  In general, each test pit
excavation was observed to contain a variety of miscellaneous
fill material over the entire limits of excavation.  Following an
initial layer consisting of fine to coarse sands and gravel, fill
materials ranged from municipal debris, tin cans, bricks, ash,
wood, rubber, glass, ceramics at TP M 25.0, to residual ash and
substantial amounts of metal strips at TP M 28.0.

As indicated on Figure 5, test pit M 25.0 was placed as a 30
foot trench excavation in an easterly direction commencing at
test pit M 13.0.  At TP M 25.0, three separate locations within
the excavation of the trench cuts were extended to depths in
excess of 10 feet to accommodate sampling of the groundwater
compartment.  A significant variation in observed groundwater
levels was noted within the open excavation, reflective of an
influence due to in situ geology.  Of principle importance was an
absence of any recoverable quantities of petroleum hydrocarbons.
Test pit M 26.0 was excavated in a westerly direction approximately

2



APPROXIMATE SAMPLING RECEPTOR LOCATIONS – LOMBARD / M.D.P.W. PROPERTY

INITIAL SITE ASSESSMENT

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure 4

date MAY 1988

job no 0065-02

MLDN          000586



APPROXIMATE SAMPLING RECEPTOR LOCATIONS – LOMBARD / M.D.P.W. PROPERTY

INTERIM DATA STUDY – 12/87

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure **5** A

job no. 0065-02

date MAY 1988



APPROXIMATE SAMPLING RECEPTOR LOCATIONS – LOMBARD / M.D.P.W. PROPERTY

INITIAL SITE ASSESSMENT

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure **5**

job no **0065-02**

date **MAY 1988**

5.0 feet from the edge of TP M 25.0 for a distance of 8.0± feet
and to a depth of 8± feet.  Materials observed included a pre-
dominance of metal strips, crushed 55 gallon drums, rubbish scrap
and bottles.  The fill material encountered in this test pit
excavation appeared to be of more recent source origin in compar-
ison to the materials encountered at TP M 25.0.  In particular,
in addition to newspaper remnants dated December 14, 1938, the
evaluation of fill material from the center cut of TP M 25.0
revealed a significant fraction of shoes and leather materials.

TP M 27.0 was extended for a distance of 8 feet as a west-
erly continuation of the excavations commenced as TP M 25.0 and
revealed municipal fill materials as well as indications of a
past burning dump in this portion of the project site.  Signif-
icant accumulations of municipal debris and strips were also
encountered during the excavation of TP M 28.0.

Each of the test pit excavation placed in the proximity of
TRC test pit M-13 revealed visually identifiable indications of
petroleum hydrocarbons.  However, the profiles observed were
reflective of residual hydrocarbons that had been adsorbed by in
situ soils and subsequently released during excavation.  Further-
more, a significant variation in shallow groundwater levels was
observed reflecting an influence upon contaminant migration due
to in situ soil/sediment conditions.  This was most noticeable
during the trench excavations performed as TP M 25.0, where
groundwater levels within three different segments of the trench
exhibited fluctuations in excess of 1.0 feet in depth.  At test
pit M 27.0, petroleum fractions exhibited a clotting or
agglomeration factor, in contrast to the more prevalent indica-
tions of a sheening observed at the soil/groundwater interface of
previous test pit excavations.  To evaluate any potential for the
recovery of bulk phase petroleum hydrocarbons, a 4" PVC observa-
tion well was installed at this test pit receptor.

As excavations were continued in a westerly direction away
from TP M 25.0, the limits of older filling were defined by the
variation in the density, age and type of fill materials encoun-
tered.  Test borings S-19 and S-20 were placed in close proximity
to test pit excavations M 25.0 through M 28.0 to evaluate in situ
groundwater quality and further define the nature of soil condi-
tions in this portion of the project site.  Soil conditions
encountered during the placement of test boring S-19 were consis-
tent with those observed during the nearby test pit excavations
consisting of sand and gravel fill, atop cinders and miscellane-
ous fill material to a depth of approximately 15.5 feet.  Notice-
ably different soils were encountered during the placement of
test boring S-20, where fill material consisting of sand and
gravel and trash extended to approximately 9.5 feet, at which
depth a native peat layer was encountered.  This peat layer
extended to approximately 13 feet, and was followed by stratified
lenses of fine to coarse sands, blending into clay at approxi-
mately 16 feet.  The presence of this clay layer is consistent
with the lower soil conditions encountered as a general type
across major portions of the study area.

3

In general, the fill material encountered in the northeast-
ern portions of DPW property at borings S-14 through S-18 con-
sisted predominantly of fine to medium sands and gravel, with
indications of brick and concrete with an average depth of 10 -
13 feet from surface grade.  The stratum of fill materials was
typically underlain by fine to medium sands and organic silts at
each boring location.  Visual inspection of soil conditions
during the placement of test borings S-14 through S-20 revealed a
characteristic black staining accompanied by olfactory
indications of coal tar contaminants at the soil/groundwater
interface.  The presence of coal tar factions, particularly
noticeable in samples taken from the 10 - 12 foot depth interval
at S-15 and S-18 and subsequently quantified using OVA analysis.

To determine any horizontal migration of the petroleum
residuals detected during the placement of test pit excavations
at M 25.0 - M 28.0, two additional excavations (M 35.0 and M
36.0) were placed along the northern foundation wall of the DPW
building, as shown on the overlay to Figure 5.  Underlying soil/
sediment conditions were consistent with those observed during
previous excavations in this area, comprised of asphalt and sandy
fill atop slag, brick, wood, municipal trash.  Of principle note
was the absence of any indications to suggest the presence of
significant concentrations of petroleum hydrocarbons, either by
olfactory or visual inspection of the exposed soils.  Further-
more, while excavations were penetrated to a depth of approxi-
mately 8.5 feet, no infiltration of groundwater was noted.  This
further supports the presence of localized groundwater accumu-
lations as a function of in situ geology, particularly in the
area of M TP 25.0 where groundwater levels were encountered at
depths of approximately 6 feet or less.  Site activities associ-
ated with the former dredge spoil basin are a probable influence
upon the conditions noted.

To define the nature of in situ fill material in the vicin-
ity of the former streambed, delineated on Figure 5, test borings
S-14 through S-18 were performed.  In the initial site assessment
reference was made to a possible streambed passing through the
northeast corner of the DPW property, which would account for
some of the fill material encountered during the excavation of
test pits 25.0 through 27.0.  Information compiled by TRC is
presented as Figure 6 and is referenced from a 1904 Sanborne Fire
Insurance map.  Further review of site history information, how-
ever, suggests that the watercourse as delineated may have
actually been a variation in the superposition of the U-shaped
streambed which passed primarily through the Lombard property.
As shown on the overlay to Figure 6, superposition of the 1987
Edgeworth Tannery facilities over the present site configuration
indicates that the streambed passed through the northeast corners
of the DPW property in close proximity to the edge of TP W 25.0,
however, passing primarily through the Lombard parcel.  The
evolution of filling operations is discussed in detail in Section

4

MLDN          000590

CITY OF MALDEN.
Part of Ward 2.

| | | figure |
|---|---|---|
| | | **6** A |
| norwood engineering co. inc., 1410 route 1, norwood, ma. | date | job no. |



LEGEND

Circa 1904  — — —
Circa 1915  ............
Before 1932  —————
After 1932  — — —
1978 to Present  ——————

MALDEN RIVER COURSES.

REFERENCE TRC FIGURE 2-5

figure
**6**

date
**MAY 1988**

job no.
**0065-02**

norwood engineering co. inc., 1410 route 1, norwood, ma.

MLDN                    000592

5.0 of this report.  However, given the age of the materials
encountered in TP 25.0, i.e., 1938, it appears that the fill
material encountered at the Lombard/MDPW property line postdates
filling operations associated with the streambed.

A second objective of site investigatory actions performed
at the Malden DPW site was a delineation of possible coal tar
accumulations in the vicinity of test pit receptor M-8, which
was placed by TRC during the initial site assessment.  To evalu-
ate in situ soil conditions in this portion of the site, test pit
excavations M 29.0 through M 31.0 were placed along the southern
perimeter of the site, in the approximate locations shown on
Figure 5.  Soil conditions encountered during these test pit
excavations consisted primarily of sandy gravel fill, slag and
miscellaneous debris to depths of approximately 4.0 - 5.0 feet,
where a native red peat layer was encountered.  Groundwater
infiltration was noted at each test pit excavation atop native
peat layer and indications of coal tar contamination were
evidenced by the naphthalene/camphor odor and a slight sheening
of groundwater infiltration.  No recoverable quantities of bulk
coal tar fractions were observed during test pit excavations
performed in this portion of the site.

Similar subsurface conditions were noted during the place-
ment of test pit excavations M 32.0 and M 33.0 in areas immedi-
ately to the northeast of the previously described test pit
excavations.  At each of these locations, sand and gravel fill
containing slag, brick and miscellaneous metal pieces was encoun-
tered atop the peat, with a slight sheening of exposed ground-
water accumulations due to coal tar fractions noted.  Soil condi-
tions encountered during the placement of TP M 34.0 consisted of
one foot of sandy gravel fill beneath asphalt atop fill contain-
ing building debris comprised of concrete, brick and metal
scraps.  Between 3.1 and 3.8 feet, a more uniform fill preceded
the native peat layer.  Higher indications of residual coal tar
contamination were encountered during the placement of this test
pit amidst the gravel layer with vertical migration inhibited by
the underlying peat.

Following the visual inspection of in situ soil conditions
in representative soil samples were taken and screened for vola-
tile organic compounds as possible indicators of hazardous
materials or oils.  Sampling protocol and analytical techniques
utilized in the field assessment of in situ soil conditions are
discussed in detail in the environmental site assessment reports
referenced in Section 1.0.  In situ screening was performed with
a Tip II photoionization meter and delineation of the various
volatile fractions contributing to total VOC concentrations
detected was performed utilizing a Century 128 Organic Vapor
Analyzer.  Gas chromatography procedures utilized in the OVA
analysis incorporated the use of a methane standard, together

5

MLDN                    000593

with headspace analytical techniques. The results obtained reflect concentrations in air, released or volatized, into the headspace over the sample volume. The resultant chromatograms for each applicable sample are recorded on a continuous strip chart.

As indicated above, a methane standard is utilized in the gas chromatography procedures associated with the OVA analysis, as such, total VOC concentrations summarized in Tables 2.1, 2.2 and 2.4 reflect synthetic as well as naturally occurring volatile organic compounds. This potential is represented graphically in Figure 7, which illustrates the representative GC chromatograms associated with the analysis performed on soil samples from the 2.5, 5.0 and 6.5 foot depths in TP M 26.0. As shown, total VOC concentrations of 48 ppm were detected at the 2.5 foot sample, due predominantly to the presence of naturally occurring organic activity or methanogenesis, in contrast to total VOC concentrations of 62 ppm detected in the 6.5 foot split which revealed the presence of a weathered petroleum hydrocarbon. Similar results were detected in the overlying soil compartment at 5'.

At TP M 25.0 and TP M 27.0 indications of weathered petroleum fractions were detected in the shallow soil compartment, as indicated in Figure 8, however, with significant variations in the total VOC concentrations due to methanogenesis or biodegradation of organic matter, particularly at TP M 25.0. Of principle note were the low levels of volatile petroleum fractions within groundwater samples taken from TP M 25.0 and TP M 26.0, Figure 9, in comparison to the overlying source potential and disturbance of steady state conditions in the area. In addition, at M 28.0, only trace indications of residual petroleum fractions were noted.

Visual inspection of in situ soil conditions during the placement of test borings S-14 through S-20 suggests the presence of coal tar contaminants at the soil/groundwater interface in the 10 - 12 foot depth interval at S-15 and S-18. VOC screening of the applicable soil samples from this depth revealed enhanced indications of biochemical activity due to the degradation of organic matter, as indicated in Figure 10.

6

MLDN          000594

**TEST PIT EXCAVATION  TP-26   SOIL SAMPLE @ 2.5'**
[VOC] = 48 ppm
11/13/87



**TEST PIT EXCAVATION  TP-26   SOIL SAMPLE @ 5.0'**
[VOC] = 180 ppm
11/13/87



**TEST PIT EXCAVATION  TP-26   SOIL SAMPLE @ 6.5'**
[VOC] = 62 ppm
11/13/87



| TOTAL HEADSPACE CONCENTATIONS OF VOLATILE ORGANIC COMPOUNDS   (ppm) | figure **7** |
|---|---|
| norwood engineering co. inc., 1410 route 1, norwood, ma. | date **MAY 1988** · job no. **0065-02** |

MLDN                    000595



TEST PIT EXCAVATION    M-25 0-10' COMPOSITE  @  5'  SOIL SAMPLE
[VOC] = 640 ppm
11/13/88

TEST PIT EXCAVATION    M-27 @ 5 - 5.5'  SOIL SAMPLE
[VOC] = 340 ppm
11/16/88

figure 8

job no. 0065-02

date MAY 1988

TOTAL HEADSPACE CONCENTRATIONS OF VOLATILE ORGANIC COMPOUNDS   (ppm)

norwood engineering co. inc., 1410 route 1, norwood, ma.

MLDN          000596



TEST PIT EXCAVATION M-25  GROUNDWATER SAMPLE
[VOC] = 170 ppm
11/13/87

TEST PIT EXCAVATION M-26  GROUNDWATER SAMPLE
[VOC] = 120 ppm
11/13/87

TOTAL HEADSPACE CONCENTRATIONS OF VOLATILE ORGANIC COMPOUNDS   (ppm)

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure
9

date
MAY 1988

job no.
0065-02



**TOTAL HEADSPACE CONCENTRATIONS OF**

**VOLATILE ORGANIC COMPOUNDS (ppm)**

| | figure |
|---|---|
| | **10** |

norwood engineering co. inc., 1410 route 1, norwood, ma.

| date | job no. |
|---|---|
| MAY 1988 | 0065-02 |

MLDN          000598

Table 2.1   Total Concentrations of Volatile Organic Compounds*

Sample Description:  Soil

13 November 1987

DPW Yard

Test Pit Excavations

| Sampling Location | Depth | | | VOCs, ppm* Concentrations |
|---|---|---|---|---|
| M 25.0 (Trench**) in an easterly direction - 1' | 2.5' | | | 14 |
| 6' | 2.5' | | | 39 |
| 12' | 2.5' | | | 37 |
| 18' | 2.5' | | | 30 |
| 24' | 2.5' | | | 24 |
| 24' - 30' | 2.5' | Composite | | 6.8 |
| 0' - 10' | 5.0' | Composite | | 640 |
| 10' - 18' | 5.0' | Composite | | 105 |
| 18' - 24' | 5.0' | Composite | | 300 |
| 24' - 30' | 5.0' | Composite | | 20 |
| M 26.0 | | | | |
| | 2.5' | | | 43 |
| | 5.0' | | | 180 |
| | 6.5' | | | 62 |

16 November 1987

| Sampling Location | Depth | | | VOCs, ppm* Concentrations |
|---|---|---|---|---|
| M 27.0 | 2.0' - 2.5' | | | 51 |
| | 5.0' - 5.5' | | | 340 |
| M 28.0 | 2.0' - 2.5' | | | 16 |
| | 5.0' - 5.5' | | | 70 |
| | 5.5' - 7.5' | | | 1.2 |

\*    Total VOC concentrations (ppm) in air utilizing
     headspace methodologies.

     GC    - Century 128 OVA (FID) - methane standard
     ND    - None Detected

**TP M 25.0 is a trench cut excavation commencing at TRC test
  pit M-13 and extending in an easterly direction towards TRC
  test pit M-12.

MLDN            000599

Table 2.1  Total Concentrations of Volatile Organic Compounds*
(Continued)

17 November 1987

DPW Yard

| Sampling Location | Depth | VOCs, ppm* Concentrations |
|---|---|---|
| M 29.0 | 0.0' - 2.0' | ND |
| | 2.0' - 3.0' | ND |
| | 3.0' - 4.0' | 13 |
| | (A) 4.0' | 7.2 |
| | (B) 4.0' | 7.5 |
| M 30.0 | 0.0' - 1.5' | 0.1 |
| | 5.0' - 5.5' | 10.0+ |
| M 31.0 | 0.0' - 2.0' | ND |
| | 2.0' - 4.0' | 1.8 |
| | 4.0' - 4.5' | 4.0 |
| M 32.0 | 0.0' - 5.0' | 0.2 |
| | 5.0' | 0.3 |
| M 33.0 | 0.0' - 1.5' | ND |
| | 1.5' - 4.0' | 2.0 |
| | 4.0' - 5.0' | 0.1 |
| M 34.0 | 1.5' | 0.1 |
| | 3.5' | 61 |
| | 4.5' - 5.0' | 0.7 |
| M 35.0 | 1.0' - 1.5' | 0.2 |
| | 5.0' - 7.0' | 0.3 |
| | 8.0' | 33 |
| M 36.0 | 1.0' - 2.0' | 0.2' |
| | 8.0' - 8.5' | 50 |

*    Total VOC concentrations (ppm) in air utilizing
     headspace methodologies.

     GC    - Century 128 OVA (FID) - methane standard
     ND    - None Detected

8

Table 2.2  Total Concentrations of Volatile Organic Compounds*

Sample Description:  Soil

17 November 1987

DPW Yard

Soil Test Borings

| Sampling Location | Depth | VOCs, ppm* Concentrations |
|---|---|---|
| S-14 | 0.0' – 3.0' | 0.6 |
|  | 5.0' – 6.5' | 0.1 |
|  | 10.0' – 10.5' | 110 |
|  | 10.5' – 11.5' | 4.2 |
|  | 15.0' – 16.5' | 7.1 |
| S-15 | 0.0' – 2.0' | ND |
|  | 5.0' – 6.5' | 2.4 |
|  | 8.0' – 8.5' | 1.2 |
|  | 10.0' – 12.0' | 1000 |
|  | 12.0' – 14.0' | 4.2 |
|  | 15.0' – 17.0' | 6.2 |
| **S-16 | 0.0' – 2.0' | ND |
| **S-17 | 0.0' – 2.0' | 1.2 |
|  | 5.0' – 7.0' | 4.0 |
| S-18 | 0.0' – 2.0' | 3.2 |
|  | 5.0' – 7.0' | 1.6 |
|  | 10.0' – 11.5' | 1000 |
|  | 15.0' – 17.0' | 60 |

*    Total VOC concentrations (ppm) in air utilizing
     headspace methodologies.

     GC     – Century 128 OVA (FID) – methane standard
     ND     – None Detected

**   S-16 and S-17 were placed in close proximity to a French
     Drain structure constructed of large concrete
     blocks/boulders and other construction debris, to evaluate
     the nature of shallow  overlying fill material and drain
     configuration.

MLDN          000601

Table 2.2  Total Concentrations of Volatile Organic Compounds*
(Continued)

17 November 1987

DPW Yard

| Sampling Location | Depth | VOCs, ppm* Concentrations |
|---|---|---|
| S-19 | 0.0' - 3.0' | 3.0 |
| | 5.0' - 7.0' | 62 |
| | 10.0' - 12.0' | 180 |
| | 15.0' - 16.5' | 20 |
| S-20 | 0.0' - 3.0' | ND |
| | 5.0' - 7.0' | 78 |
| | 10.0' - 12.0' | 0.2 |
| | 15.0' - 16.5' | ND |
| | 16.5' - 17.0' | ND |
| S-21 | 0.0' - 3.0' | ND |
| | 5.0' - 7.0' | 62 |
| | 10.0' - 12.0' | ND |
| | 15.0' - 16.5' | ND |

\*    Total VOC concentrations (ppm) in air utilizing
     headspace methodologies.

     GC    - Century 128 OVA (FID) - methane standard
     ND    - None Detected

MLDN          000602

Table 2.3  Field Analysis for Groundwater Quality Characteristics
.

November 1987

DPW Yard

| Sampling Location | Temperature (°C) | Conductivity (@25°C) | Salinity | Depth to Groundwater |
|---|---|---|---|---|
| M 25.0 | | | | |
| End | 14.0 | 258 | 0 | 7.0' |
| 12'East | 16.8 | 722 | 0 | 8 6' |
| 24'East | 14.8 | 353 | 0 | 8.6' |
| M 26.0 | 15.6 | 340 | 0 | 6.8' |
| MW-1 | 11.9 | 3002 | 1.6 | 6.6' |
| S-9 | 15.1 | 875 | 0.1 | 4.7' |
| S-14 | – | – | – | 6.6' |
| S-18 | – | – | – | 6.4' |
| S-19 | – | – | – | 6.5' |
| S-20 | – | – | – | 6.8' |
| S-21 | – | – | – | 6.4' |
| 18 May 1988 | | | | |
| S-14 | 10.0 | 2892 | 1.5 | 6.6' |
| S-18 | 9.0 | 1436 | 0.5 | 6.4' |
| S-19 | 11.5 | 1197 | 0 | 6.4' |
| S-20 | 11.5 | 433 | 0 | 6.8' |
| S-21 | 11.0 | 321 | 0 | 6.4' |

MLDN          000603

Table 2.4  Total Concentrations of Volatile Organic Compounds

Sample Description:  Groundwater

20 November 1987

DPW Yard

| Sampling Location | VOCs, ppm* Concentrations |
|---|---|
| M 25.0 | |
| End | 1000 |
| 12' East | 280 |
| 24' East | 290 |
| M 26.0 | 91 |
| MW-1 | 1.0 |
| S-9 | 1.0 |
| S-14 | 1000 |
| S-18 | 1000 |
| S-19 | 1000 |
| S-20 | 1000 |
| S-21 | 500 |

\*    Total VOC concentrations (ppm) in air utilizing
     headspace methodologies.

     GC     - Century 128 OVA (FID) - methane standard
     ND     - None Detected

12

MLDN        000604

Table 2.5 Field Test Results - Water Samples
        Screening for pH

DPW Yard

| Location | pH |
|----------|-----|
| 1 December 1987 | |
| MW-1 | 7.95 |
| S-9 | 7.4 |
| S-14 | 6.9 |
| S-18 | 7.0 |
| S-19 | 6.9 |
| S-20 | 7.0 |
| S-21 | 7.1 |

MLDN          000605

3.0  Field Investigations - Wellington Parcel

A sketch plan of the Wellington parcel and approximate sampling locations placed during the initial assessment may be referenced from Figure 11.  Following completion of the initial phase of environmental studies upon the Wellington parcel, new site history information was provided by site owners which revealed characteristics pertaining to site configuration at the time of coal tar operations associated with the Barrett Division of Allied Chemical Company.  This information included a copy of a 1936 Plat Plan, revised in February of 1937, which depicted the principle elements of the coal tar plant in existence at that time.  A detail sketch of significant site features and reproduction of the 1936 Plat Plan may be referenced from Figure 12. As shown, there were numerous locations where above and below ground storage of petroleum and coal tar products existed at the time of coal tar processes.  Prior to the implementation of field activities associated with the interim work plan, a review of this site history information was performed, with modifications to the scope of work made accordingly.

Principle objectives addressed during investigatory site actions upon the Wellington property included the evaluation of former petroleum and coal tar storage areas, drainage systems within the process operations area and characterization of previously existing marshlands/surface waters, which were subsequently filled to accommodate present site configuration.  Additional aspects of the scope of work implemented during this phase of study are outlined in the Work Plan, a copy of which is enclosed as Appendix B.

Review of previous field and laboratory data compiled by TRC suggested the presence of free phase coal tar in the vicinity of test boring B-11 and W 4.0, in excess of background conditions found over the more general study area.  To evaluate the feasibility of interim remedial measures in these areas, site activities were initiated with the placement of test pit Wellington (W) 8.0 in the approximate location shown in Figures 13 and 14. As shown on the overlay of previous site configuration, Test pit W 8.0 was placed in an area of former kerosene storage.  Soil conditions encountered at this location consisted of sandy gravel fill beneath asphalt cover, extending to a depth of approximately 4 feet where the presence of leather scraps, cloth and felt were observed atop native peat.  Further excavations into the peat layer revealed the presence of fine sands and silts blending into a dense marine clay.  Groundwater recovery at this location was limited to a seepage at the transition zone between the gravel fill and leather scraps.  The depth to groundwater seepage also approximated the lower limits of a thin band of coal tar sediments, which were observed within the gravel fill.

MLDN                000606



APPROXIMATE SAMPLING RECEPTOR LOCATIONS–WELLINGTON PROPERTY

INITIAL SITE ASSESSMENT

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure

11

job no.
0065-02

date
MAY 1988



SITE CONFIGURATION DETAILS – 1936

12 A



figure
**12**

job no.
0065-02

date
MAY 1988

**BARRETT CHEMICAL DIVISION**

**PLAT PLAN IN MALDEN, MASS.**

**FEBRUARY 25, 1937**

norwood engineering co. inc., 1410 route 1, norwood, ma.



INTERIM DATA STUDY 12/87 • WELLINGTON PROPERTY

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure
**13**A

date
MAY 1988

job no.
0065-02



**BARRETT CHEMICAL DIVISION PLAT PLAN DETAIL**

figure

**13**

date

job no.



INTERIM DATA STUDY 12/87

14 A



APPROXIMATE SAMPLING RECEPTOR LOCATIONS—WELLINGTON PROPERTY
INITIAL SITE ASSESSMENT

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure
**14**

job no.
0065-02

date
MAY 1988

MLDN    000613

Test pit W 9.0 was extended from the western edge of W 8.0 in a southerly direction through the underground storage area for a distance of approximately 20 feet. Soil conditions encountered during this excavation were consistent with those observed within TP W 8.0, consisting of a miscellaneous fill atop sandy gravel to a depth of 4.8 feet where leather scraps preceded the peat layer. The presence of reed grass in the peat transition zone to the underlying clay layer suggests the presence of a former estuary or marsh in this portion of the site. As observed previously, groundwater recovery in this test pit excavation was limited to minor seepage at the transitional layer between the gravel and underlying leather/peat, with no recoverable quantities of coal tar fractions noted.

As indicated on Figure 14 and on the detail section presented as Figure 15, TP W 10.0 was placed at the midpoint of W 9.0 and extended in a westerly direction for approximately 40 feet. As before, shallow soil conditions consisted of approximately 4.5 feet of gravel fill containing indications of coal tar contamination at the seepage or infiltration point of shallow groundwater, which also denoted the transition between gravel and the underlying leather scraps. Of principle note, however, was higher quantity of hides, wooden barrel slats and leather in the 4.5 to 6.5 foot depth interval. This 2 foot layer of fill material was followed by the typical dry peat formation and marine clays. In addition, at the western end of this test pit excavation a 10 - 12 inch wide lens of chalky white material of similar material to that identified as arsenic during the Phase I study was detected. This lens extended over a distance of approximately 4 feet, at which point the excavation was terminated to accommodate access to rear portions of the site.

Additional observations noted during the excavation of TP W 10.0 included the presence of 2 inch distribution piping and several electrical conduits in the shallow fill material reflective of previous land use characteristics. In each of the test pit excavations, groundwater recovery was observed in the form of a seepage suggesting that the vertical migration potential of coal tar constituents is severely inhibited by the presence of the underlying native peat and marine clays. Furthermore, variations in the amount of groundwater recovery suggests that recharge due to precipitation, water lines and/or drainage utilities are likely to be contributory sources to movement within the shallow aquifer. As such, it is probable to assume that future site activities inclusive of the permanent remediation alternative will significantly reduce the amount of shallow groundwater/surface water movement, thus, increasing the immobility of the constituents of concern.

MLDN                    000614



DETAIL SECTION OF TEST PIT EXCAVATIONS W~8 TO W~13 & W~25

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure **15**

job no. 0065-02

date MAY 1988

MLDN                000615



DETAIL SECTION OF TEST PIT EXCAVATIONS W-8 TO W-13 & W-25

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure **15**

job no. 0065-02

date MAY 1988

MLDN

000615

Field inspection of the project site in the area of test pit W 10.0 revealed numerous indications of circular rises in localized topography, suggesting the presence of buried piles. To investigate this condition, test pit W 11.0 was extended for a distance of approximately 12 feet in a southerly direction from TP W 10.0. Exposure of subsurface conditions confirmed the presence of wood piles in this portion of the site associated with previous land use operations. In addition, the typical coal tar stained gravel layer and organic fill material consisting of leather scraps and hides were noted over the limits of the excavation.

Test pits W 12.0 and W 13.0 were placed in the northern portions of the Wellington property to investigate reported coal tars observed by TRC during the placement of test boring B-11 and excavations in the area of the nearby loading bay. Review of site history information presented on the 1936 Barrett Plan revealed the presence of a trench network for process operations in this portion of the site, suggesting that the reported accumulations of coal tars may be directly related to formerly existing structures. Soil conditions encountered during the placement of TP W 12.0 included approximately 6.0 feet of sandy fill comprised of fine to coarse sands with a trace of gravel. At the northeast corner of this test pit excavation, a localized pocket of heavy coal tar accumulation was noted at a depth coincidental with groundwater seepage (1.5' - 3.0'). Sheening of infiltrated groundwater and characteristic coal tar odors were observed, however, no recoverable bulk fractions noted. Furthermore, sands and gravel encountered at this location were underlain by dry, brown, marine peat blending into the graded silts and clay, consistent with regional soil stratigraphy.

TP W 13.0 was placed at approximately 30 feet to the south of test pit W 12.0 and extended in a westerly direction, as shown on Figure 15. As indicated within the soil logs, presented as Appendix B, two layers of bituminous concrete were encountered during this excavation at surface grade and approximately 1.0 foot below, with a layer of red peastone gravel in between. Immediately below the second asphalt layer, black, heavily stained, sandy fill material exhibiting a higher accumulation of coal tars were observed. Physical characteristics in this portion of the site, i.e., sloping surface grades in the form of a depression, and the presence of overlying asphalt layers appeared to induce a higher accumulation of both shallow groundwater and coal tars. These conditions resulted in the rapid influx of perched waters during the initial penetration of the soil compartment. Below this shallow depth, the density of the native marine deposits, i.e., peat and clay, together with the seepage of groundwater at the transition zone between the fill and the peat represent a limited potential for vertical migration of coal tar constituents. Regrading of surface cover during future site activities will significantly improve or mitigate the potential for the accumulation of water volumes noted.

16

MLDN                000616

To further investigate the deposition of arsenic materials upon the project site between TP W 3.0 and W 10.0, test pit excavations W 14.0 and W 15.0 were placed in the approximate locations shown on Figure 14. Test pit W 14.0 was excavated to a depth of 12 feet and encountered various layers of sandy gravel fill, as well as three different layers of bituminous concrete within the 0 - 3 foot depth interval. Below the third asphalt layer, miscellaneous brick rubble and construction debris extended to approximately 6 feet where a native layer of reed grass, organic peat and silts were encountered. Visual inspection of the organic layer revealed more tidal or wetland characteristics, i.e., substantial amounts of reed grass, prompting a continuation of this excavation. At approximately 11.5 feet, a graded bed of fine to medium sands was penetrated, suggesting the presence of a flow zone associated with earlier site history. No arsenic bearing materials were observed within the exposed soil profile suggesting the presence of a limited deposit between test pit W 10.0 and W 3.0. Shallow test pit W 15.0 was placed to the west of TP W 3.0 and W 14.0 at the southwest corner of the former above ground coal tar storage area (Figure 14) and in close proximity to the easterly edge of former Commercial Street Extension. Soil conditions observed in the shallow soil profile consisted of multiple layers of gravel fill and bituminous concrete over organic sediments, with no indications of arsenic bearing materials and of the characteristic coal tar seepage generally observed within the gravel fill layer.

Test pit W 16.0 was placed in an area where indications of the storage of gasoline and kerosene were delineated on the Barrett Chemical Plan. Soil conditions encountered in this investigation were consistent with typical fill layers observed across the project site, comprised of fine to medium sands and gravel, bricks and miscellaneous scrap metal. In addition, 2 inch distribution piping was also present, alluding to the former underground storage that existed in this portion of the site, however, no additional indications of underground storage were noted.

One of the principle objectives of the Interim Work Plan was an investigation of soil and groundwater quality in the vicinity of the former leaching or sand filter bed, revealed during a review of site history records. To evaluate conditions in this portion of the project site test pits W 17.0 through W 20.0 were excavated in the approximate configuration delineated on Figure 14. For specific delineation of the types of fill material encountered during this test pit excavation reference to soil logs in Appendix D is recommended. In general, however, the fill material encountered was atypical with respect to remaining portions of the site. For example, during the excavation of test pit W 18.0, a significant amount of metal, copper wire, boulders, cast iron pipe, automobile seat, metal scraps, tires were encountered, suggesting that a substantial amount of filling had taken place to accommodate presently existing surface grades, as opposed to the more gradual progression of filling of tidelands.

MLDN                    000617

The underlying stratum at test pits W 18.0 consisted of marsh grass and organic peat (6'±), which preceded the typical clay layer, with similar conditions were noted at depths of 8 and 9 feet at test pits W 17.0 and 19.0, respectively. Visual inspection of groundwater infiltration in this portion of the site which occurred at depths coincidental with the transition between the fill material and the denser native deposits revealed the presence of light oily odor and sheening suggestive of a #2 fuel oil with little indications of coal tars noted. These oily odors were most notable during the excavations of test pits W 18.0 and W 19.0.

The numerous indications of marine deposits and in partic- ular stream bed material observed during the placement of test pit excavations upon the site warranted that additional investi- gations be performed to define potential flow zones along natural hydraulic boundaries. This behavior is believed to be related to detection of high concentrations of naphthalene by TRC during the analysis of soil conditions at TP W 4.0. To further characterize the coal tar migration characteristics and subsurface features in close proximity to Little Creek, test pit excavations W 21.0 - W 24.0 were excavated in the approximate locations shown on Figure 16. Reference to the overlays of 1916 and 1932, presented as Figure 17 indicates that these receptors approximate soil condi- tions within and at the limits of formerly existing creek path which passed through the location of the present Wellington facility and connected with the Malden River.

Indications of the probable stream banks were evidenced by southerly sloping deposits of sandy fill material encountered during the excavations of test pits W 21.0 and W 22.0. Further- more, at approximately 2.5 feet from grade in test pit W 22.0, a layer of asphalt was encountered in the fill material. The bottom of the asphalt was solidified in a manner which suggested that it was poured while hot into an open body of water. At test pit W 21.0, groundwater recovery rates (5'±) were much more rapid in comparison to that observed in areas further to the north and exhibited characteristic coal tar sheening and naphthalene odor. Similar groundwater recovery characteristics were observed in the lower soils of W 22.0, with a more significant fraction of coal tars observed seeping in atop the native peat layer. To evaluate the recovery potential of coal tar fractions, a 3" PVC field observation well was installed at this location.

As indicated on Figure 16, test boring S-22 was placed in the notch or in close proximity to the northeasterly portion of Little Creek. Soil conditions encountered in this test boring consisted of approximately 10 feet of miscellaneous fill material with a very strong coal tar odor at approximately 1.5 feet from grade, followed by loose fine sands and silt and traces of peat over the length of the boring. During the recovery of split spoon samples, visual indications of heavy bulk phase coal tar

18



figure **16**A

1916 PLAN OF LAND · MALDEN · MA

MLDN          000619



**APPROXIMATE SAMPLING RECEPTOR LOCATIONS**

**WELLINGTON PROPERTY**

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure **16**

job no. 0065-02

date MAY 1988



1916 OVERLAY

norwood engineering co. inc. 1410 route 1, norwood, ma.

| figure | | date | | job no. |
| 17A | | MAY 1988 | | 0590-02 |



PROPOSED FILL LOCATIONS 1925

LOMBARD/M.D.P.W. (1)          WELLINGTON/LITTLE CREEK (2)

figure

**17**

date
MAY 1988

job no.
0065-02

MLDN          000622

fractions were observed. Test pit W 23.0 was placed in close proximity to test boring 22 to evaluate the nature of the fill material and heavy indications of coal contamination observed. A variable fill layer comprised of sands and gravel, ash and 3/4" rebar, concrete slabs and brick was observed to depths of approximately 9.0 feet, atop the native peat layer and amidst heavy accumulations of coal tar fractions.

Test pit W 24.0, which was placed approximately 30 feet to the south and 50 feet to the east of W 23.0, indicates the probable easterly limit of the former creek bed. Between 6.5 to 16.3 feet, intermittent layers of marsh grass, peat and sand deposits containing shells and significant silt fractions were observed, together with a rapid groundwater recovery rate at approximately 15.5 feet. Indications of coal tar contamination were noticeably less at this test pit location, however, fill material in the 0.3 to 6.5 foot depth range contained black tars and roofing materials.

Test pit W 25.0 was dug to the east of TP W 3.0 to further investigate the profile of arsenic deposition between TP W 10.0 and TP W 3.0, as well as the northerly limits of the former stream channel. In addition to the typical fill material comprised of gravel, brick, slag, sandy gravel, a wedge of white spongy material, tentatively identified as arsenic, was detected from 4.9 - 6.0 feet at the eastern end of this test pit. The arsenic deposit and surrounding material was underlain by native peat and marsh grass blending into the silty fine to medium sands and clay. The manner of arsenic deposition between TP W 10.0 and TP W 3.0 suggests a disposal pattern associated with the probable shoreline or edge of marshland that existed at the time of early tannery operations upon the site.

To evaluate the mobility characteristics of the coal tar accumulations noted in the area of S-22/W 23.0, test borings S-24 through S-27 were placed along the southern portion of Wellington project site as shown in Figure 14. Borings S-27 and S-26 were also intended as replacement groundwater receptors for the earlier TRC wells MW-2 and MW-3 which were apparently destroyed during site use activities. Fill material comprised of fine to medium sands, cinder and organic silts were encountered in the upper soil profile of S-27 and, at 9.0 feet, rounded fine to medium sands, suggestive of a former stream bed deposit, preceded clays with intermittent sand lenses to a depth of 15.0'. The presence of rounded fine to coarse sands and the absence of a significant peat layer at S-27 is in sharp contrast to the soil conditions observed during the excavation of test pit W 5.0 immediately to the north and at TP W 26.0. Furthermore, soil characteristics encountered by TRC during the placement of boring MW-2 in this general area revealed a similar stratum to that observed in S-27 with loose, peaty sands atop a well graded coarse sands and trace of gravel to 17.0 feet, where the dense clay layer was encountered.

19

MLDN        000623

The similarity in soil conditions at TP W 5.0 and W 26.0, specifically, the presence of a shallow dense peat/marsh grass layer, most likely approximates the shoreline associated with the former creek path. In contrast, soil conditions encountered at the well couplet structure S-24/S-25 and observation well S-26 consisted predominantly of a fill layer in the 4 - 10 (S-26) foot layer underlain by loose organic silts, intermittent layers of fine to medium sands and peat fibers to a depth of 24.0 - 25.0 feet, at which depth silty clays were encountered. Soil conditions and the depth to the clay layer were consistent with those reported at test boring MW-3 indicating a decreasing gradient with respect to clay depths in an easterly direction from S-27 to S-26. During the placement of each of the test borings situated in the southern portions of the Wellington property distinct coal tar odors were encountered in the upper fill regions, particularly in the soils at the 5 - 10 foot depth interval at boring S-26. In addition, a substantial piezometer head differential was observed in the couplet well (3'±), as indicated in Table 3.3.

Following the visual inspection of exposed soil conditions within each test pit excavation, representative soil samples were taken and screened for volatile organic compounds as possible indicators of hazardous materials fractions. As indicated previously, a headspace methodology was utilized in this assessment procedure, together with Foxboro 128 Organic Vapor Analyzer relative to a methane standard. The concentrations, summarized within Tables 3.1, 3.2 and 3.4, reflect total concentrations of volatile organic compounds that may be due to both synthetic and natural origin. To delineate the various volatile fractions contributing to the total concentrations detected, OVA analysis was performed in the gas chromatography mode; with the results output to a continuous strip chart recorder.

In general, low to moderate concentrations of VOCs were detected in the soil compartment, with the exception of W 8.0 through W 10.0, where more enhanced indications of organic activity were noted. While OVA analysis revealed predominant fractions due to naturally occurring biochemical activity enhanced by the highly organic nature of in situ sediments, lighter ends associated with coal tar contamination were detected in the shallow soils from test pits W 8.0, W 9.0, and W 12.0. OVA chromatograms associated with the analysis of soil samples from TP W 9.0 and TP W 8.0, presented as Figure 18, illustrate the presence of the BTEX compounds (benzene, toluene, ethylbenzene and xylene) as indications of coal tar contamination. In addition, it is noted that total headspace concentrations detected from the soil sample taken from W 9.0 was approximately three times higher than that of W 8.0, however, the fraction due to synthetic BTEX hydrocarbons were considerably less. This behavior reflects a tendency for the lighter, more volatile methane fractions to influence the headspace analyses performed. Indications of enhanced natural organic activity were also predominantly responsible for the headspace concentrations of 700 ppm detected in the 15 - 17 foot soil split at boring S-23 and concentrations of 120 ppm at 14 - 15 foot split from boring S-24.

20

TOTAL HEADSPACE CONCENTRATIONS OF VOLATILE ORGANIC COMPOUNDS  (ppm)

norwood engineering co. inc., 1410 route 1, norwood, ma.

figure 18

job no. 0065-02

date MAY 1988

TEST PIT EXCAVATION  W-8   SOIL SAMPLE @ 4.5 - 6.0'
[voc] = 350 ppm
11/18/87

TEST PIT EXCAVATION  W-9   SOIL SAMPLE @ 6.25 - 6.5'
[voc] = 1000 ppm
11/18/87

MLDN          000625

In contrast to the soil fingerprint of BTEX compounds, OVA analysis of the 13 - 15 foot split from boring S-22 revealed an elution response which precluded separation of various compounds present. Similar indications were noted during the analysis of soil samples taken from the three foot depth interval at TP W 22.0. Each of these sampling points is situated within the estimated limits of the former creek bed where visual observations suggest the highest potential for coal tar accumulation. To quantify the results of the field investigation and to more accurately delineate the various coal tar constituents present, laboratory analysis was performed on representative soil and groundwater samples from each of these locations and the results are discussed in Section 4.0 of this report.

Two inch slotted and screened PVC monitoring wells were inserted in test borings S-21 through S-27 following an examination of in situ soil strata. At each of these locations the conductivity and temperature of the groundwater were measured for an indication of the total number of dissolved ions present. Conductivity is a measure of the water's ability to carry an electric current and varies with the total number of ions in solution. These measurements are used to detect any variance over normal background levels across the site which may indicate the presence of a concentrated or active source of dissolved solids upon the project site. Groundwater samples were also taken from each of the observation wells and screened using the Century 128 OVA for volatile organic compounds and the Orion 407A for the measurement of pH levels. The results of this analysis are summarized in Table 3.3.

21

MLDN                000626

Table 3.1  Total Concentrations of Volatile Organic Compounds*

Sample Description:  Soil

18 November 1987

Wellington Properties

Test Pit Excavations

| Sampling Location | Depth | VOCs, ppm* Concentrations |
|---|---|---|
| W 8.0 | 0.0' - 1.0' | 3.4 |
| | 1.0' - 2.0' | 110 |
| | 2.0' - 3.2' | 440 |
| | 2.5' | 20 |
| | 4.5' - 6.0' | 350 |
| W 9.0 | 4.6' | 1000 |
| | 6.3' | 1000 |
| W 10.0 | 1.0' | 18 |
| | 5.5' | 420 |
| | 7.0' | 18 |
| W 11.0 | 1.2' | 24 |
| | 4.0' | 200 |
| | 7.0' | 18 |
| W 12.0 (Trench**) in a southwesterly direction - 5' | 1.5' | 0.4 |
| 5' | 3.0' | 82 |
| 15' | 1.5' | 20 |
| 15' | 3.0' | 0.3 |
| 15' | 1.5' | 7.4 |
| 25' | 3.0' | ND |
| 25' | 4.5' | 5.2 |
| 25' | 6.0' | 5.8 |
| W 13.0 | 1.5' | 48 |
| | 3.5' | ND |
| | 3.4' | 1.0 |
| | 6.0' | 0.2 |

*       Total VOC concentrations (ppm) in air utilizing
        headspace methodologies.

        GC    - Century 128 OVA (FID) - methane standard
        ND    - None Detected

**      Test pit W 12.0 is a trench excavation extended in a
        southwesterly direction with samples taken at five foot
        intervals along the trench.

MLDN                000627

Table 3.1  Total Concentrations of Volatile Organic Compounds*
(Continued)

19 November 1987

Wellington Properties

| Sampling Location | Depth | VOCs, ppm* Concentrations |
|---|---|---|
| W 14.0 | 1.0' – 1.7' | 6.2 |
|  | 2.7' – 3.0' | 3.2 |
|  | 7.0' – 7.5' | ND |
|  | 11.5' – 12.0' | 0.2 |
| W 15.0 | 1.5' – 1.7' | 5.2 |
|  | 3.2' – 3.3' | 1.8 |
| W 16.0 | 1.5' | ND |
|  | 3.5' | 1.6 |
|  | 8.0' | 0.1 |
|  | 9.0' – 10.0' | 0.1 |

\*    Total VOC concentrations (ppm) in air utilizing
     headspace methodologies.

     GC    – Century 128 OVA (FID) – methane standard
     ND    – None Detected

\*\*   Test pit W 17.0 was a trench excavation extended in a
     southwesterly direction with samples taken at three foot
     intervals along the trench.

23

MLDN          000628

Table 3.1  Total Concentrations of Volatile Organic Compounds*
(Continued)

20 November 1987

Wellington Properties

| Sampling Location | Depth | VOCs, ppm* Concentrations |
|---|---|---|
| W 17.0 (Trench**) in a southwesterly direction - 3' | 1.5' | 1.0 |
| 6' | 1.5' | 0.8 |
| 9' | 1.5' | ND |
| 3' | 3.0' | 1.0 |
| 6' | 3.0' | 0.5 |
| 9' | 3.0' | 0.1 |
| | 5.5' | ND |
| | 9.0' - 10.0' | 1.2 |
| W 18.0 | 1.5' | 0.2 |
| | 3.0' | 0.1 |
| | 7.0' - 8.0' | 0.4 |
| | 9.0' - 10.0' | 0.2 |
| W 19.0 | 1.5' | 0.3 |
| | 3.0' | 0.7 |
| | 5.0' | 0.5 |
| W 20.0 | 3.0' | ND |
| | 3.0' | 0.8 |
| | 3.5' | 0.3 |
| W 21.0 | 1.5' | ND |
| | 1.5' | 5.4 |
| W 22.0 | 1.5' | 0.1 |
| | 3.0' | 50 |
| | 8.0' | 16 |
| | 8.5' | 0.3 |

\*    Total VOC concentrations (ppm) in air utilizing
      headspace methodologies.

      GC    - Century 128 OVA (FID) - methane standard
      ND    - None Detected

\*\*   Test pit W 17.0 was a trench excavation extended in a
      southwesterly direction with samples taken at three foot
      intervals along the trench.

MLDN          000629

Table 3.1  Total Concentrations of Volatile Organic Compounds*
(Continued)

23 November 1987

Wellington Properties

| Sampling Location | Depth | VOCs, ppm* Concentrations |
|---|---|---|
| W 23.0 | 1.2' | 0.6 |
|  | 3.0' | ND |
|  | 9.0' - 10.0' | 1.2 |
| W 24.0 | 1.0' | ND |
|  | 3.0' | 1.5 |
|  | 9.0' - 10.5' | ND |
|  | 16.0' | 9.3 |
| W 25.0 | 1.5' | 0.6 |
|  | 3.0' | 0.8 |
|  | 4.0' - 6.0' | ND |
|  | 4.0' - 6.0' | ND |
|  | 8.0' | 0.1 |
| W 26.0 | 2.5' | 0.6 |
|  | 6.0' | 0.1 |
| W 27.0 | 2.0' - 4.0' | 14 |
| W 28.0 | 2.0' | ND |
|  | 4.0' | 7.6 |

* Total VOC concentrations (ppm) in air utilizing
  headspace methodologies.

  GC    - Century 128 OVA (FID) - methane standard
  ND    - None Detected

25

MLDN        000630

Table 3.2  Total Concentrations of Volatile Organic Compounds*

Sample Description:  Soil

Wellington Properties

Soil Test Borings

| Sampling Location | Depth | VOCs, ppm* Concentrations |
|---|---|---|
| | 17 November 1987 | |
| S-22 | 0.0' – 3.0' | 3.2 |
| | 3.0' – 5.0' | 4.4 |
| | 7.0' – 10.0' | 1.2 |
| | 13.0' – 15.0' | 46 |
| | 15.0' – 17.0' | 0.6 |
| | 17.0' – 19.0' | 10+ |
| | 20 November 1987 | |
| S-23 | 0.0' – 3.0' | 1.3 |
| | 7.0' – 9.0' | 0.1 |
| | 7.0' – 9.0' | 0.1 |
| | 15.0' – 17.0' | 700 |
| | 20.0' – 22.0' | 0.1 |
| S-24 | 0.0' – 3.0' | 0.1 |
| | 3.0' – 4.5' | ND |
| | 4.0' – 5.0' | 0.2 |
| | 7.0' – 9.0' | 1.0 |
| | 13.0' – 15.0' | 0.1 |
| | 14.0' – 15.0' | 120 |
| | 20.0' – 22.0' | ND |
| | 25.0' – 27.0' | ND |
| S-26 | 0.0' – 3.0' | 4.4 |
| | 3.0' – 5.0' | 0.1 |
| | 5.0' – 7.0' | 1.1 |
| | 10.0' – 12.0' | 3.8 |
| | 15.0' – 17.0' | 0.2 |
| | 20.0' – 21.5' | 0.1 |
| | 21.5' – 22.0' | 0.1 |
| | 25.0' – 27.0' | ND |

\*     Total VOC concentrations (ppm) in air utilizing
      headspace methodologies.

      GC      - Century 128 OVA (FID) - methane standard
      ND      - None Detected

26

Table 3.2  Total Concentrations of Volatile Organic Compounds*
(Continued)

Wellington Properties

| Sampling Location | Depth | VOCs, ppm* Concentrations |
|---|---|---|
| | 20 November 1987 | |
| S-27 | 0.0' -  3.0' | 0.1 |
| | 3.0' -  5.0' | 2.0 |
| | 5.0' -  7.0' | 0.8 |
| | 10.0' - 12.0' | 0.2 |
| | 15.0' - 17.0' | ND |
| S-28 | 0.0' -  3.0' | 5.2 |
| | 5.0' -  7.0' | 3.6 |
| | 11.0' - 12.0' | 4.2 |
| | 15.0' - 17.0' | 0.2 |
| | 16.0' - 17.0' | 1.2 |
| | 20.0' - 22.0' | 0.1 |
| | 25.0' - 27.0' | 1.0 |
| | 30.0' - 32.0' | 18 |
| | 35.0' - 37.0' | ND |
| | 23 November 1987 | |
| S-29 | 0.0' -  3.0' | 0.2 |
| | 5.0' -  7.0' | ND |
| | 10.0' - 12.0' | 62 |
| | 15.0' - 15.5' | 0.4 |
| | 15.5' - 17.0' | 2.4 |

*    Total VOC concentrations (ppm) in air utilizing
     headspace methodologies.

     GC      - Century 128 OVA (FID) - methane standard
     ND      - None Detected

27

Table 3.3  Field Analysis for Groundwater Quality Characteristics

Wellington Properties

| Sampling Location | Temperature (°C) | Conductivity (@25°C) | Salinity | Depth to Groundwater |
|---|---|---|---|---|
| | | 20 November 1987 | | |
| W 21.0 | 9.9 | 255 | 1.8 | 5.0' |
| Creek | 9.5 | 68 | 0.5 | -- |
| | | December 1987 | | |
| S-22 | 12.0 | T 10,584 B 16,033 | 1.0 | 3.2' |
| S-23 | 11.1 | 5,039 | 3.2 | 1.9' |
| S-26 | 12.2 | T 18,933 B 25,421 | 15 | 5.7' |
| S-27 | 12 | T 9,630 B 29,260 | 19 | 4.5' |
| W 22.0 Field well | 11 | T 2,394 B 2,014 | 1.5 | 5.1' |
| | | 15 December 1987 | | |
| S-22 | | Free Bulk Fraction Coal Tars | | 3.5' |
| S-23 | -- | -- | -- | 2.4' |
| S-26 | 11.8 | 1' 409 6' 528 | 0 | 6.1' |
| S-27 | 10.0 12.0 | T 1,342 B 6,342 | 5 1 | 5.0' |

+ Tidal Fluctuations in static water elevations noted.

B - Bottom of water column +6"
T - Top of water column -6"

28

MLDN            000633

Table 3.3  Field Analysis for Groundwater Quality Characteristics
(Continued)

Wellington Properties

| Sampling Location | Temperature ($^\circ$C) | Conductivity (@25$^\circ$C) | Salinity | Depth to Groundwater |
|---|---|---|---|---|
| | | 25 May 1988 | | |
| S-24 | 9.5 | 3,973 | 2.0 | 1.6' |
| S-25 | 10.0 | 18,005 | 2.5 | 5.0' |

MLDN          000634

Table 3.4  Total Concentrations of Volatile Organic Compounds

Sample Description:  Groundwater

Wellington Properties

| Sampling Location | VOCs, ppm* Concentrations |
|---|---|
| November 1987 | |
| W 21.0 | - |
| Creek | - |
| December 1987 | |
| S-22 | 1000 |
| S-23 | 380 |
| S-26 | 1000 |
| S-27 | 1000 |
| W 22.0 Field Well | 320 |
| December 1987 | |
| S-22 | 1000 |
| S-23 | 280 |
| S-24 | 1000 |
| S-25 | 1000 |
| S-26 | 920 |
| S-27 | 92 |

\*    Total VOC concentrations (ppm) in air utilizing
     headspace methodologies.

     GC     - Century 128 OVA (FID) - methane standard
     ND     - None Detected

30

MLDN          000635

Table 3.4  Total Concentrations of Volatile Organic Compounds
(Continued)

Sample Description:  Groundwater

Wellington Properties

| Sampling Location | VOCs, ppm* Concentrations |
|---|---|
| S-24 | 1000 |
| S-25 | 1000 |

* Total VOC concentrations (ppm) in air utilizing
  headspace methodologies.

  GC     - Century 128 OVA (FID) - methane standard
  ND     - None Detected

31

MLDN          000636

4.0  Laboratory Analysis

      The analytical parameters quantified during this phase of
environmental studies were designed to satisfy the scope of the
Interim Data Gap Work Plan.  In general, the laboratory analysis
was performed to quantify parameters that were not amenable to
field screening and analytical protocols, specifically, base/
neutral, heavy metal and/or cyanide concentrations were quanti-
fied to further identify trends observed during the initial
studies performed upon the project site.  In addition, laboratory
analysis for volatile organic compounds was performed utilizing
EPA 624 analysis to confirm field analysis performed prior to
this study at sample location S-9 in the Lombard/MDPW portion of
the site.  Laboratory certificates and associated protocol may be
referenced from Appendix E.


4.1  Lombard/MDPW Property

      In accordance with the recommendations of the Interim Work
Plan, laboratory analysis of groundwater quality at sample loca-
tion S-9 was performed utilizing EPA 624 analysis.  The results
of this analysis, summarized in Table 4.1, revealed only trace
levels of the priority pollutant petroleum indicators benzene,
toluene, ethyl benzene, consistent with the field analysis of
groundwater quality at this location.  The absence of significant
concentrations of petroleum hydrocarbons in the groundwater at
this location, together with the previous removal of underground
fuel storage from the Lombard parcel, suggests that the upgra-
dient source potentials which may adversely impact the residual
petroleum contamination encountered at the Lombard/DPW property
line is limited.

      Prior to the review and approval of the Interim Work Plan by
representatives of the Massachusetts Department of Environmental
Quality Engineering, a limited scope of field work was performed
by Norwood Engineering upon the MDPW property to resolve data
gaps revealed by a review of initial site investigations.  Site
activities performed upon MDPW property included the placement of
test pit excavations in eastern portions of the DPW site, fol-
lowed by field/laboratory analysis of soil and groundwater
samples from TP M 23.0, S-10 and S-11.  Objectives satisfied by
this scope of work included further characterization of coal tar
contamination, delineation of probable sources for pH variations
noted, evaluation of former dredge spoil basin characteristics
and general soil profiles.  For the purposes of this summary
report, the results obtained from the laboratory analysis of a
soil sample from TP M 23.0 for heavy metal compounds and the
analysis of a groundwater sample from S-11 for ammonia nitrogen
are presented as Tables 4.2 and 4.3, respectively.  Of particular
note is the concentration of ammonia nitrogen which, together
with existing salt storage upon the MDPW property, are most
likely related to the fluctuation in pH levels observed.

MLDN        000637

4.2  Wellington Property

To further define the coal tar contaminant plume configura-
tion across the Wellington property, groundwater samples were
taken from existing observation well MW-1, for laboratory analy-
sis with respect to base/neutral compounds.  The results of this
analysis, summarized in Table 4.4, revealed only trace to non-
detectable levels of polynuclear aromatic hydrocarbons (PNAs), at
levels consistent with background water quality quantified during
the initial site assessment, i.e., less than 200 ppb total PNA.
In contrast to the low levels detected at MW-1, significant con-
centrations of coal tar contaminants, particularly naphthalene
(17.31 ppm), as indicated in Table 4.5, were detected at sampling
location S-22, which was installed as a part of this study.
Naphthalene is a principle priority pollutant component of coal
tars and its detection at levels of 17.3 ppm suggests a probable
influence due to the disturbance of steady state conditions
through well installation and subsequent activation procedures.
The evaluation of site conditions during this phase of the study
has revealed the presence of in situ geology which appears to
enhance the accumulation of coal tar contaminants in the area of
S-22.  Further details pertaining to the nature of previously
existing conditions and the subsequent influence on contaminant
profiles detected across the project site are presented in
Section 5.0 of this report.

To characterize the source strength and compound profile of
coal tar contaminants within the shallow soil compartment, soil
samples were taken from TP W 22.0 and TP W 13.0 and analyzed for
base/neutral compounds.  The results of this analysis, summarized
in Tables 4.6 and 4.7, respectively, revealed characteristic coal
tar fingerprints at each location, with the additional presence
of heavier benzo(a)anthracene, benzo(b)fluorene and benzo(a)
pyrene at TP W 22.0.

Previous site investigatory actions performed by TRC
revealed significant concentrations of BTEX compounds in a soil
sample from TP W 4.0.  As indicated in Table 4.8, concentrations
of benzene (2.3 ppm), toluene (1.0 ppm), ethyl benzene (15.0
ppm), and xylene (32.0 ppm) were detected, suggesting the pos-
sibility of additional contaminant sources upon the site.  Accord-
ingly, investigation of potential sources included the under-
ground storage which existed upon the Wellington property at the
time of the initial site assessment and former storage areas
revealed by the review of the 1936 Barrett Plan of Land.  The
evaluation of groundwater quality by TRC at the nearest down-
gradient wells/test pits (MW2 and TP W 4.0 revealed only trace
levels of BTEX compounds suggesting a localized condition.

To investigate conditions in the area of TP W 4.0, extensive
test pit excavations and field screening of in situ soil and
groundwater quality were performed.  In addition, laboratory
analysis was performed on a groundwater sample from sampling

33

location S-22 for priority pollutant volatile organic compounds. As indicated in Table 4.9, this analysis revealed the presence of BTEX compounds, however, the concentrations of each of the constituents detected were less than 1 ppm. The results of this investigation have identified the presence of BTEX fractions within the groundwater compartment as indicators of coal tar contamination, however, at much lower levels that the PNA profile. Based upon the proximity of TP W 4.0 to highly contaminated coal tar areas, it is likely that the previous detection of BTEX compounds within this area is attributable to the adsorptive capacity of the soil compartment for coal tar constituents.

Groundwater observation wells S-22, S-23, S-26 and S-27 are estimated to occupy downgradient positions with respect to major portions of the Wellington property. To quantify heavy metal profile for the groundwater leaving the site, laboratory analysis was performed for RCRA 8 compounds upon groundwater samples from S-22, S-26 and S-27. Due to the proximity of S-23 to the former leaching bed, analysis was performed for each of the 13 priority pollutant metals. The results of the heavy metal analyses are summarized in Tables 4.10 through 4.13. At each of these sampling locations concentrations of arsenic were detected in excess of the criteria utilized as guidelines in this environmental site assessment. It should be noted that the Federal Ambient Water Quality Criteria are utilized for characterization of background groundwater quality. These guidelines are not to be considered as the basis for the determination of applicable risk assessment parameters which are dependent upon site specific factors such as the environmental setting, applicable land usage and overall contaminant profile. In general, arsenic concentrations ranged from 0.8 to 0.3 mg/L, as summarized in Table 4.14, with highest concentrations detected at sampling receptor S-23. As indicated in Table 4.11, groundwater concentrations of lead, mercury and nickel at S-23 were also detected at concentrations in excess of the Federal Ambient Water Quality Criteria. EPA criteria referenced in this study are utilized for the characterization of background conditions which vary significantly as a function of land use intensity. Evaluation of heavy metal profiles across southern portions of the site suggests a relationship to the former leaching facility and related effluent disposal practices at this location. With the exception of slightly elevated lead concentrations at sampling location S-26 and S-22, remaining water quality parameters across the Wellington property meet the respective Federal criteria and, in general, are consistent with groundwaters of the New England area.

During test pit excavations to investigate potential underground storage and the trench drainage system associated with coal tar operations in the area of TP W 10.0, a deposit of white chalky material, suggestive of arsenic, was detected. As indicated in Table 4.16, laboratory analysis performed on a representative sediment sample at this location revealed concentrations of arsenic at 1226 ppm. Visual inspection of exposed soil

MLDN                    000639

conditions within TP W 10.0 revealed a wedge approximately 14 inches thick over a length of approximately 8 feet to the westerly limits of TP W 10.0.  This excavation was terminated to maintain access to the rear portions of the Wellington facility. This second deposit, together with the additional indications of leather scraps and hide material detected during test pit excavation W 8.0 to W 10.0, suggests a relationship with previous tannery operations performed upon the project site.

As indicated in the interim work plan for the data acquisition on the Wellington property, a principle issue during site investigatory actions is the determination of cyanide concentrations in the soil and groundwater compartment in locations upgradient of Little Creek.  To evaluate the potential for leachability of cyanide in the soil compartment, free and total cyanide components were quantified for representative soil samples taken from sampling locations S-22, W 22.0, S-23 and S-27.  The results of this analysis revealed free cyanide concentrations in the range of 1 - 3.9 ppm, with the highest concentrations detected in the soil sample taken from the receptor well S-27.  As shown on Tables 4.17 to 4.18, a wide fluctuation in total cyanide concentrations was detected across the southern perimeter of the site with significant interference due to competing ions, particularly at sampling location S-23.  To assess the potential for groundwater contamination taised by the  cyanide detected in the soil compartment, groundwater analysis was performed on samples taken from sampling locations S-22, S-23, S-26 and S-27.  As indicated in Table 4.18, cyanide levels ranged from 0.03 mg/L at S-22 to 1.66 mg/L at S-26.

In contrast to the high source potential tentatively identified in the soil compartment at S-23, concentrations of 0.8 mg/L were detected at this location, conversely, higher concentrations of cyanide were detected in the southeast portion of the project site at S-26 and S-27 where the indications of coal tar contamination were noticeably less evident than in remaining portions of the site, particularly S-22, where free phase coal tar contaminants was detected.  This contaminant profile suggests that the migration of cyanide is highly influenced by shallow groundwater flow patterns and related water quality characteristics, as opposed to geologic variables which affect coal tar accumulations across the project site.  An additional factor that warrants further evaluation is the impact arising from mass transfer within the sediments of Little Creek and its former streambeds, given the nature of subsurface geology encountered during the penetration of these borings and previously quantified concentrations of cyanide (46 mg/kg) in Creek sediments.

35

MLDN                    000640

Table 4.1  Laboratory Analysis for Volatile Organic Compounds

Sample Description: Groundwater
S-9

(mg/L)

4 December 1987

| Methodology | Parameter | Results |
|---|---|---|
| 624 | Benzene | <MDL |
| 624 | Toluene | <MDL |
| 624 | Ethylbenzene | <MDL |
| 624 | 1H-Indene | Tentatively identified as present |

MDL - Minimum detection limit = <0.025 mg/kg

Table 4.2  Laboratory Analysis for Ammonia Nitrogen

Sample Description:  Groundwater
S-11

29 July 1986

Results:  50 mg/l

36

MLDN          000641

Table 4.3   Laboratory Analysis for Heavy Metals

Sample Description:  Solid Material
TP M 23.0

(mg/kg)

29 July 1986

| Methodology | Parameter | Results |
|-------------|-----------|---------|
| 206.5 | Arsenic | 25 |
| 208.1 | Barium | 1,100 |
| 213.2 | Cadmium | 13 |
| 218.1 | Chromium | 224 |
| 239.2 | Lead | 2,340 |
| 245.1 | Mercury | 3 |
| 270.3 | Selenium | ND |
| 272.2 | Silver | 3 |

ND - None Detected

37

MLDN              000642

Table 4.4  Laboratory Analysis for Base/Neutral Compounds

Sample Description:  Groundwater
MW-1

(mg/l)

7 December 1987

| Methodology | Parameter | Results |
|---|---|---|
| 625 | Naphthalene | 0.0055 |
| 625 | Acenaphthylene | 0.0034 |
| 625 | Acenapthene | 0.0420 |
| 625 | Fluorene | 0.0520 |
| 625 | Phenanthrene | 0.0480 |
| 625 | Anthracene | 0.0056 |
| 625 | Fluoranthene | 0.0043 |
| 625 | Pyrene | 0.0470 |
| 625 | Chrysene | Trace |

38

Table 4.5  Laboratory Analysis for Base/Neutral Compounds

Sample Description:  Groundwater
S-22

(mg/l)

7 December 1987

| Methodology | Parameter | Results |
|---|---|---|
| 625 | Naphthalene | 17.310 |
| 625 | Acenaphthylene | 0.189 |
| 625 | Acenapthene | 0.523 |
| 625 | Fluorene | 0.670 |
| 625 | Phenanthrene | 1.380 |
| 625 | Anthracene | 0.523 |
| 625 | Fluoranthene | 0.497 |
| 625 | Pyrene | 0.376 |
| 625 | Chrysene | 0.306 |

39

Table 4.6  Laboratory Analysis for Base/Neutral Compounds

Sample Description:  Soil
Test Pit W 22.0
6.0' - 7.5'

(mg/kg)

7 December 1987

| Methodology | Parameter | Results |
|---|---|---|
| 625 | Naphthalene | 935 |
| 625 | Acenaphthylene | Trace |
| 625 | Acenapthene | 120 |
| 625 | Fluorene | 247 |
| 625 | Phenanthrene | 973 |
| 625 | Anthracene | 518 |
| 625 | Fluoranthene | 373 |
| 625 | Pyrene | 259 |
| 625 | Benzo(a)anthracene | 519 |
| 625 | Benzo(b)Fluorene | 270 |
| 625 | Benzo(a)pyrene | 466 |
| 625 | Indeno(1,2,3-co)pyrene | Trace |

MLDN        000645

Table 4.7  Laboratory Analysis for Base/Neutral Compounds

Sample Description:  Soil
Test Pit W 13.0
3.0' - 3.5'

(mg/Kg)

7 December 1987

| Methodology | Parameter | Results |
|---|---|---|
| 625 | Naphthalene | 1,480 |
| 625 | Acenaphthylene | 276 |
| 625 | Fluorene | 350 |
| 625 | Phenanthrene | 1,100 |
| 625 | Anthracene | 190 |
| 625 | Fluoranthene | 286 |
| 625 | Pyrene | 209 |
| 625 | Chrysene | 254 |

41

MLDN          000646

Table 4.8  Laboratory Analysis for Volatile Organic Compounds

Sample Description: Soil
Test Pit W 4.0

(mg/kg)

5 April 1985

| Methodology | Parameter | Results* |
|---|---|---|
| 602 | Benzene | 2.3 |
| 602 | Toluene | 1.0 |
| 602 | Ethyl benzene | 15.0 |
| 602 | Xylene | 32.0 |

* As referenced from TRC Environmental Site Assessment Report.

Table 4.9  Laboratory Analysis for Volatile Organic Compounds

Sample Description: Groundwater
Test Pit S-22

(mg/L)

4 December 1987

| Methodology | Parameter | Results |
|---|---|---|
| 624 | Benzene | 631 |
| 624 | Toluene | 544 |
| 624 | Ethylbenzene | 214 |
| 624 | Xylene | 648 |

42

MLDN          000647

Table 4.10 Laboratory Analysis for Heavy Metals Analysis

Sample Description:  Groundwater
Observation Well S-22

(mg/L)

1 December 1987

| Methodology | Parameter | Results | Criteria* (mg/L) |
|---|---|---|---|
| 206.5 | Arsenic | 0.092 | 0.05 |
| 208.1 | Barium | 0.30 | 1.00 |
| 213.2 | Cadmium | 0.001 | 0.01 |
| 218.1 | Chromium | 0.145 | 0.05 |
| 239.2 | Lead | 0.110 | 0.05 |
| 245.1 | Mercury | 0.003 | 0.002 |
| 270.3 | Selenium | <0.005 | 0.01 |
| 272.2 | Silver | ND | 0.05 |

Note:  * Maximum Concentration of Constituents for Groundwater
Protection, as provided in 310 CMR 30.668 Hazardous
Waste Regulations.

ND - None Detected

MLDN                    000648

Table 4.11  Laboratory Analysis for Heavy Metals Analysis

Sample Description:  Groundwater
Observation Well S-23

(mg/L)

1 December 1987

| Methodology | Parameter | Results | Criteria* (mg/L) |
|---|---|---|---|
| 204.2 | Antimony | 0.003 | - |
| 206.5 | Arsenic | 0.306 | 0.05 |
| 210.1 | Beryllium | 0.008 | - |
| 213.2 | Cadmium | 0.006 | 0.01 |
| 220.1 | Copper | 0.52 | - |
| 218.1 | Chromium | 0.571 | 0.05 |
| 239.2 | Lead | 0.614 | 0.05 |
| 245.1 | Mercury | 0.006 | 0.002 |
| 249.2 | Nickel | 0.627 | - |
| 270.3 | Selenium | <0.005 | 0.01 |
| 272.2 | Silver | 0.001 | 0.05 |
| 279.2 | Thallium | ND | - |
| 289.1 | Zinc | 1.8 | - |

Note:  * Maximum Concentration of Constituents for Groundwater
Protection, as provided in 310 CMR 30.668 Hazardous
Waste Regulations

44

MLDN                    000649

Table 4.12 Laboratory Analysis for Heavy Metals Analysis

Sample Description:  Groundwater
Observation Well S-26

(mg/L)

1 December 1987

| Methodology | Parameter | Results | Criteria*<br>(mg/L) |
|---|---|---|---|
| 206.5 | Arsenic | 0.084 | 0.05 |
| 208.1 | Barium | 0.26 | 1.00 |
| 213.2 | Cadmium | 0.001 | 0.01 |
| 218.1 | Chromium | 0.100 | 0.05 |
| 239.2 | Lead | 0.070 | 0.05 |
| 245.1 | Mercury | ND | 0.002 |
| 270.3 | Selenium | <0.005 | 0.01 |
| 272.2 | Silver | ND | 0.05 |

Note:  * Maximum Concentration of Constituents for Groundwater
Protection, as provided in 310 CMR 30.668 Hazardous
Waste Regulations

ND - None Detected

MLDN        000650

Table 4.13   Laboratory Analysis for Heavy Metals Analysis

Sample Description:   Groundwater
Observation Well S-27

(mg/L)

1 December 1987

| Methodology | Parameter | Results | Criteria* (mg/L) |
|---|---|---|---|
| 206.5 | Arsenic | 0.161 | 0.05 |
| 208.1 | Barium | 0.27 | 1.00 |
| 213.2 | Cadmium | 0.001 | 0.01 |
| 218.1 | Chromium | 0.178 | 0.05 |
| 239.2 | Lead | 0.042 | 0.05 |
| 245.1 | Mercury | ND | 0.002 |
| 270.3 | Selenium | <0.005 | 0.01 |
| 272.2 | Silver | ND | 0.05 |

Note:  * Maximum Concentration of Constituents for Groundwater
Protection, as provided in 310 CMR 30.668 Hazardous
Waste Regulations

ND - None Detected

MLDN          000651

Table 4.14  Laboratory Analysis for Total Arsenic

Sample Description:  Groundwater

(mg/L)

1 December 1987

| Observation Well: | Methodology | S-22 | S-23 | S-26 | S-27 |
|---|---|---|---|---|---|
| Results: | 7061 | 0.092 | 0.306 | 0.084 | 0.161 |

Table 4.15  Laboratory Analysis for Heavy Metals Analysis - Arsenic

Sample Description:  Soil
Test Pit W 11.0
Sample S-10

(mg/kg)

18 November 1987

| Methodology | Parameter | Results |
|---|---|---|
| 7061 | Arsenic | 1,226 |

47

MLDN          000652

Table 4.16   Laboratory Analysis for Total Arsenic

Sample Description:  Soil

(mg/kg)

7 December 1987

| Receptor: | Observation<br>Well<br>S-22<br>(13'-15) | Test<br>Pit<br>W 22.0<br>(7.5') | Test<br>Pit<br>W 11.0<br>Sample S-10 |
|---|---|---|---|
| Results: | 5.225 | 3.453 | 1,226 |

48

MLDN        000653

Table 4.17 Laboratory Analysis for Selected Heavy Metals

Sample Description:  Soil

(mg/kg)

7 December 1987

| Parameter | Observation Well S-22 (13'-15) | Test Pit W 22.0 (7.5') | Observation Well S-23 (3'-5') | Observation Well S-27 (10'-11') | Methodology |
|---|---|---|---|---|---|
| Free Cyanide | 1.02 | 2.28 | 3.86 | 6.19 | 412H |
| Total Cyanide | <1.41 | 4.11 | 44.9* | 1.87** | 421B |
| Arsenic | 5.225 | 3.453 | -- | -- | 304 |
| Phenol | <2.20 | -- | <2.38 | -- | 510C |

*     Average of 3 results

**    Interference, positive or negative, could not be determined.

Table 4.18 Laboratory Analysis for Total Cyanide

Sample Description:  Groundwater

(mg/L)

15 December 1987

| Parameter | S-22 | S-23 | S-26 | S-27 | Methodology |
|---|---|---|---|---|---|
| Total Cyanide | 0.03 | 0.08 | 1.66 | 0.65 | 421B |

49

MLDN          000654

**OBSERVATION WELL  S-23   GROUNDWATER SAMPLE**

[VOC] = 380 ppm
12/1/87



**OBSERVATION WELL  S-26   GROUNDWATER SAMPLE**

[VOC] = 1000 ppm
12/1/87



**OBSERVATION WELL  S-27   GROUNDWATER SAMPLE**

[VOC] = 1000 ppm
12/1/87



| TOTAL HEADSPACE CONCENTRATION OF VOLATILE ORGANIC COMPCUNDS   (ppm) | figure **19** |
| --- | --- |
| norwood  engineering  co. inc., 1410 route  I, norwood,  ma. | date **MAY 1988**   job no. **0065-02** |



TOTAL HEADSPACE CONCENTRATIONS OF
VOLATILE ORGANIC COMPOUNDS   (ppm)

figure

**20**A

date    job no.

norwood engineering co. inc., 1410 route 1, norwood, ma.

MLDN    000656



OBSERVATION WELL  S-22    GROUNDWATER SAMPLE

[VOC]=1000 ppm
12/1/87

OBSERVATION WELL  S-22    GROUNDWATER SAMPLE

[VOC]=1000 ppm
12/15/87

OBSERVATION WELL  RMW-2    GROUNDWATER SAMPLE

[VOC]=320 ppm
12/1/87

figure
**20**

norwood engineering co. inc., 1410 route 1, norwood, ma.

date
**MAY 1988**

job no.
**0065-02**

5.0  Summary and Discussion

The scope of work performed during this Phase III environ-
mental study  was designed to address the elements outlined in
the "Interim Work Plan - Data Acquisition, Malden, Massachu-
setts," which was submitted and approved by representatives of
the Department of Environmental Quality Engineering in December
of 1987.  A primary objective of Phase III site activities was an
evaluation of the need for interim remedial measures within areas
of localized contamination identified during Phase I and II site
activities.  In addition, further characterization of site con-
ditions upon the Wellington property was performed, inclusive of
any possible effects of site contaminants upon the adjacent sur-
face water body, Little Creek.

The results of soil and groundwater investigations performed
at the Lombard/DPW property line have identified areas of resid-
ual petroleum contamination which appear to be reflective of
prior land usage and whose migration characteristics are highly
influenced by in situ geology.  In general, the age and diversity
of fill material encountered along the Lombard/DPW property line
suggest that filling operations have been performed over several
time periods, thus, resulting in a permeability variation due to
both extent of degradation and the location of fill material
placement.  While it is typical for the migration of mobile con-
taminants to show preference for formerly existing watercourses,
or zones of higher permeability, no indications of recoverable
quantities of bulk petroleum fractions were observed during this
study.

As indicated in Section 2.0, visual inspection of in situ
soil conditions at the Lombard/DPW property line revealed the
presence of highly weathered petroleum hydrocarbons in the soil
compartment.  During test pit excavations, a short term release,
due to the disturbance of steady state conditions, resulted in
the sheening of the exposed groundwater compartment.  Despite the
extent of soil disturbance and the source potential observed in
the overlying soil compartment, only low concentrations of
weathered petroleum hydrocarbons were detected in groundwater
samples taken.  This response is indicative of the relatively low
volatility associated with the older petroleum present at this
location.

Test pits and soil borings placed within the area of Phase
II soil excavations (TPM-13) to investigate potentially recover-
able petroleum products suggest the presence of a localized
condition which does not warrant the implementation of interim
remedial actions.  Furthermore, it is our professional opinion
that site conditions at the MDPW/Lombard property line may be
addressed through the implementation of the proposed permanent
remedial work plan (alternative 4) that was submitted to the
Department upon completion of Phases I and II of this environ-
mental study.  This work plan will address any potential for

MLDN          000658

accumulation of vapors beneath confined spaces, similar to those observed during the initial breaking of overlying asphalt, while minimizing the potential for direct contact with areas of contaminated fill. As a contingency measure, future excavations in this area will be overseen by qualified individuals.

As stated within the Interim Work Plan, one of the purposes of this study was to evaluate the extent of arsenic deposition, reported by TRC during the excavation of TP W 3.0. In the event that arsenic deposits were limited to the area of TP W 3.0 then excavation and removal to an approved DEQE disposal facility was to be implemented as an appropriate remediation alternative. Based upon the presence of additional arsenic bearing materials within the shallow soil compartment of both TP W 10.0 and TP W 25.0, it appears that a more prudent remediation alternative is the implementation of land use control measures to prevent any direct contact or disturbance of existing site conditions. Concurrence with the recommendation was expressed by the DEQE during their inspection of excavations underway in the area of TP W 10.0.

In general, coal tar contaminants detected in the areas of the MDPW/Wellington property line were observed at the transition layer between gravel fill material and the underlying peat formations and, thus, isolated from the groundwater compartment. Furthermore, vertical migration of coal tar constituents retained by the adsorptive capacity of the organic peat layer is further inhibited by underlying dense clays which exist throughout the study region. The observation of residual coal tar fractions within the shallow soil compartment during these Phase III test pit excavations appears consistent with previous site characterization. Probable source origin for the contaminant profile observed includes the former land use operations across southern and eastern portions of the DPW property which involved the onsite accumulation of dredge spoils, as well as various periods of filling to accommodate present site configuration. Based upon the absence of recoverable bulk coal tar fractions and the general immobility of the coal tar constituents, it is our professional opinion that the implementation of interim remedial measures is not warranted.

Contaminant migration and accumulation upon the site is highly influenced by formerly existing site configuration. Details pertaining to the filling operations performed on both the Lombard and Wellington properties are provided from a plan of land entitled, "Plan to Accompany Petition of Richards and Company, Inc. - Permission to Deposit Material on Tidal Creeks of the Malden River," dated June 1925 and presented on Figure 17. Of particular interest were the two cross sections, G - H and J - K, which show approximately 5.5 feet of fill to be placed, with the mean high water mark and a freeboard transition between low high water mark to the top of fill at approximately 15 feet. It must be noted that approximations apply due to the various reproductions involved and the accuracy of plans provided at that

MLDN                    000659

time.  The detection of fill material dating back to 1938 within
the test pit excavations placed upon the Lombard property indi-
cates that this material was placed prior to the grading activ-
ities associated with the former dredge spoil basin.

While the lower reaches of the tributary to the Malden
River, which passed through the Lombard/DPW property in 1925
(Figure 17), did not appear to extend as far inland as TP M 25.0,
it is probable that related filling operations have influenced
conditions in this area.  The applicable easements and rights
which governed the filling of tidelands in the Lower Commercial
Street area may be referenced in Tables 5.1 through 5.3, pre-
sented at the end of this section.  Review of these easement
rights, together with a review of site conditions, presented
in Figure 17, suggests that major filling of inland areas was
in progress or completed by early 1930s.  Furthermore, review of
the 1916 through 1936 plans dealing with the Wellington property
suggests a wider area of filling along the southern perimeter of
the Wellington property in the areas outside of the main stream-
bed.  Indications of possible tributaries to the creek area are
also delineated on the 1925 Plan of Land.

As indicated in Section 1.0, the work plan proposed for the
Wellington property included a more extensive evaluation of the
subsurface compartment due to access constraints imposed prior to
the implementation of this phase of study.  As such, a main ob-
jective of site activities upon the Wellington property was the
more detailed characterization of contaminant profiles, as well
as the necessity for interim remedial actions.  Specific issues
addressed during the interim work plan included the assessment of
bulk coal tar contaminant fractions reported previously in the
area of boring B-11 and at W 4.0, the evaluation of cyanide
source potential relative to the concentrations detected in the
sediments of Little Creek (46 ppm), wells MW-2 (14 ppm) and MW-4
(8.6 ppm), and the evaluation of arsenic deposition as reported
in test pit W 3.0.

Soil and groundwater investigations performed upon the
Wellington property have identified an area of coal tar accumula-
tion which appears to be related to the former creek which passed
through property.  Due to the age of the identified source origin
and its chemical nature, the migration of coal tar constituents is
highly influenced by in situ geology.  The results of this Phase
III study suggest that conditions in the vicinity of S-22, near
the confluence of Little Creek and the former side channel, are a
principle area of concern.

While olfactory and visual indications of coal tars were
observed in the soil compartment during the placement of test
borings S-24 through S-27 and, to a lesser extent, S-23, OVA
analysis of groundwater quality indicates that the more mobile
BTEX fractions were primarily found in the groundwater compart-
ment in the vicinity of receptors S-22 and RMW-2 (TP W 23.0).

MLDN              000660

This condition is illustrated graphically on the representative chromatograms for each of the groundwater wells placed along the southern perimeter of the Wellington property, presented as Figures 19 and 20. As shown in the overlay associated with Figure 20, the OVA profile is characteristic of a gasoline fingerprint due to the BTEX fractions present. This condition is noticeably absent in the evaluation of remaining groundwater wells/test pits placed along the southern perimeter of the site.

The presence of coal tar contamination observed in the upper fill layer of borings S-24 through S-27, together with the density of the soils observed in test pit excavations W 5.0, W 26.0 and TRC test boring MW-4, suggests that the migration of coal tars may also be following the formerly existing shoreline configuration. As indicated in the overlay sequence presented as Figure 21, test borings S-27 and S-26 appear to fall within the former streambed configuration, while the well couplet structure is located along the northern edge, as shown. However, comparison of soil types from the deep well of the couplet structure (S-24) with S-26 and MW-3 suggests that the couplet is also situated within the former stream path, particularly due to the presence of fine to medium sands in the 14 - 18 foot depth interval and peat at 18 - 25 foot depth interval of S-24.

Following the field investigative phase of the study, quantification of the OVA analyses was performed utilizing EPA 624 laboratory analysis upon groundwater samples from the observation well at S-22. As indicated in Table 4.4, this analysis confirmed the presence of low concentrations of benzene, toluene, ethyl benzene and xylene. The presence of these compounds is likely to be related, in part, to the disturbance of steady state conditions during well placement. Indications of low concentrations of BTEX fractions were also detected during the excavation of test pits W 8.0 and W 9.0, supporting this contention. As a probable source origin for the coal tars is in excess of 50 years, the potential for a continued release of low concentrations of the BTEX fractions must be appropriately addressed by the permanent remediation alternative.

The analysis of soil and groundwater samples from the southern perimeter of the Wellington property has also revealed the presence of elevated cyanide concentrations which are most likely associated with the former coal gasification operations performed on-site. As the cyanide profile reported in this study is influenced by the accuracy of laboratory analytical work, specific determination of the abiotic factors which are influencing the release of cyanide is premature. It is probable, however, that oxygen content and pH levels are related to the groundwater migration patterns observed. The proposed remediation alternative should incorporate the isolation of shallow

MLDN                    000661



figure
21

APPROXIMATE SAMPLING RECEPTOR LOCATIONS

WELLINGTON PROPERTY

groundwater movement to enable solidification of coal tar contaminants and further reduce cyanide in groundwater concerns. In the event that more comprehensive measures are warranted, the application of lime or an equivalent pH adjustment material has shown to be an effective method of cyanide stabilization.

Based upon the results of this investigation, it is our professional opinion that additional site activities, beyond those outlined in the proposed remediation work plan, are warranted to address the presence of heavy coal tar accumulations in the area of the former creek. This portion of the site is approximated by the receptor locations W 21.0 through W 24.0. While the implementation of the proposed work plan submitted to the DEQE in April of 1986 will significantly reduce the migration potential of site contaminants, it will not serve to isolate the Little Creek and interior portions of the Wellington property. Indications of this concern are demonstrated by the continued presence of cyanide and BTEX fractions within the groundwaters of the southerly portion of the Wellington property, as well as the characteristic PNA concentrations associated with the coal tars.

The remediation concept which appears to be most appropriate to address the conditions revealed during this study is to mitigate the impact of contaminated areas of the Wellington property on Little Creek. During the next phase, the property owners will continue to monitor site impacts, if any, on Little Creek. Contemporaneously, the property owners will evaluate the technical feasibility and cost-effectiveness of the following remediation options: bioremediation; removal of localized recoverable portions of coal tar constituents in the area of S-22; and the hydraulic isolation of the site from Little Creek.

Given the widespread low level coal tar contamination that exists over major portions of the Wellington property and the heavier accumulations in the area S-22, a consideration that is integral to the implementation of proposed remedial measures upon the site is future land use. In the event that permanent remediation alternatives for the entire study area are not to be implemented in the short term, then the use of more localized remedial measures to address the accumulation of bulk phase coal tar contaminants upon the Wellington property should be performed. Design variables that will require evaluation include the potential for surface water recharge of contaminant areas, the density and distribution of coal tars in loose silt/sediments and recharge of any diversion water that may be collected. Furthermore, the migration of cyanide concentrations towards the confluence of Little Creek and the Malden River would require additional characterization.

MLDN                    000663

Following the completion of risk assessment and feasibility evaluation to address the results of this Phase III study, the selected approach to mitigate conditions upon the Wellington property and within Little Creek should be included within the proposed remedial work plan.  The principle components of this work are summarized below and inclusive of the above issues represents the preferred permanent remediation alternative.  Key considerations which influence the scope of this work plan are intended land usage and health/safety considerations.

1) Caisson piles to support proposed building structures.

2) Installation of synthetic liner under proposed buildings and an impervious asphalt/clay cap over remaining areas, all of which will be underlain by a gravel moisture barrier.

3) Vapor control measures.

4) Localized remediation of highly contaminated soil regions encountered during site development to enhance site stabilization.

5) Completion of a health and safety work plan for proposed remedial measures.

6) Implementation of a groundwater monitoring and maintenance program.

MLDN                000664



figure **21**A

job no. 0065-02

date MAY 1988

1916 PLAN OF LAND • MALDEN • MA

norwood engineering co. inc., 1410 route 1, norwood, ma.

Table 5.1 <u>Summary of Easements, Restrictions, Rights, Etc.</u>

LOMBARD PARCEL (B, B$_2$)

| Date | Land Court Doc. No. | Description of Easement Rights |
|------|---------------------|-------------------------------|
| 3/21/17 | 21118 | Easements from Bell Rock to Eastern Metal and Refining Company.[1] |
| 4/3/17 | 21115 | Statement of Appurtenant Rights. |
| 4/14/17 | 7880 | Subject to public rights below mean high water mark and rights to use Malden Canal. |
| 5/29/17 | 21598 | License from Massachusetts DPW to fill solid in and over two tidal creeks connecting with Malden River. |
| 6/20/23 | 15540 | With rights in Commercial St. Ext. and 35' wide way. |
| 9/24/25 | 63063 | License from Massachusetts DPW to fill. |
| 9/6/77 | 564440 | DEQE License to MRA to construct and maintain easement. |
| 11/10/77 | 564435 | U. S. Army Corps of Engineers Permit. |
| | 564443 | Order of Conditions |
| 9/10/80 | 606515 | MRA taking of easement to pass over portion of parcel. |

[1]Excerpt from LCC 34768 to Richards Company references LCC 21118 as right to fill and deposit waste products.

56

Table 5.2  <u>Summary</u> <u>of</u> <u>Easements,</u> <u>Restrictions,</u> <u>Rights,</u> Etc.

MALDEN DPW PARCEL (C, $C_1$)

| Date | Land Court Doc. No. | Description of Easement Rights |
|------|------|------|
| 3/21/17 | 21118 | Easements from Bell Rock to Eastern Metal and Refining Company.[1] |
| 4/3/17 | 21115 | Statement of Appurtenant Rights. |
| 4/14/17 | 7880 | Subject to public rights below mean high water mark and rights to use Malden Canal. |
| 9/28/21 | 12939 | Eastern Metal & Refining to Richards & Company Inc. with all rights. |
| 9/24/25* | 63715 | License from Massachusetts DPW to FILL solid in and over two tidal creeks connecting with Malden River. |
| 10/9/25 | 20382 | Richards & Company, Inc. to Richards Company, Inc. with all rights. |
| 6/6/32* | 34735 | Right to pass and repass over the parcel of land lying between easterly property line and westerly channel line established by U.S. River and Harbor Act approved 3/4/15.  Right to build docks and wharves on or over parcel and excavate as necessary in connection with the erection and maintenance of docks and wharves right to lay vessels. |
| 6/14/32 | 34768 | Right to use Commercial Street, Commercial Street Ext. and 35' way. |
| 8/22/32 | 120831 | Richards Company to Barrett Company, Massachusetts DPW license to fill only to apply to parcel $C_2$. |
| 9/6/77 | 564440 | DEQE to MRA license to construct and maintain embankment. |
| 9/6/77 | 564443 | Order of Conditions from City of Malden Conservation Commission. |
| 11/10/77 | 564435 | U.S. Army Corps of Engineers permit. |

*Malden DPW parcel conveyed as Parcel $C_1$ from Parcel C June 1932.
*Wellington parcel conveyed as Parcel $C_1$ from Parcel C June 1932.

[1]Excerpt from LCC 34768 to Richards Company references
LCC 21118 as right to fill and deposit waste products.

57

MLDN        000667

Table 5.3  <u>Summary of Easements, Restrictions, Rights, Etc.</u>

WELLINGTON PARCEL (C,C$_2$)

| Date | Land Court Doc. No. | Description of Easement Rights |
|------|------|------|
| 3/21/17 | 21118 | Easements from Bell Rock to Eastern Metal and Refining Company.[1] |
| 4/3/17 | 21115 | Statement of Appurtenant Rights. |
| 4/14/17 | 7880 | Subject to public rights below mean high water mark and rights to use Malden Canal. |
| 9/24/25* | 63715 | License from Massachusetts DPW to FILL solid in and over two tidal creeks connecting with Malden River. |
| 6/6/32* | 34735 | Right to pass and repass over the parcel of land lying between easterly property line and westerly channel line established by U.S. River and Harbor Act approved 3/4/15.  Right to build docks and wharves on or over parcel and excavate as necessary in connection with the erection and maintenance of docks and wharves right to lay vessels. |
| 6/14/32 | 34768 | Right to use Commercial Street, Commercial Street Ext. and 35' way. |
| 8/22/32 | 120831 | Richards Company to Barrett Company, Massachusetts DPW license to fill only to apply to parcel C$_2$. |
| 3/18/42 | 50516 | To Allied Chemical - refers to LCC 21118 as granting easement to Fill and Deposit Waste Products. |
| 7/2/65 | 118129 | To Wellington Realty with all above rights. |

*Malden DPW parcel conveyed as Parcel C$_1$ from Parcel C June 1932.
*Wellington parcel conveyed as Parcel C$_1$ from Parcel C June 1932.

[1]Reference in LCC 34768 to rights contained in LCC 21118 fill and deposit waste products

58

MLDN          000668

Table 5.3  <u>Summary</u> <u>of</u> <u>Easements,</u> <u>Restrictions,</u> <u>Rights,</u> <u>Etc.</u>
(Continued)

WELLINGTON PARCEL (C,C$_2$)

| Date | Land Court Doc. No. | Description of Easement Rights |
|------|------|------|
| 9/6/77 | 564440 | DEQE to MRA license to construct and maintain embankment. |
| 9/6/77 | 564443 | Order of Conditions from City of Malden Conservation Commission. |
| 11/10/77 | 564435 | U.S. Army Corps of Engineers permit. |
| 4/18/78 | 572637 | Extension of Order of Conditions from the City of Malden Conservation Commission. |
| 1/19/81 | 585256 | Certificate of Compliance by Malden Conservation Commission. |

[1]Excerpt from LCC 34768 to Richards Company references LCC 21118 as right to fill and deposit waste products.

59

MLDN        000669

APPENDIX A

MLDN          000670

Interim Work Plan - Data Acquisition
Malden, Massachusetts

Wellington Property


(*)  1.   Delineation of Bulk - free floating coal tars.

        a.   Minimum of six test pit excavations in the
            area of test pits W-3, W-4 and B-11, with
            additional investigation along the northern
            property line adjacent to the main building.

        b.   Base Neutral (625) analysis on representative
            soil samples.

        c.   Representative 624 analysis for volatile
            organic compounds.

        d.   Recovery of bulk free floating coal tars
            through localized remediation.

        e.   Transmissivity/permeability studies in areas
            of possible groundwater recovery.


(*)  2.   Investigation of possible arsenic deposits during
          item (1) test pit excavations and removal to
          approved off site disposal facilities.


MLDN          000671

3. Installation of three (3) groundwater observation wells along Little Creek.

    a. Analysis of each receptor, plus MW2, MW3 and MW4 for cyanide and selective metals.

    b. Base neutral analysis on groundwater sample from receptor downgradient of test pits W-3, W-4 and W-1.

4. Soils investigations for heavy metals in the area of the former filter bed.

5. Installation of (1) groundwater observation well in the area of test pit W-6. Metals and cyanide analysis of representative groundwater sample.

6. Base neutral and cyanide analysis - groundwater sample from MW1.

7. "Detailed" review of previous site history on Wellington Parcel to supplement field investigation.

Table 1.0

Laboratory Analysis - Ammonia Nitrogen
Malden DPW  Well S-11

29 July 1986

Results:  Ammonia-Nitrogen  50 mg/l

Table 2.0

Laboratory Analysis - Heavy Metals mg/g
Solid Material
Malden DPW   Test Pit 22.0

| Methodology | Parameter | Results |
|-------------|-----------|---------|
| 206.5 | Arsenic | 0.025 |
| 208.1 | Barium | 1.10 |
| 213.2 | Cadmium | 0.013 |
| 218.1 | Chromium | 0.224 |
| 239.2 | Lead | 2.340 |
| 245.1 | Mercury | 0.003 |
| 270.3 | Selenium | 0.000 |
| 272.2 | Silver | 0.003 |

MLDN          000673

APPENDIX B

MLDN        000674

APPENDIX C

MLDN          000675

Soil Logs

City of Malden, Department of Public Works Yard

Malden, Massachusetts

Test pits M 25.0 and M 26.0 were excavated through the use of a Case 580D extendahoe backhoe from Charles Construction, while the subsequent test pit excavations, M 27.0 through M 36.0, were performed with a Gradall excavator.

Test Pit M 25.0

Test pit M 25.0 was initiated 42'± to the north of the northeastern corner of the DPW garage and extended 30' in an easterly direction.

| | | |
|---|---|---|
| 0.0' - 0.3' | Two layers of bituminous concrete. |
| 0.3' - 0.8' | Brown fine to coarse sandy gravel fill. |
| 0.8' - 2.5' | Brown fine to coarse sand and gravel fill mixed with various amounts of silt, brick, rubber gaskets and metal strips. |
| 2.5' - 5.0' | Black sandy fill containing ashen debris, bottles, tin cans, bricks. |
| 5.0' - 5.5' | Lens of gray-green silt. |
| 5.5' - 7.0' | Ash, paper, stones, rock fragments, wood and rubber debris within a black sandy gravel fill, predominance of glass bottles (medicine, ink wells, alcohol, soft drink, milk and ceramics) and some shoe parts. |
| 7.0' - 10.0' | Trashy fill debris with metal and wood scrap. |

Note:  This test pit is a trench cut excavation commencing at TRC test pit M-13 and extending in an easterly direction towards TRC test pit M-12.  At three sections of the trench cut for TP M 25.0 the excavations were extended to 10.0'± to accommodate of groundwater sampling, as well as evaluation of differing fill material.  The middle cut (B) contained a higher fraction of shoes and shoe parts in the deeper fill, in addition to 1 - 1.5' diameter hose sections and some brick.  Newspaper remnants recovered referenced December 14, 1938.  The easternmost deep cut (C) contained noticeably less glass, large sheets of rubber pattern scrap and badly decomposed metal containers. Groundwater accumulated in the open excavations at varied depths of 7.0' (A) and 8.6' (B and C), respectively.  A slight sheen was observed on the groundwater surface at each location sampled (A - C) and a light petroleum odor was noted.  No bulk phase petroleum fractions noted.

Test Pit M 26.0

    Test pit M 26.0 was located 42'± north of the northeastern corner of the DPW garage and extended 8' in a westerly direction.

    0.0' - 0.3'  Two layers of bituminous concrete.
    0.3' - 0.8'  Brown fine to coarse sandy gravel fill.
    0.8' - 2.5'  Brown fine to coarse sandy gravel fill containing silt and brick debris.
    2.5' - 8.0'± Black ashen fill and trash containing a predominance of metal stripping, with portions of a 55 or 30 gallon drum, rock fragments, rubber scrap, and bottles. A narrow lens (0.5') of gray-green silt was observed at 5.0'±.

Note:  Groundwater entered at 6.8' exhibiting a noticeable sheen and odor typical of a petroleum product, no bulk phase petroleum fractions noted.

Test Pit M 27.0

    Test pit M 27.0 was excavated 42' north and 16' west of the corner of the DPW garage.

    0.0' - 0.3'  Two layers of coarse bituminous concrete.
    0.3' - 1.0'  Light brown, fine, sandy gravel.
    1.0' - 2.5'  Dark brown to black fine to medium gravel; aggregate generally round to subangular.
    2.5' - 7.0'  Indications of a burning dump; ashen layer with intermittent lenses of broken bottles, brick and wood fragments, black organic material and tin strips.

Note: Groundwater enters at 6.8'. Black silty, with an odor similar to a weathered oil or heavy organic material and sheen across the surface of the accumulated water. The upper 0.5' - 1.0' of the ashen fill was very compact and cemented suggestive of seasonal or intermittent periods of burning. A slotted 4" PVC pipe was installed as a temporary recovery well to evaluate any potential for accumulation of bulk phase petroleum fractions.

MLDN    000677

Test Pit M 28.0

Test pit M 28.0 was located 18'± northwest of TP M 27.0.

| | |
|---|---|
| 0.0' - 0.3' | Two layers of coarse bituminous concrete. |
| 0.3' - 1.0' | Light brown fine gravel fill. |
| 1.0' - 2.5' | Dark brown to black fine to medium gravel; aggregate generally round to subangular. |
| 2.5' - 7.0' | Ashen debris with partially burned linoleum fragments amidst intermittent lenses of broken bottles, brick and wood fragments, black organic material and tin strips. Lens of dry white, chalky material also noted, which appears to be sodium or calcium hydroxide. |
| 7.0' - 7.5' | Light brown-green medium sand. |
| 7.5' - 10.0'± | Brown, fine with trace medium gravel and very fine with trace of silty sand; aggregate fragment grain shape subangular to angular. |

Note: Groundwater enters at 7.5'±, black color and ashen film.


Test Pit M 29.0

Test pit M 29.0 was located 125'± to the south of the southeast corner of the DPW garage and extended 35'± westerly.

| | |
|---|---|
| 0.0' - 0.4' | Bituminous concrete. |
| 0.4' - 2.0' | Brown sandy gravel fill. |
| 2.0' - 4.0' | Black sandy gravel and slag. |
| 4.0'± | Red peat. |

Note: Groundwater enters atop the peat and seeps out from the upper gravel lens. Slight odor indicative of a weathered petroleum product.


Test Pit M 30.0

Test pit M 30.0 was located 125'± south and 25'± east of the southeast corner of the DPW garage and extended 20'± in a westerly direction.

| | |
|---|---|
| 0.0' - 0.2' | Salt/sand residual. |
| 0.2' - 2.0' | Brown sandy gravel fill. |
| 2.0' - 5.0' | Black sandy gravel with slag, pipe section, cobbles and pieces of asphalt. |
| 5.0'± | Red peat. |

Note: Groundwater enters atop the peat. Dark, silty sheening observed atop groundwater with slight coal tar odor.

Test Pit M 31.0

Test pit M 31.0 was excavated at the edge of the concrete pump island; approximately 125'± south and 35'± west of the southeast corner of the DPW garage and extended 25'± in a westerly direction.

| | |
|---|---|
| 0.0' - 2.0' | Brown fine to coarse sandy gravel fill. |
| 2.0' - 5.0' | Black sandy gravel with evidence of aqueous coal tar contamination. |
| 5.0'± | Red peat with some fine to medium gray sand. |

Note: Groundwater enters atop the peat. Dark, silty sheening observed atop groundwater with a slight coal tar odor.

Test Pit M 32.0

Test pit M 32.0 was located 200'± east and 125'± south of the southeast corner of the DPW garage.

| | |
|---|---|
| 0.0' - 5.0' | Brown sandy gravel fill containing concrete blocks, rebar, slag and brick fragments. |
| 5.0'± | Yellow straw peat, with gray-brown organic silts. |

Note: Groundwater enters atop the peat. Trace of sheening atop groundwater most likely incurred by test pit excavation. Organic odor noted with an absence of previously observed coal tar indications. 30" culvert encountered at 2.5'.

Test Pit M 33.0

Test pit M 33.0 was located 120'± east and 125'± south of the southeast corner of the DPW garage and extended 20'± in a westerly direction.

| | |
|---|---|
| 0.0' - 2.0' | Brown sandy gravel fill. |
| 2.0' - 4.0' | Black sandy gravel typical of coal tar contamination with slag, brick, large pieces of concrete mixed in the fill. Layer of stone just atop the peat. |
| 4.0'± | Red peat. |

Note: Groundwater enters atop the peat. Slight sheening atop groundwater.

MLDN                    000679

Test Pit M 34.0

    Test pit M 34.0 was located 90'± south and 15'± west of the southwest corner of the DPW garage.

|  |  |
|---|---|
| 0.0' - 0.4' | Bituminous concrete. |
| 0.4' - 1.0' | Brown sandy gravel fill. |
| 1.0' - 3.1' | Black very dense sandy gravel fill with building debris including concrete, brick, 2.5' x 8" diameter metal roller bars. Intermittent pockets of gray-green silt at north end. |
| 3.1' - 3.8' | Black gravel fill with slag and evidence of coal tar contamination. |
| 3.8'± | Red peat. |

Note:  Groundwater enters very slowly atop the peat.  Black sheening evidenced a slight odor similar to a weathered petroleum product.  Test pit material was unstable below 3'.


Test Pit M 35.0

    Test pit M 35.0 was located 15' to the west of the northeast corner of the DPW garage.

|  |  |
|---|---|
| 0.0' - 0.4' | Two layers of bituminous concrete. |
| 0.4' - 1.0' | Brown fine to medium sandy fill. |
| 1.0' - 7.5' | Black-gray coarse gravel fill with debris including slag, brick, wood and asphalt. A partial layer of asphalt was observed at 2.8' and a lens of gray silt at 3'± |
| 7.5'± | Gray/black organic silt with yellow peat fibers. |

Note:  No groundwater; no unusual odors.

Test Pit M 36.0

    Test pit M 36.0 was located at the northeast corner of the DPW garage parallel to and approximately 20 feet south of TP M 25.0.

| | | |
|---|---|---|
| 0.0' - 0.4' | Two layers of bituminous concrete. |
| 0.4' - 1.0' | Brown fine to medium sandy fill. |
| 1.0' - 1.5' | Dark brown fine to coarse sands and gravel, with cobbles, bricks and traces of slag and red stone. |
| 1.5' - 2.5' | Gray fine to coarse sands and gravel, with cobbles and small boulders. |
| 2.5' - 8.0' | Dark brown fine to coarse sands and gravel, with cobbles and trashy debris; brick, wood, rubber coated chain and asphalt. |
| 8.0' - 8.5' | Dark gray-black organic silts with debris; slag, brick, wood, porcelain, and fibrous peat. |

Note:  No groundwater; no unusual odors.  Trashy debris appears to be confined atop the peat layer.

MLDN            000681

# GUILD DRILLING CO., INC.

100 WATER STREET    EAST PROVIDENCE R I

| | |
|---|---|
| SHEET _____ OF 1 | |
| DATE _____ | |
| HOLE NO NB-14 | |
| LINE & STA _____ | |
| OFFSET _____ | |
| SURF. ELEV. _____ | |

TO Norwood Engineering    ADDRESS Norwood, Mass.
PROJECT NAME Monitor Wells @ Town DPW    LOCATION Malden, Mass.
REPORT SENT TO Above / DPW Way    PROJ NO _____
SAMPLES SENT TO Taken At Site    OUR JOB NO 88-435

| GROUND WATER OBSERVATIONS | | CASING | SAMPLER | CORE BAR | | Date | Time |
|---|---|---|---|---|---|---|---|
| At 9' on Rods after _____ Hours | Type | H/S/A | S/S | | START | 11/16/87 | a.m p.m |
| | Size: D | | 1-3/8" | | COMPLETE | 11/16/87 | a.m p.m |
| At _____ after _____ Hours | Hammer Wt | | 140# | | TOTAL HRS. | | a.m p.m |
| | Hammer Fall | | 30" | BIT | BORING FOREMAN G. Broullette | | |
| | | | | | INSPECTOR | | |
| | | | | | SOILS ENGR. | | |

## LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From–To | Type of Sample | Blows per 6" on Sampler 0–6 | 6–12 | 12–18 | Moisture Density or Consist. | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock- color, type, condition, hardness, Drilling time, seams and etc | Sample No | Pen | Rec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-3' | Auger Sample | | | | | | Brown fine to medium SAND & Gravel & Silt (Fill), some Cement & Brick | 1 | 36" | – |
| | | 5'-6'6" | D | 5 | 5 | 3 | | | | 2 | 18" | 6" |
| | | | | | | | | 9' | | | | |
| | | 10'-10'6" | D | 1 | – | – | | 10'6" | Black Old Fill | 3 | 6" | 4" |
| | | 10'6"-11'6 | D | – | 1 | 1 | | | Black to Gray (1") Layer fine to medium SAND, then organic Silt, trace of fibers | 3A | 12" | 12" |
| | | 15'-16'6" | D | 4 | 5 | 6 | | 15' | Gray fine to coarse SAND & organic Silt mixed | 4 | 18" | 12" |
| | | | | | | | | 16'6" | Bottom of Boring 16'6" | | | |
| | | | | | | | | | Installed (2" PVC) Monitor Well at 15' | | | |
| | | | | | | | | | 10'-Slotted 5'-Solid Ottawa Sand 1/4-Bentonite Balls 1/4-Bag of Cement 1-Road Box | | | |

GROUND SURFACE TO 15' USED H/S/A CASING THEN _____ S/S to Bottom

Sample Type
D - Dry  C - Cored  A - Auger
UP - Undisturbed Piston
TP - Test Pit  A - Auger  V - Vane Test
UT - Undisturbed Thinwall

| Proportions Used | | 140 lb Wt x 30" fall on 2" O.D. Sampler |
|---|---|---|
| trace, 0 to 10% | | Cohesionless Density   Cohesive Consistency |
| little 10 to 20% | | 0-10 Loose   0-4 Soft   30+ Hard |
| some 20 to 35% | | 10-30 Med Dense   4-8 M/Stiff |
| and 35 to 50% | | 30-50 Dense   8-15 Stiff |
| | | 50+ Very Dense   15-30 V Stiff |

| SUMMARY | |
|---|---|
| Earth Boring 16' | |
| Rock Coring -0- | |
| Samples 4 | |
| HOLE NO | |

MLDN    000682

# GUILD DRILLING CO., INC.

100 WATER STREET    EAST PROVIDENCE, R. I.

| | |
|---|---|
| SHEET ___ OF 1 | |
| DATE ___ | |
| HOLE NO. NB-15 | |
| LINE & STA ___ | |
| OFFSET ___ | |
| SURF ELEV ___ | |

TO Norwood Engineering
ADDRESS Norwood, Mass.
PROJECT NAME Monitor Wells @ Town DPW
LOCATION Malden, Mass.
REPORT SENT TO Above / DPW Way
PROJ NO ___
SAMPLES SENT TO Taken At Site
OUR JOB NO. 88-435

| GROUND WATER OBSERVATIONS | CASING | SAMPLER | CORE BAR | | Date | Time |
|---|---|---|---|---|---|---|
| At 8' in Auger after ___ Hours | Type | H/S/A | S/S | | START 11/16/87 | a.m. p.m. |
| | Size I.D | | 1-3/8" | | COMPLETE 11/17/87 | a.m. p.m. |
| At ___ after ___ Hours | Hammer Wt | | 140# | BIT | TOTAL HRS. | |
| | Hammer Fall | | 30" | | BORING FOREMAN G. Broullette | |
| | | | | | INSPECTOR ___ | |
| | | | | | SOILS ENGR. ___ | |

LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From - To | Type of Sampler | Blows per 6" on Sampler C-6 | 6-12 | 12-18 | Moisture Density or Consist | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock-color, type, condition, hardness, Drilling time, seams and etc. | SAMPLE No | Pen | Rec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-2' | Auger Sample | | | | | | Brown to Black fine to medium SAND & Gravel & Brick & Cement (Fill) | 1 | 24" | - |
| | | 5'-6'6" | D | 17 100/2" | 8 | 5 | | 6'6" | (trace of oil noted through out remainder of Boring) | 2 | 18" | 9" |
| | | 8'-8'6" | D | 120 | - | - | | 10' | Possible Cement | 3 | 6" | 6" |
| | | 10'-12' | D | 24 12 | 14 | 14 | | 13' | Dark Brown fine to medium SAND, some organic Silt | 4 | 24" | 12" |
| | | 12'-14' | D | 5 4 | 2 | 3 | | 13'6" | Brick Fragments mixed in | 5 | 24" | 18" |
| | | | | | | | | 14'6" | Black organic SILT | | | |
| | | 15'-17' | D | 10 12 | 10 | 17 | | 17' | Brown Gray fine to medium SAND, some organic Silt, trace of Fiber & Sea Shells | 6 | 24" | 18" |
| | | | | | | | | | Bottom of Boring 17' | | | |

GROUND SURFACE TO ___ 15'.    USED H/S/A CASING    THIN ___ S/S to Bottom

| Sample Type | Proportions Used | 140 lb Wt x 30" fall on 2 O.D Sampler | | SUMMARY |
|---|---|---|---|---|
| D: Dry  C: Cored  W: Washed | trace 0 to 10% | Cohesionless Density | Cohesive Consistency | Earth (Boring) 17' |
| UP: Undisturbed Piston | little 10 to 20% | 0-10 Loose | 0-4 Soft    30 + Hard | Rock Coring -0- |
| TP: Test Pit  A: Auger  V: Vane Test | some 20 to 35% | 10-30 Med Dense | 4-8 M/Stiff | Samples 6 |
| UT: Undisturbed Thinwall | and 35 to 50% | 30-50 Dense | 8-15 Stiff | HOLE NO. NB-15 |
| | | 50 + Very Dense | 15-30 V-Stiff | |

MLDN    000683

# GUILD DRILLING CO., INC.

### 100 WATER STREET    EAST PROVIDENCE, R.I.

| | |
|---|---|
| TO __Norwood Engineering__ | ADDRESS __Norwood, Mass.__ |
| PROJECT NAME __Monitor Wells @ Town DPW-__ | LOCATION __Malden, Mass.__ |
| REPORT SENT TO __Above    /   DPW Way__ | PROJ. NO ____ |
| SAMPLES SENT TO __Taken At Site__ | OUR JOB NO. __88-435__ |

| | |
|---|---|
| SHEET __1__ OF __1__ | |
| DATE ____ | |
| HOLE NOᴼ __NB-16 & 17__ | |
| LINE & STA ____ | |
| OFFSET ____ | |
| SURF. ELEV ____ | |

| | CASING | SAMPLER | CORE BAR | | Date | Time |
|---|---|---|---|---|---|---|
| Type | H/S/A | | | START | 11/17/87 | a.m / p.m |
| Size: D | | | | COMPLETE | 11/18/87 | a.m / p.m |
| Hammer Wt | | | | TOTAL HRS. | | a.m / p.m |
| Hammer Fall | | | BIT | BORING FOREMAN __G. Broullette__ | | |
| | | | | INSPECTOR ____ | | |
| | | | | SOILS ENGR. ____ | | |

**GROUND WATER OBSERVATIONS**

At ____ after ____ Hours

At ____ after ____ Hours

## LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From - To | Type of Sample | Blows per 6" on Sampler 0-6 | 6-12 | 12-18 | Moisture Density or Consist | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock-color, type, condition, hardness, Drilling time, seams and etc. | SAMPLE No | Per | Rec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-2' | Auger Sample | | | | | NB-16 | Augered to 2' Hard FILL, Cement & Boulder Brown fine to medium Sand & Gravel | 1 | 24" | |
| | | | | | | | | 2' | Bottom of Boring 2' (Client ended Boring) | | | |
| | | 0'-2' | Auger Sample | | | | | NB-17 | Black fine to medium SAND & Silt (Fill), some Gravel | 1 | 24" | - |
| | | | | | | | | 2' - | to coarse  Sand & Gravel (Fill) some Cobbles to | | | |
| | | | | | | | | 3'6"- 5' | fine to medium Sand & Gravel & Brick, some Wood | | | |
| | | 5'-7' | Auger Sample | | | | | | Black fine to medium SAND & Gravel, some Silt | 2 | 24" | - |
| | | | | | | | | 7' | Bottom of Boring 7' | | | |
| | | | | | | | | | 2 - Auger Teeth | | | |

GROUND SURFACE TO __7'__ ;    USED _H/S/A_ CASING,    THEN ____

| Sample Type | Proportions Used | 140 lb Wt x 30" fall on 2 O.D. Sampler | |
|---|---|---|---|
| D:Dry  C:Cored  W:Washed | trace  0 to 10% | Cohesionless  Density | Cohesive  Consistency |
| UP:Undisturbed Piston | little  10 to 20% | 0-10  Loose | 0-4  Soft  30 + Hard |
| TP:Test Pit  A:Auger  V:Vane Test | some  20 to 35% | 10-30  Med/Dense | 4-8  M/Stiff |
| UT:Undisturbed Thinwall | and  35 to 50% | 30-50  Dense | 8-15  Stiff |
| | | 50+  Very Dense | 15-30  V/Stiff |

SUMMARY
Earth Boring __7'__
Rock Coring -0-
Samples ____

HOLE NO. NR-16 & 17

MLDN    000684

# GUILD DRILLING CO., INC.

**100 WATER STREET     EAST PROVIDENCE R I**

| | |
|---|---|
| TO **Norwood Engineering** | ADDRESS **Norwood, Mass.** |
| PROJECT NAME **Monitor Wells @ Town DPW—** | LOCATION **Malden, Mass.** |
| REPORT SENT TO **Above   /   DPW Way** | PROJ NO |
| SAMPLES SENT TO **Taken At Site** | OUR JOB NO. **88-435** |

| SHEET | 1 | OF | 1 |
|---|---|---|---|
| DATE | | | |
| HOLE NO. | NB-18 | | |
| LINE & STA | | | |
| OFFSET | | | |
| SURF. ELEV. | | | |

| GROUND WATER OBSERVATIONS | | CASING | SAMPLER | CORE BAR | | Date | Time |
|---|---|---|---|---|---|---|---|
| At __8' on Rods__ after ___ Hours | Type | H/S/A | S/S | | START | 11-17-87 | a m / p m |
| | Size I D | | 1-3/8" | | COMPLETE | 11-17-87 | a m / p m |
| At ___ after ___ Hours | Hammer Wt | | 140# | BIT | TOTAL HRS | | |
| | Hammer Fall | | 30" | | BORING FOREMAN G. Broullette | | |
| | | | | | INSPECTOR | | |
| | | | | | SOILS ENGR. | | |

### LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From – To | Type of Sample | Blows per 6" on Sampler 0-6 | 6-12 | 12-18 | Moisture Density or Consist | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock-color, type, condition, hardness, Drilling time, seams and etc. | SAMPLE No | Pen | Rec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-2' | | Auger Sample | | | | | 6" Brown FILL fine to medium SAND & Gravel | 1 | 24" | - |
| | | | | | | | | | Black fine to medium SAND & Gravel & Silt & Cobbles, some Brick & Wood (Trash Fill) | 2 | 24" | 6" |
| | | 5'-7' | D | 8 13 | 4 | 5 | | | | | | |
| | | | | | | | | 8' | | | | |
| | | 10'-11'6" | D | 4 | 4 | 4 | | | Black (Same) with oil mixed (Strong Chemical Odor noted) | 3 | 18" | 12" |
| | | | | | | | | 13' | | | | |
| | | 15'-17' | D | 4 5 | 3 | 4 | | | Grayish Organic SILT, some fiber | 4 | 24" | 24" |
| | | | | | | | | 17' | | | | |
| | | | | | | | | | Bottom of Boring   17' Installed (2" PVC) Monitor Well   at 15' | | | |
| | | | | | | | | | 10'-Slotted 5'-Solid 5-Bags of Ottawa Sand 1/4-Bentonite Balls 1/4-Cement 1-Road Box | | | |

GROUND SURFACE TO ___15'___     USED _H/S/A_ CASING    THEN ___ S/S to Bottom

| Sample Type | Proportions Used | 140 lb Wt x 30" fall on 2" O.D. Sampler | SUMMARY |
|---|---|---|---|
| D=Dry  C=Cored  W=Washed | trace    .0 to 10% | Cohesionless Density | Cohesive Consistency | Earth Boring  17' |
| UP-Undisturbed Piston | little  .10 to 20% | 0-10    Loose | 0-4    Soft     30-4 Hard | Rock coring  -0- |
| TP-Test Pit  A=Auger  V=Vane Test | some  .20 to 35% | 10-30  Med Dense | 4-8   M/Soft   8 H5  Stiff | Samples  4 |
| UT-Undisturbed Thinwall | and  .35 to 50% | 30-50  Dense | 8 15   Stiff | |
| | | 50+  Very Dense | 15-30 V-Stiff | HOLE NO |

# GUILD DRILLING CO., INC.

100 WATER STREET    EAST PROVIDENCE, R I

| | |
|---|---|
| SHEET ___ OF 1 | |
| DATE ___ | |
| HOLE NO. NB-19 | |
| LINE & STA ___ | |
| OFFSET ___ | |
| SURF. ELEV ___ | |

TO Norwood Engineering    ADDRESS Norwood, Mass.
PROJECT NAME Monitor Wells @ Town DPW-    LOCATION Malden, Mass.
REPORT SENT TO Above / DPW Way
SAMPLES SENT TO Taken At Site    PROJ NO ___
OUR JOB NO 88-435

| GROUND WATER OBSERVATIONS | | CASING H/S/A | SAMPLER S/S | CORE BAR |
|---|---|---|---|---|
| At ___ after ___ Hours | Type | | | |
| | Size; D | | 1-3/8" | |
| At ___ after ___ Hours | Hammer Wt | | 140# | BIT |
| | Hammer Fall | | 30" | |

| | Date | Time |
|---|---|---|
| START | 11/17/87 | am pm |
| COMPLETE | 11/18/87 | am pm |
| TOTAL HRS. | | |
| BORING FOREMAN | G. Broullette | |
| INSPECTOR | | |
| SOILS ENGR. | | |

## LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From - To | Type of Sampler | Blows per 6" on Sampler From 0-6 | 6-12 | To 12-18 | Moisture Density or Consist | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock-color, type, condition, hardness, Drilling time, seams and etc | SAMPLE No | Per | Rec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-3' | Auger Sample | | | | | | 3" Blacktop, Dark Brown to Black fine to medium SAND & Gravel (Fill) | 1 | – | |
| | | | | | | | | 5' | | | | |
| | | 5'-7' | D | 2 | 2 | 5 | | | Black fine to coarse SAND & Gravel & Rubble (Fill) | 2 | 24" | 12" |
| | | | | | | | | 7' | to Cinder & Old Fill | | | |
| | | 10'-12' | D | 2 2 | 2 | 3 | | | Organic SILT & Trash mixed & Strong Odor, some Oil & Steel (Used Respirator from 10' on) | 3 | 24" | 4" |
| | | | | | | | | 15'6" | | 4 | 18" | 18" |
| | | 15'-16'6" | D | 6 | 10 | 16 | | 16'6" | Dark Brown fine to medium SAND & organic Silt, some fiber mixed & oil | | | |
| | | | | | | | | | Bottom of Boring 16'6" | | | |
| | | | | | | | | | Installed (2" PVC Monitor Well at 15' | | | |
| | | | | | | | | | 10'-Slotted 5'-Solid 5-Bags of Ottawa Sand 1/4-Bentonite Balls 1/4-Bag of Cement 1-Road Box | | | |
| | | | | | | | | | (Used Respirator) | | | |

GROUND SURFACE TO ___ 15'    USED H/S/A CASING THEN ___ S/S to Bottom

Sample Type
D-Dry  C-Cored  W-Washed
UP-Undisturbed Piston
TP-Test Pit  A-Auger  V-Vane Test
UT-Undisturbed Thinwall

Proportions Used
trace   0 to10%
little   10 to20%
some    20 to35%
and     35 to50%

140# Wt. x 30" fall on 2" O.D. Sampler
Cohesionless Density
0-10   Loose
10-30  Med Dense
30-50  Dense
50 +   Very Dense

Cohesive Consistency
0-4    Soft      30+ Hard
4-8    M/Stiff
8-15   Stiff
15-30  V Stiff

SUMMARY
Earth Boring    16'6"
Rock Coring   -0-
Samples        4

HOLE NO. NB-19

MLDN    000686

# GUILD DRILLING CO., INC.

### 100 WATER STREET     EAST PROVIDENCE, R I

| | |
|---|---|
| TO Norwood Engineering | ADDRESS Norwood, Mass. |
| PROJECT NAME Monitor Wells @ Town DPW | LOCATION Malden, Mass. |
| REPORT SENT TO Above / DPW Way | PROJ NO |
| SAMPLES SENT TO Taken At Site | OUR JOB NO 88-435 |

| | |
|---|---|
| SHEET ___ OF ___ |
| DATE |
| HOLE NO NB-20 |
| LINE & STA |
| OFFSET |
| SURF ELEV |

| GROUND WATER OBSERVATIONS | | CASING | SAMPLER | CORE BAR | | Date | Time |
|---|---|---|---|---|---|---|---|
| At ___ after ___ Hours | Type | H/S/A | S/S | | START | 11/18/87 | |
| | Size I D | | 1-3/8" | | COMPLETE | 11/18/87 | |
| At ___ after ___ Hours | Hammer Wt | | 140# | BIT | TOTAL HRS. | | |
| | Hammer Fall | | 30" | | BORING FOREMAN G. Broullette |
| | | | | | INSPECTOR |
| | | | | | SOILS ENGR. |

## LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From - To | Type of Sample | Blows per 6" on Sampler From To 0-6 6-12 12-18 | | | Moisture Density or Consist | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock-color, type, condition, hardness, Drilling time, seams and etc | SAMPLE No Pen Rec | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-3' | Auger Sample | | | | | | 3" Blacktop-Brown fine to medium SAND & Gravel & Trash & Cinder (Fill) some Silt & Clay mixed | 1 | 36" | - |
| | | 5'-7' | D | 6 | 7 | 8 | | | | 2 | 24" | 18" |
| | | | | 6 | | | | | | | | |
| | | | | | | | | 9'6" | | | | |
| | | 10'-12' | D | 1 for 24" | | | | | PEAT to Black fine to medium Sand & Peat mixed | 3 | 24" | 24" |
| | | | | | | | | 13' | | | | |
| | | | | | | | | | Gray fine to coarse SAND | | | |
| | | 15'-16'6" | D | 15 | 20 | 24 | | 16'6" | | 4 | 18" | 18" |
| | | 16'6"-17' | D | - | - | 30 | | 17' | Yellow CLAY, trace of Silt | 4A | 6" | 6" |
| | | | | | | | | | Bottom of Boring 17' Installed (2" PVC) Monitor Well at 15' | | | |
| | | | | | | | | | 10'-Slotted 5'-Solid 5-Bags of Ottawa Sand 1/4-Bentonite Balls 1/4-Bag of Cement 1-Road Box | | | |

| | |
|---|---|
| GROUND SURFACE TO 15 | USED H/S/A CASING THEN S/S to Bottom |

| Sample Type | Proportions Used | | |
|---|---|---|---|
| D:Dry  C:Cored  W:Washed | Trace - 0 to 10% | Cohesionless Density | Cohesive Consistency |
| UP:Undisturbed Piston | little - 10 to 20% | 0-10 - Loose | 0-4 Soft     30-+ Hard |
| TP:Test Pit  A:Auger  V:Vane Test | some - 20 to 35% | 10-30 Med Dense | 4-8 M/Stiff |
| UT:Undisturbed Thinwall | and - 35 to 50% | 30-50 - Dense | 8-15 Stiff |
| | | 50-+ Very Dense | 15-30 V Stiff |

140 lb Wt x 30" fall on 2" O.D. Sampler

SUMMARY: Earth (Boring) 17' / Rock Coring -0- / Samples 4

HOLE NO NB-20

MLDN     000687

APPENDIX D

MLDN        000688

## SOILD DRILLING CO., INC.

100 WATER STREET     EAST PROVIDENCE R I

| | |
|---|---|
| DATE | |
| HOLE NO | B-21 |
| LINE B STA | |
| OFFSET | |
| SURF. ELEV. | |

TO __Norwood Engineering__   ADDRESS __Norwood, Mass.__
PROJECT NAME __Monitor Wells @ Town DPW-__   LOCATION __Malden, Mass.__
REPORT SENT TO __Above__ / __DPW Way__   PROJ NO _____
SAMPLES SENT TO __Taken At Site__   OUR JOB NO __88-435__

| GROUND WATER OBSERVATIONS | | | | CASING | SAMPLER | CORE BAR | | | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| At ____ after ____ Hours | | Type | | H/S/A | S/S | | START | | 11/18/87 | a.m p.m |
| | | Size: D | | | 1-3/8" | | COMPLETE | | 11/18/87 | a.m p.m |
| At ____ after ____ Hours | | Hammer Wt | | | 140# | BIT | TOTAL HRS. | | | a.m p.m |
| | | Hammer Fall | | | 30" | | BORING FOREMAN | G. Broullette | | |
| | | | | | | | INSPECTOR | | | |
| | | | | | | | SOILS ENGR. | | | |

LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From - To | Type of Sample | Blows per 6" on Sampler 0-6 / 6-12 / 2-18 | Moisture Density or Consist. | Strata Change Elev. | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock-color, type, condition, hardness, Drilling time, seams and etc | SAMPLE No / Per / Rec |
|---|---|---|---|---|---|---|---|---|
| | | 0'-3' | Auger Sample | | | | 2" Blacktop-Brown fine to medium SAND & Gravel & Silt (Fill) " ", some Oil | 1 / 36" / - |
| | | 5'-7' | D | 6 7 7 7 | | | Black fine to medium SAND & Silt & Cinder (Fill) | 2 / 24" / 24" |
| | | 10'-12' | D | 10 25 39 59 | | 10' | Brown fine to coarse SAND | 3 / 24" / 18" |
| | | 15'-16'6" | D | 7 15 100 | | 15'6" | | 4 / 18" / 18" |
| | | | | | | 16'6" | Yellow Silty CLAY Bottom of Boring 16'6" Installed (2" PVC) Monitor Well at 15' 10'-Slotted 5'-Solid 4-Bags of Ottawa Sand 1/4-Bentonite Balls 1/4-Bag of Cement 1-Road Box | |

GROUND SURFACE TO ____15'____   USED _H/S/A_ CASING   THEN ___S/S to Bottom___

Sample Type
D=Dry C=Cored W=Ash Test
UP=Undisturbed Piston
TP=Test Pit   A=Auger  V=Vane Test
UT=Undisturbed Thinwall

Proportions Used
trace   0 to 10%
little  10 to 20%
some    20 to 35%
and     35 to 50%

140 lb Wt. x 30" fall on 2" O.D. Sampler
Cohesionless Density   Cohesive Consistency
0-10    Loose        0-4    Soft    30-Hard
10-30  Med Dense    4-8    M/Stiff
30-50   Dense       8-15   Stiff
50+    Very Dense   15-30  V-Stiff

SUMMARY
Earth (feet) 16'6"
Rock Coring -0-
Samples      4

HOLE NO
B-21

Soil Logs

Wellington Properties

Malden, Massachusetts


Test Pit W 8.0

   Test pit W 8.0 was excavated 30± feet west and 93 feet from
the southern face of the northern Wellington warehouses located
at #378 Commercial St.  Reference to 1932 Barrett Plan indicates
former underground storage in this area.

        0.0' -  0.3'  Bituminous concrete.
        0.3' -  1.7'  Light to dark brown miscellaneous sandy fill
                      with some silts.  Gravel and brick fragments;
                      well compacted.
        1.7' -  4.0'  Black stained fine-coarse sand and gravel;
                      mixed with roots and pieces of wood.
        4.0' -  5.3'  Leather scraps, cloth and felt atop of native
                      peat.
        5.3' -  6.0'  Light gray, very fine sandy silt, over marine
                      clay.


Note:  Shallow perched groundwater at 3.2', seepage occurs
       beneath a band of coal tar sediments (2.0' - 3.0').
       Leather scraps situated atop peat layer.


Test Pit W 9.0

   Test pit W 9.0 was excavated from the western end of W 8.0
and extended southerly through the former underground storage
area for approximately 20 feet.

        0.0' -  0.3'  Bituminous concrete
        0.3' -  0.6'  Light brown miscellaneous sandy fill with
                      variable amounts of silt, gravel and brick
                      fragments; well compacted.
        0.8' -  1.5'  Well compacted, dark brown gravel fill with
                      some silt and brick fragments.
        1.5' -  3.3'  Light brown sandy gravel.
        3.3' -  4.8'  Organic sediments mixed with gravel fill,
                      distinct band of coal tar fractions atop a
                      denser layer of native peat and leather
                      scraps.

Test Pit W 9.0 (Continued)

| | |
|---|---|
| 4.8' - 6.3' | Fibrous cloth material: felt, shoe leather, leather strips; and broken red brick amidst organic sediments. Dry peat layer beneath cloth material. |
| 6.3' + | Very fine sandy silts blending into marine clay. Upper layer contains marsh/reed grass. |

Note:  Surface runoff exits beneath excavation from the asphalt with groundwater seepage noted at 4'±. Indications of coal tar fractions most prevalent in 3.3' - 4.8' depth interval; gravel fill with sheening of groundwater seepage noted.


Test Pit W 10.0

Test pit W 10.0 was excavated at the northern end of W 9.0 and extended westerly.

| | |
|---|---|
| 0.25' - 1.0' | Clean, brown, sandy gravel fill. |
| 1.0' - 2.75' | Dark brown gravel fill mixed with organic sediments. |
| 2.75' - 4.5' | Black stained gravel fill, significant coal tar fraction atop transition to organic fill and peat layer. Unconnected 2" distribution piping and electric conduits contained within fill material. |
| 4.5' - 6.5' | Wooden barrel slats, leather scraps, hides; distinct red leather deposits, organic sediments at a depth of 4' at a distance of approximately 38 feet from the eastern limit of TP W 10.0, a lens of chalky white material 10" - 12" in thickness was encountered amongst the organic fill material. Field observations suggest the presence of an arsenic deposit atop the native peat layer extending in a westerly direction. Further excavations in this direction were terminated to avoid the vehicle access way to Wellington Truck Storage. |
| 6.5' - 7.0'+ | Dry native peat layer blending into gray silts and marine clays. |


Note:  Surface runoff beneath the asphalt and groundwater seepage at 4'±. Groundwater exhibits slight coal tar sheen and odor. Fill contains electrical conduit sections, 2" pipe distribution lines, organic waste materials.

Test Pit W 11.0

    Test pit W 11.0 was excavated in a southerly direction, approximately twelve feet from the western end of TP W 10.0 to investigate probable indications of pile caps and location of former tank storage.

| | |
|---|---|
| 0.0' - 0.3' | Bituminous concrete |
| 0.3' - 3.0' | Miscellaneous gravel fill with pieces of red brick. |
| 3.0' - 4.5' | Dark black stained gravel fill, residual coal tar fractions. |
| 4.5' - 6.0' | Organic fill material; leather scraps, hides, marine sediments. |
| 6.0'+ | Dry marine peat blending into gray clay. |

Note:  Surface runoff beneath the asphalt with groundwater seepage at 4'±.  Groundwater exhibits slight coal tar sheen and odor.  The presence of wooden piles detected immediately below pavement; consistent with surface variations in grade.


Test Pit W 12.0

    Test pit W 12.0 was excavated approximately 28 feet to the south of the northern Wellington building and 37 feet to the west of southern warehouse extension, to investigate a former process pipe drain and collection trench.

| | |
|---|---|
| 0.0' - 0.2' | Bituminous concrete. |
| 0.2' - 0.8' | Brown sandy fill, trace of gravel. |
| 0.8' - 3.0' | Brown fine to coarse sands; well compacted, some gray staining.  Visible, heavy localized coal tar accumulation northeast corner of test pit. |
| 3.0' - 6.0' | Fine to coarse sands, some gravel; groundwater seepage. |
| 6.0' + | Dry, brown marine peat atop gray silts and clay. |

Note:  Shallow groundwater seeps in at 1.5' and 3.0', light sheen and odor typical of coal tar residuals.  No recoverable bulk fractions noted; well installed.

MLDN        000692

Test Pit W 13.0

Test pit W 13.0 was excavated 30± feet to the west of the Wellington warehouse and approximately 30 feet to south of test pit W 12.0, extending in a westerly direction.

```
0.0' -  0.3'  Bituminous concrete.
0.3' -  1.0'  Red peastone gravel.
1.0' -  1.5'  Bituminous concrete.
1.5' -  3.0'  Black, heavily stained sandy fill material.
3.0' -  3.4'  Dark brown silty sands/peat.
3.4' -  6.0'  Light brown silty sand, marine deposits and
              peat.
```

Note:  Surface water enters this excavation rapidly from beneath the asphalt; seepage atop compacted silts/peat.  The highest accumulation of coal tars were noted at this location, within the upper fill.


Test Pit W 14.0

Test pit W 14.0 was excavated 124 feet south of #378 Commercial Street warehouse, adjacent to TRC test pit W 3.0.

```
0.0' -  0.2'  Bituminous concrete.
0.2' -  0.4'  Brown fine to medium sand with trace light
              brown gravel.
0.4' -  0.6'  Bituminous concrete.
0.6' -  1.5'  Light brown fine to medium sand with gravel.
1.5' -  1.7'  Bituminous concrete.
1.7' -  3.0'  Light brown fine to medium sand with gravel;
              presence of concrete and red brick.  Black
              stained fill material, silty fine to coarse
              sands in 2.8' to 3.0' depth interval.
3.0' -  6.0'  Miscellaneous demolition rubble. Brick,
              concrete, etc. Silt, sand. Sulfur odor.
6.0' -  6.8'  Marsh grass, miscellaneous organic material
              and silts.
6.8' - 11.5'  Fibrous brown-green silty peat and roots.
11.5' - 12.0'  Medium brown, very fine to medium sand;
              aggregate subangular to angular quartz.
```

Note:  Groundwater enters rapidly at 11.5', below peat layer.

MLDN          000693

Test Pit W 15.0

    Test pit W 15.0 was excavated 25± feet west of test pit W 14.0 on the westerly side of TRC TP W 3.0.

```
0.0' - 0.3'   Bituminous concrete.
0.3' - 1.3'   Dark brown fine to medium gravel fill.
1.3' - 2.0'   Brown fine to medium sands and gravel fill,
              with traces of brick, less gravel than above.
2.0' - 2.2'   Bituminous concrete.
2.2' - 3.0'   Light brown fine to coarse sands, some
              rounded pebbles.
3.0' - 4.0'   Dark gravel fill.
4.0' - 5.0'   Silty fine sands, organic sediments, roots.
```

Note:  Excavated 1" copper water line at 5.0'±.  No groundwater, coal tar seepage at 3.0'.

Test Pit W 16.0

    Test pit W 16.0 was excavated approximately 65 feet and 85 feet south of #378 Commercial Street, in an area of former underground storage of gasoline and kerosene.

```
0.0' - 0.2'   Bituminous concrete.
0.2' - 0.9'   Light brown fine to medium sand; well
              compacted, round aggregate.
0.9' - 1.5'   Dark brown fine to medium sandy gravel.
1.5' - 2.2'   Brown fine to medium sands.
2.2' - 8.0'   Dark brown fine to medium sandy gravel fill,
              with 3/4" rebar, 2" pipe sections and bricks.
8.0' - 9.0'   Brown silty fine sand; peat.
9.0' - 10.0'  Brown fine to coarse sand and gravel.
```

Note:  No groundwater recovery observed.  Test pit excavation extended easterly from the initial north-south trench cut to expose similar soil profile and no indications of underground storage.

Test Pit W 17.0

    Test pit W 17.0 was excavated in the southwest corner of the trucking yard, approximately 400± feet west and 225± feet south of the northern warehouse, in an area formerly occupied by a sand filter bed.

| | |
|---|---|
| 0.0' - 1.0' | Light brown fine-medium gravel; some red stone-3/4" aggregate. |
| 1.0' - 2.5' | Black trashy fill. Wood, pipes, torn metal, red brick, copper wire, boulders, cast iron pipe sections. |
| 2.5' - 8.0' | Brown fine to coarse sandy gravel fill, with dark staining and trace of silt.  Some concrete and red brick fragments. |
| 8.0' - 8.1' | Marsh grass. |
| 8.1' - 10.0'± | Dark brown-black silt with organic fibers. |

Note:  At 5'± inflow of groundwater from well graded gravel along northwestern corner of test pit, reflects piping of infiltrated surface water or trapped groundwater due to variation in fill deposition.

Test Pit W 18.0

    Test pit W 18.0 was excavated as an extension of W 17.0 approximately 5± feet further southwest.

| | |
|---|---|
| 0.0' - 1.3' | Light brown processed gravel. |
| 1.3' - 3.5' | Black trash. Wood, pipes, torn metal, red brick, copper wire, boulders, cast iron pipe sections. |
| 3.5' - 6.0' | Loose silty sandy fill material atop miscellaneous debris; including tires, automobile seat, metal scraps. |
| 6.0' - 9.0' | Marsh grass with peat. |
| 9.0' - 10.0' | Gray silts, fine sands, trace clay. |

Note:  Groundwater enters from southwest corner of excavation at approximately 7.5' with a noticeable blue green petroleum sheening.

Test Pit W 19.0

    Test pit W 19.0 was excavated from southwest end of W 17.0 in a southerly direction and revealed a predominance of miscellaneous fill material similar in depth and type to that observed in TP W 18.0.

Test Pit W 20.0

    Test pit W 20.0 was excavated from the southwest end of W 18.0 southwesterly.

|        |        |                                                                  |
|--------|--------|------------------------------------------------------------------|
| 0.0' - | 1.3'   | Light brown processed gravel.                                    |
| 1.3' - | 3.0'   | Black trashy fill consisting of wood, pipes, metal scrap, red brick, copper wire, boulders, cast iron pipe. |
| 3.0' - | 9.5'   | Gray organic silts mixed with fine-medium sands atop native peat. |

Note:  No unusual odors noted.

Test Pit W 21.0

    Test pit W 21.0 was excavated 300± feet west and 240± feet south of #378 Commercial Street.

|        |        |                                                                  |
|--------|--------|------------------------------------------------------------------|
| 0.0' - | 0.2'   | Bituminous concrete.                                             |
| 0.2' - | 3.0'   | Light brown, medium to coarse sandy fill. Sloping profile to south with intermittent lens of light brown silty sand, roots and sticks. |
| 3.0' - | 3.5'   | Wedge of dark, medium to coarse sand and gravel, sharp, angled aggregate. |
| 4.5' - | 5.5'   | Medium brown sand and fine gravel.                               |

Note:  Groundwater enters at 5'± with black color and coal tar sheen.  Eastern side of test pit revealed a trashy fill lens from 0.2' - 2.0'± containing ashen debris, red brick, wood and sandy gravel fill.  A black asphalt deposit was encountered at 2' along with red brick fragments and an old electrical insulator.  Soils below 3' are well graded and stratified sloping southerly.

Test Pit W 22.0

Test pit W 22.0 was excavated 200± feet west and 200 feet south of #378 Commercial Street.

| | | |
|---|---|---|
| 0.0' - 0.4' | Bituminous concrete. |
| 0.4' - 1.0' | Brown, medium to coarse sandy gray fill. |
| 1.0' - 1.5' | Variable brown, fine to coarse sandy fill containing bricks, metal scrap. |
| 1.5' - 2.5' | Dipping bed of solidified asphalt along bed of former shoreline. |
| 2.5' - 5.0' | Organic fill material with some gravel. |
| 5.0' - 7.5' | Fine to coarse sandy gravel fill with residual coal tar fractions. |
| 7.5' - 8.5' | Peat blending into gray silty fine sands; trace of clay. |

Note:  Groundwater seepage at 5.1'± with typical coal tar odor and sheen.  Substantial coal tar product atop native peat layer.  Installed temporary 3" PVC recovery well.


Test Pit W 23.0

Test pit W 23.0 was excavated approximately 75 feet north and 140 feet west of southwest corner of the building #378, 20± feet from edge of Little Creek and soil test boring S-22.

| | | |
|---|---|---|
| 0.0' - 0.2' | Bituminous concrete. |
| 0.2' - 1.0' | Light brown, fine to medium sands and gravel. |
| 1.0' - 9.0' | Light brown, fine to coarse sand and gravel fill mixed with peat and ash; 3/4" diameter rebar sections, concrete slabs, metal scrap, brick. |
| 9.0' - 10.0' | Light brown, very fine silty sands and trace of organic matter atop peat. |

Note:  Groundwater enters at 4.0'±, black color, visible sheen and heavy coal tar/petroleum odor.  Significant coal tar accumulation noted.

Test Pit W 24.0

   Test pit W 24.0 was excavated 30 feet south and 55 feet east
of W 23.0 to evaluate former stream bed pathway through the site.

| | | |
|---|---|---|
| 0.0' - | 0.3' | Bituminous concrete. |
| 0.3' - | 1.1' | Very light brown, fine to medium silty sandy gravel fill. |
| 1.1' - | 2.0' | Black stained, very fine sand, silt lens. |
| 2.0' - | 6.5' | Black, fine to medium sandy gravel fill with sections of roofing material and black tar. |
| 6.5' - | 16.3' | Marsh grass, brown-yellow peat with intermittent deposits of shells, silt, fine to medium sands and coarse sand. |

Note:  Rapid groundwater infiltration at 15.5'; distinct sulfide
   and coal tar odors noted.


Test Pit W 25.0

   Test pit W 25.0 was excavated 130 feet west and 125 feet
south of the ell corner of the #378 warehouses, adjacent to
previous W 3.0 excavation.

| | | |
|---|---|---|
| 0.0' - | 0.2' | Bituminous concrete. |
| 0.2' - | 0.9' | Medium brown, fine gravel fill. |
| 0.9' - | 2.1' | Bituminous concrete. |
| 2.1' - | 3.7' | Black, mixture of medium gravel, ash, brick and slag cemented together in very dense layer. |
| 3.7' - | 4.9' | Dark brown-red, sandy gravel fill; some leather scrap. |
| 4.9' - | 6.0' | Wedge of white spongy material. |
| 6.0' - | 11.0' | Peat, marsh grass blending into gray silty fine sands, trace clay. |

Note:  No groundwater infiltration.  At 4.9', encountered
   1"copper water line.

Test Pit W 26.0

    Test pit W 26.0 was excavated approximately 42' to the south of the southeast corner of #378 Commercial Street; adjacent to former well MW4.

|             |                                                                                        |
|-------------|----------------------------------------------------------------------------------------|
| 0.0' - 0.4' | Bituminous concrete.                                                                   |
| 0.4' - 0.9' | Light brown fine gravel with oxide staining; and red brick fragments.                  |
| 0.9' - 3.0' | Dense organic silts with fine to coarse sands and gravel; some cobbles.                |
| 3.0' - 5.0' | 3/4" graded stone.                                                                     |
| 5.0' - 6.0' | Brown-dark brown marsh grass and peat mixed with fine to coarse sand; trace fine gravel. |

Test Pit W 27.0

    Test pit W 27.0 was excavated 250'± south and 90'± east of northeast corner of the warehouses, in the vicinity of the former pier area; trench cut in a northwesterly direction.

|             |                                                                                                                                          |
|-------------|----------------------------------------------------------------------------------------------------------------------------------------|
| 0.0' - 0.5' | Light brown fine to medium processed gravel.                                                                                           |
| 0.5' - 8.0' | Black stained organic silts with fine to coarse sandy gravel fill and miscellaneous debris; well compacted, large blocks, brick, wood, glass, granite curbs and rebar. |

Note:  Distinct coal tar odor to black stained fill.

Test Pit W 28.0

    Test pit W 28.0 was excavated at the southeast end of W 27.0 to investigate the extent of miscellaneous fill material.

|             |                                              |
|-------------|----------------------------------------------|
| 0.0' - 4.0' | Light brown, fine to medium processed gravel. |

Note:  Typical of W 27.0, predominantly construction debris.  No groundwater infiltration.

MLDN                    000699

**GUILD DRILLING CO., INC.**
100 WATER STREET    EAST PROVIDENCE, R I

| | | |
|---|---|---|
| DATE | | |
| HOLE NO | | S-22 |
| LINE & STA. | | |
| OFFSET | | |
| SURF ELEV. | | |

TO  Norwood Engineering    ADDRESS  Norwood, Mass.
PROJECT NAME  Monitor Wells @ Town DPW    LOCATION  Malden, Mass.
REPORT SENT TO  Above  /  DPW Way    PROJ NO
SAMPLES SENT TO  Taken At Site    OUR JOB NO.  88-435

|  | CASING | SAMPLER | CORE BAR |
|---|---|---|---|
| Type | H/S/A | S/S | |
| Size: D | | 1-3/8" | |
| Hammer Wt | | 140# | BIT |
| Hammer Fall | | 30" | |

GROUND WATER OBSERVATIONS
At _____ after _____ Hours
At _____ after _____ Hours

| | Date | Time |
|---|---|---|
| START | 11/18/87 | a m / p m |
| COMPLETE | 11/18/87 | a m / p m |
| TOTAL HRS. | | |
| BORING FOREMAN G. Broullette | | |
| INSPECTOR | | |
| SOILS ENGR. | | |

## LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From - To | Type of Sample | Blows per 6" on Sampler 0-6 | 6-12 | 12-18 | Moisture Density or Consist. | Strata Change Elev. | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock-color, type, condition, hardness, Drilling time, seams and etc | Sample No | Per | Rec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-3' | Auger | Sample | | | | | Black fine to medium SAND & Gravel, some Silt & Cobbles (Fill) Glass, Wood, Brick (Strong Coal Tar Odor noted at 1'6") | 1 | 36" | – |
| | | 3'-5' | D | 3 5 | 3 | 4 | | | | 2 | 24' 6" | |
| | | 8'-10' | D | 10 14 | 11 | 12 | | 10' | | 3 | 24' 2" | |
| | | 10'-12' | D | 1 1 | 1 | 1 | | 13' | Brown fine SAND & Silt, trace of Fiber & Coal Tar | 4 | 24' 18" | |
| | | 13'-15' | D | 2 2 | 2 | 2 | | | PEAT & organic Silt & Coal Tar | 5 | 24' 18" | |
| | | 15'-17' | D | 2 | 2 | 2 | | | | 6 | 24' 24" | |
| | | 17'-19' | D | 2 3 | 2 | 4 | | 19' | | 7 | 24' 12" | |
| | | | | | | | | | Bottom of Boring 19' Installed (2" PVC) Monitor' Well  at 15' 5'-Solid 6-Bags of Ottawa Sand 1/4-Box of Bentonite Balls 1/4-Bag of Cement 1-Road Box (used respiratior) | | | |

GROUND SURFACE TO _____ 15' _____ USED  H/S/A  CASING  THEN _____ S/S to Bottom

Sample Type
D-Dry  C-Cored  W-Washed
UP-Undisturbed Piston
TP-Test Pit  A-Auger  V-Vane Test
UT-Undisturbed Thinwall

Proportions Used
trace   0 to 10%
little  10 to 20%
some  20 to 35%
and   35 to 50%

140 lb Wt x 30" fall on 2" O.D. Sampler
Cohesionless Density
0-10    Loose
10-30   Med Dense
30-50   Dense
50+    Very Dense

Cohesive Consistency
0-4   Soft     30-4 Hard
4-8   M/Stiff
8-15  Stiff
15-30 V. Stiff

SUMMARY
Earth (linear) 19'
Rock Coring -0-
Samples 7

HOLE NO  S-22

MLDN    000700
NB-22

# GUILD DRILLING CO., INC.
100 WATER STREET     EAST PROVIDENCE R I

| | |
|---|---|
| TO **Norwood Engineering** | ADDRESS **Norwood, Mass.** |
| PROJECT NAME **Monitor Wells @ Town DPW-** | LOCATION **Malden, Mass.** |
| REPORT SENT TO **Above** / **DPW Way** | PROJ NO |
| SAMPLES SENT TO **Taken At Site** | OUR JOB NO **88-435** |

DATE ___
HOLE NO **S-23**
LINE & STA ___
OFFSET ___
SURF ELEV ___

| GROUND WATER OBSERVATIONS | | CASING | SAMPLER | CORE BAR | | Date | Time |
|---|---|---|---|---|---|---|---|
| At **2'** after ___ Hours | Type | H/S/A | S/S | | START | **11/19/87** | a m / p m |
| | Size - D | | **1-3/8"** | | COMPLETE | **11/19/87** | a m / p m |
| | Hammer Wt | | **140#** | BIT | TOTAL HRS. | | |
| At ___ after ___ Hours | Hammer Fall | | **30"** | | BORING FOREMAN **G. Broullette** | | |

INSPECTOR ___
SOILS ENGR. ___

## LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From – To | Type of Sample | Blows per 6" on Sampler 0-6 | 6-12 | 12-18 | Moisture Density or Consist | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc Rock-color, type, condition, hardness, Drilling time, seams and etc | SAMPLE No | Per | Rec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-3' | Auger Sample | | | | | 1' | Brown fine to medium SAND & Gravel (Clean Fill) | 1 | 36" | – |
| | | 3'-5' | D | 1 3 | 15 | 4 | | | Black fine to medium SAND & Gravel & Cinder & Brick, some Glass & Wood & Silt (Fill) | 2 | 24" | 12" |
| | | 7'-9' | D | 1 1 | 1 | 1 | | 5'6" | Coal Tar mixed in at 3' | 3 | 24" | 24" |
| | | | | | | | | | Gray organic SILT, trace of Fiber | | | |
| | | 15'-17' | D | 1 1 | 1 | 1 | | | | 4 | 24" | 24" |
| | | | | | | | | 18' | | | | |
| | | | | | | | | | PEAT | | | |
| | | 20'-22' | D | 1 2 | 1 | 2 | | 22' | | 5 | 24" | 24" |
| | | | | | | | | | Bottom of Boring 22' Installed (2" PVC) Monitor Well at 15' | | | |
| | | | | | | | | | 15'-Slotted 5'  Solid 9-Bags of Ottawa Sand 1/4-Bentonite Balls 1/4-Bag of Cement 1-Road Box & Respirators | | | |

GROUND SURFACE TO **20'** ___ USED **H/S/A** CASING THEN **S/S to Bottom**

| Sample Type | Proportions Used | Cohesionless Density | Cohesive Consistency | SUMMARY |
|---|---|---|---|---|
| D-Dry  C-Cored  W-Washed | trace  0 to 10% | 0-10  Loose | 0-4  Soft   30 + Hard | Earth (bore)  **22'** |
| UP-Undisturbed Piston | little  10 to 20% | 10-30  Med Dense | 4-8  M/Stiff | Rock Coring -0- |
| TP-Test Pit  A-Auger  V-Vane Test | some  20 to 35% | 30-50  Dense | 8-15  Stiff | Samples  **5** |
| UT-Undisturbed Thinwall | and  35 to 50% | 50 +  Very Dense | 15-30  V Stiff | HOLE NO  NB-23 |

140 lb Wt x 30" fall on 2" O.D. Sampler

MLDN          000701

# GUILD DRILLING CO., INC.

100 WATER STREET    EAST PROVIDENCE R.I.

| | |
|---|---|
| DATE | OF |
| HOLE NO. | S-24 |
| LINE & STA | |
| OFFSET | |
| SURF. ELEV. | |

TO __Norwood Engineering__    ADDRESS __Norwood, Mass.__
PROJECT NAME __Monitor Wells @ Town DPW__    LOCATION __Malden, Mass.__
REPORT SENT TO __Above__ / __DPW Way__    PROJ NO _____
SAMPLES SENT TO __Taken At Site__    OUR JOB NO __88-435__

| GROUND WATER OBSERVATIONS | | CASING | SAMPLER | CORE BAR | | Date | Time |
|---|---|---|---|---|---|---|---|
| At ____ after ____ Hours | Type | H/S/A | S/S | | START | 11/19/87 | a.m / p.m |
| | Size : D | | 1-3/8" | | COMPLETE | 11/20/87 | a.m / p.m |
| At ____ after ____ Hours | Hammer Wt | | 140# | BIT | TOTAL HRS. | | |
| | Hammer Fall | | 30" | | BORING FOREMAN G. Broullette | | |
| | | | | | INSPECTOR | | |
| | | | | | SOILS ENGR. | | |

## LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From - To | Type of Sample | Blows per 6" on Sampler 0-6 | 6-12 | 12-18 | Moisture Density or Consist. | Strata Change Elev. | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc · Rock-color, type, condition, hardness, Drilling time, seams and etc | Sample No | Pen | Rec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-3' | Auger Sample | | | | | 2" | BLACKTOP | 1 | 36" | - |
| | | | | | | | | | Brown fine to medium SAND & Gravel & Silt | | | |
| | | | | | | | | 1' | Black fine SAND & organic Silt & (Coal Tar Odor) | | | |
| | | | | | | | | 3' | | | | |
| | | 3'-4' | D | 1 | 3 | - | | 4' | Gray silty CLAY, (Fill) | 2 | 12" | 12" |
| | | 4'-5' | D | - | 4 | 3 | | | Black & Brown fine to medium SAND mixed with organic Silt some Fiber | 2A | 12" | 12" |
| | | | | | | | | 6' | organic SILT, trace of Fiber | | | |
| | | 7'-9' | D | 1 | 1 | 1 | | | | 3 | 24" | 24" |
| | | | | | | | | 13' | | | | |
| | | 13'-14'6" | D | 1 | 1 | 1 | | | Black organic SILT, trace of Gray fine Sand | 4 | 18" | 18" |
| | | 14'6-15' | D | - | - | 10 | | 14'6" | Black & Gray fine to medium SAND (trace of organic to none at tip of Spoon) | 4A | 6" | 6" |
| | | | | | | | | 18' | Gray organic SILT, trace of Fibers PEAT | | | |
| | | 20'-22' | D | 1 | 1 | 2 | | | | 5 | 24" | 24" |
| | | | | 3 | | | | | | | | |
| | | | | | | | | 25' | | | | |
| | | 25'-27' | D | 1 | 2 | 2 | | | Gray fine SAND & Silty Clay on Layers | 6 | 24" | 24" |
| | | | | 13 | | | | 27' | Bottom of Borings 27' Installed (2") PVC Monitor Well at 25' 10'-Slotted 15'-Solid 9-Bags of Ottawa Sand 1/2-Box of Bentonite Balls 1-Road Box Respirator | | | |

GROUND SURFACE TO __25__    USED __H/S/A__ CASING    THEN __S/S to Bottom__

| Sample Type : | Proportions Used : | Cohesionless Density | Cohesive Consistency | SUMMARY |
|---|---|---|---|---|
| D - Dry  C - Cored  W - Washed | trace 0 to 10% | 0-10   Loose | 0-4   Soft   30+ Hard | Earth Boring 27' |
| UP - Undisturbed Piston | little 10 to 20% | 10-30 Med Dense | 4-8  M/Stiff | Rock Coring -0- |
| TP-Test Pit  A-Auger  V-Vane Test | some 20 to 35% | 30-50  Dense | 8-15  Stiff | Samples 6. |
| UT-Undisturbed Thinwall | and 35 to 50% | 50+ Very Dense | 15-30 V-Stiff | HOLE NO. B-24 |

140 lb Wt x 30' fall on 2" O.D. Sampler

MLDN    000702

# GUILD DRILLING CO., INC.

100 WATER STREET    EAST PROVIDENCE, R I

| | |
|---|---|
| SHEET _____ OF _____ | |
| DATE _____ | |
| HOLE NO _____ | S-25 |
| LINE & STA _____ | |
| OFFSET _____ | |
| SURF ELEV _____ | |

TO __Norwood Engineering__    ADDRESS __Norwood, Mass.__
PROJECT NAME __Monitor Wells @ Town DPW-__    LOCATION __Malden, Mass.__
REPORT SENT TO __Above__ / __DPW Way__    PROJ NO _____
SAMPLES SENT TO __Taken At Site__    OUR JOB NO __88-435__

| GROUND WATER OBSERVATIONS | | | CASING H/S/A | SAMPLER S/S | CORE BAR | | Date | Time |
|---|---|---|---|---|---|---|---|---|
| At _____ after _____ Hours | | Type | | | | START | 11-20-87 | a m / p m |
| | | Size | D | | | COMPLETE | 11-20-87 | a m / p m |
| | | | | 1-3/8" | | TOTAL HRS. | | |
| At _____ after _____ Hours | | Hammer Wt | | 140# | BIT | BORING FOREMAN G. Broullette | | |
| | | Hammer Fall | | 30" | | INSPECTOR | | |
| | | | | | | SOILS ENGR. | | |

LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From - To | Type of Sample | Blows per 6" on Sampler C-6 / 6-12 / 12-18 | Moisture Density or Consist | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock-color, type, condition, hardness, Drilling time, seams and etc. | SAMPLE No / Pen / Rec |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Drilled to 8' | |
| | | | | | | 8' | | |
| | | | | | | | Installed ( 2" PVC ) Monitor Well at 8' | |
| | | | | | | | 5'-Slotted | |
| | | | | | | | 5'-Solid | |
| | | | | | | | 4-Bags of Ottawa Sand | |
| | | | | | | | 1/4-Bentonite Balls | |
| | | | | | | | 1/2-Cement | |
| | | | | | | | 1-Road Box | |
| | | | | | | | Respirator | |
| | | | | | | | 1-Gate Box | |

GROUND SURFACE TO ___8'___    USED _H/S/A_ CASING    THEN ___S/S to Bottom___

| Sample Type | Proportions Used | 140 lb Wt x 30" fall on 2" O.D. Sampler | | SUMMARY |
|---|---|---|---|---|
| D:Dry C:Cored W:Washed | trace 0 to 10% | Cohesionless Density | Cohesive Consistency | Earth Boring 8' |
| UP:Undisturbed Piston | little 10 to 20% | 0-10 Loose | 0-4 Soft  30 + Hard | Rock Coring -0- |
| TP:Test Pit A:Auger V:Vane Test | some 20 to 35% | 10-30 Med Dense | 4-8 M/Stiff | Samples _____ |
| UT:Undisturbed Thinwall | and 35 to 50% | 30-50 Dense | 8-15 Stiff | HOLE NO _____ |
| | | 50 + Very Dense | 15-30 V-Stiff | |

MLDN    000703

# GUILD DRILLING CO., INC.

### 100 WATER STREET    EAST PROVIDENCE, R. I.

| | |
|---|---|
| SHEET 1 of 1 | |
| DATE | |
| HOLE NO. S-26 | |
| LINE & STA. | |
| OFFSET | |
| SURF. ELEV. | |

TO ___ Norwood Engineering    ADDRESS Norwood, Mass.
PROJECT NAME Monitor Wells @ Town DPW-    LOCATION Malden, Mass.
REPORT SENT TO Above / DPW Way    PROJ. NO.
SAMPLES SENT TO Taken At Site    OUR JOB NO. 88-435

| GROUND WATER OBSERVATIONS | | CASING | SAMPLER | CORE BAR | | Date | Time |
|---|---|---|---|---|---|---|---|
| At 6' in River after ___ Hours | | H/S/A | S/S | | START | 11-20-87 | a.m. p.m. |
| | Type | | | | COMPLETE | 11-20-87 | a.m. p.m. |
| At ___ after ___ Hours | Size I.D. | | 1-3/8" | | TOTAL HRS. | | |
| | Hammer Wt. | | 140# | | BORING FOREMAN G. Broullette | | |
| | Hammer Fall | | 30" | BIT | INSPECTOR | | |
| | | | | | SOILS ENGR. | | |

### LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From - To | Type of Sample | Blows per 6" on Sampler 0-6 6-12 12-18 | Moisture Density or Consist. | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock-color, type, condition, hardness, Drilling time, seams and etc | No | Pen | Rec |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-3' | Auger Sample | | | | Brown fine to medium SAND & organic Silt (Fill) Boulder in Fill | 1 | 36" | '- |
| | | 3'-3'6" | D | 100/0" | | 5' | | - | 6" | 0" |
| | | 5'-7' | D | 2  3  5   10 | | | Black Coal Tar, some Silt & Clay mixed in Fill (strong odor noted) | 2 | 24" | 12" |
| | | 10'-12' | | 1  1  2   1 | | 10' | Black & Brown organic SILT, trace of Fibers & Gray fine Sand | 3 | 24" | 12" |
| | | 15'-17' | D | 1  1  4   3 | | 14' | Grayish fine SAND & organic Silt, trace of Peat Fibers mixed | 4 | 24" | 18" |
| | | | | | | 18' | Gray organic SILT, trace of Fibers | | | |
| | | 20'-21'6" | D | 1  1  1 | | 21'6" | | 5 | 18" | 18" |
| | | 21'6"-22' | D | -  -  1 | | | Brown PEAT, trace of fine Sand | 5A | 6" | 6" |
| | | 25'-27' | D | 1  2  2 | | 24' | Gray silty CLAY, trace of fine Sand in Lenses | 6 | 12" | 24" |
| | | | | | | 27' | Bottom of Boring 27' | | | |

Installed (2" PVC)
Monitor Well at 13'

10'-Slotted
5'-Solid
12-Bags of Ottawa Sand
1/2-Box of Bentonite Balls
1/2-Bag of Cement
1-4" Riser & Cap & Lock
Respirator

| | | | | |
|---|---|---|---|---|
| GROUND SURFACE TO ___ | USED H/S/A CASING | THEN ___ S/S to Bottom | | |
| Sample Type | Proportions Used | 140 lb Wt. x 30" fall on 2" O.D. Sampler | SUMMARY | |
| D-Dry C-Cored A-Washed | trace 0 to 10% | Cohesionless Density | Cohesive Consistency | Earth Boring 27' |
| UP-Undisturbed Piston | little 10 to 20% | 0-4 Loose | 0-4 Soft 30 + Hard | Rock Coring -0- |
| T-P Test Pit A-Auger V-Vane Test | some 20 to 35% | 10-30 Med. Dense | 4-8 M/Stiff | Samples 6 |

MLDN    000704

# GUILD DRILLING CO., INC.

100 WATER STREET    EAST PROVIDENCE, R I

| | | |
|---|---|---|
| SHEET ____ OF ___ | | |
| DATE _____ | | |
| HOLE NO __ S-27 __ | | |
| LINE & STA. _____ | | |
| OFFSET _____ | | |
| SURF. ELEV. _____ | | |

TO ▶ Norwood Engineering    ADDRESS Norwood, Mass.
PROJECT NAME Monitor Wells @ Town DPW-    LOCATION Malden, Mass.
REPORT SENT TO Above / DPW Way    PROJ NO. _____
SAMPLES SENT TO Taken At Site    OUR JOB NO. 88-435

| GROUND WATER OBSERVATIONS | | CASING H/S/A | SAMPLER S/S | CORE BAR | | Date | Time |
|---|---|---|---|---|---|---|---|
| At _____ after _____ Hours | Type | | | | START | 11-23-87 | a.m p.m |
| | Size: D | | 1-3/8" | | COMPLETE | 11-23-87 | a.m p.m |
| At _____ after _____ Hours | Hammer Wt | | 140# | BIT | TOTAL HRS. | | |
| | Hammer Fall | | 30" | | BORING FOREMAN G. Brouillette | | |

INSPECTOR _____
SOILS ENGR. _____

LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From – To | Type of Sample | Blows per 6" in Sampler From 0-6 / 6-12 / 12-18 | Moisture Density or Consist. | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock- color, type, condition, hardness, Drilling time, seams and etc | SAMPLE No | Pen | Rec |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-3' | Auger Sample | | | | Black fine to medium SAND & Cinder (Fill) | 1 | 36" | '- |
| | | | | | | 2'6" | | | | |
| | | 3'-5' | Auger Sample | | | | Black & Gray organic SILT (Fill) & (coal-tar odor noted) & fine Sand, trace of Fibers | 2 | 24" | '- |
| | | 5'-7' | D | 1 1 1 / 1 | | | | 3 | 24" | 24" |
| | | | | | | 9' | | | | |
| | | 10'-12' | D | 1 6 4 / 8 | | | Gray fine to medium SAND, some organic Silt & Fiber | 4 | 24" | 24" |
| | | | | | | 15' | | | | |
| | | 15'-17' | D | 5 6 7 / 8 | | 17' | Gray silty Clay & fine Sand in Layers | 5 | 24" | 24" |
| | | | | | | | Bottom of Boring 17' | | | |
| | | | | | | | Installed (2" PVC) Monitor Well at 15' | | | |
| | | | | | | | 15'-Slotted 5'-Solid 8-Bags of Ottawa Sand 1/4-Bentonite Balls 1/2-Bag of Cement 1-Road Box Respirator | | | |

GROUND SURFACE TO 15' USED H/S/A CASING THEN S/S to Bottom

Sample Type
D-Dry C-Cored A-Washed
UP-Undisturbed Piston
TP-Test Pit A-Auger V-Vane Test
UT-Undisturbed Thinwall

Proportions Used
trace 0 to 10 %
little 10 to 20 %
some 20 to 35 %
and 35 to 50 %

| Cohesionless Density | Cohesive Consistency | |
|---|---|---|
| 0-10 Loose | 0-4 Soft | 30 + Hard |
| 10-30 Med-Dense | 4-8 M/Stiff | |
| 30-50 Dense | 8-15 Stiff | |
| 50 + Very Dense | 15-30 V-Stiff | |

140 lb Wt x 30" fall on 2" O.D. Sampler

SUMMARY
Earth Boring 17
Rock Coring -0-
Samples 5

HOLE NO. B-26

MLDN    000705

# GUILD DRILLING CO., INC.

100 WATER STREET    EAST PROVIDENCE, R I

| | |
|---|---|
| SHEET | 1 OF 1 |
| DATE | |
| HOLE NO | S-28 |
| LINE & STA. | |
| OFFSET | |
| SURF. ELEV. | |

TO __Norwood Engineering__  ADDRESS __Norwood, Mass.__
PROJECT NAME __Monitor Wells @ Town DPW-__  LOCATION __Malden, Mass.__
REPORT SENT TO __Above__ / __DPW Way__
SAMPLES SENT TO __Taken At Site__  PROJ NO. _____
OUR JOB NO. __88-435__

| GROUND WATER OBSERVATIONS | | CASING | SAMPLER | CORE BAR | | Date | Time |
|---|---|---|---|---|---|---|---|
| At _10'_ on Rods after ___ Hours | Type | H/S/A | S/S | | START | 11/23/87 | a.m. p.m. |
| | Size I D | | 1-3/8" | | COMPLETE | 11/23/87 | a.m. p.m. |
| | Hammer Wt | | 140# | | TOTAL HRS. | | |
| At ___ after ___ Hours | Hammer Fall | | 30" | BIT | BORING FOREMAN G. Broullette | | |
| | | | | | INSPECTOR | | |
| | | | | | SOILS ENGR. | | |

LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From-To | Type of Sample | Blows per 6" on Sampler From 0-6 | 6-12 | 12-18 | Moisture Density or Consist. | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock-color, type, condition, hardness, Drilling time, seams and etc | No | Pen | Rec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-3' | | Auger Sample | | | | 2" | Cement | 1 | 36" | - |
| | | | | | | | | 1'6" | Clean Brown fine to medium SAND & Gravel | | | |
| | | 5'-7' | D | 10 29 | 13 | 15 | | | Black fine to medium SAND & Cinder & Coal Tar & Gravel | 2 | 24" | 24" |
| | | | | | | | | 10' | | | | |
| | | 10'-11' | D | 3 | 3 | - | | 11' | Gray & Black CLAY & organic (Fill) | 3 | 12" | 12" |
| | | 11'-12' | D | - | 1 | 3 | | 13' | Black organic SILT & Cinder & Fiber PEAT | 3A | 12" | 12" |
| | | 15'-16' | D | 1 | 1 | - | | 16' | PEAT | 4 | 12" | 12" |
| | | 16'-17' | D | - | 1 | 2 | | | Organic SILT & Peat | 4A | 12" | 12" |
| | | | | | | | | | "  ", trace of Peat | | | |
| | | 20'-22' | D | 1 1 | 1 | 1 | | | Gray organic SILT & fine Sand , trace of fibers & sea shells mixed | 5 | 24" | 24" |
| | | 25'-27' | D | 1 | 1 | 1 | | | | 6 | 24" | 24" |
| | | 30'-32' | D | 1 1 | 1 | 1 | | 31' | Gray fine to medium SAND | 7 | 24" | 24" |
| | | | | | | | | 35' | | | | |
| | | 35'-37' | D | 4 10 | 6 | 7 | | 37' | Gray silty Clay | 8 | 24" | 24" |
| | | | | | | | | | Bottom of Boring | | | |

GROUND SURFACE TO __35__ USED H/S/A CASING. THEN __S/S to Bottom__

Sample Type
D-Dry  C-Cored  A-Auger
UP-Undisturbed Piston
TP-Test Pit  A-Auger  WO-Wash Test

Proportions Used
trace   0 to 10%
little   10 to 20%
some   20 to 35%
and   35 to 50%

140 lb Wt x 30" fall on 2 OD Sampler
Cohesionless Density  Cohesive Consistency
0-10   Loose   0-4   Soft   30 + Hard
10-30   Med Dense   4-8   M/Stiff
30-50   Dense   8-15   Stiff
50 + Very Dense   8-15   V/Stiff
   5-30  V/Stiff

SUMMARY   37
Earth Boring ___
Rock Coring  -0-
Samples ___

HOLE NO. S-28

MLDN   000706

# GUILD DRILLING CO., INC.

100 WATER STREET    EAST PROVIDENCE, R.I.

| | |
|---|---|
| SHEET | 1 of 1 |
| DATE | |
| HOLE NO | S-29 |
| LINE & STA. | |
| OFFSET | |
| SURF. ELEV. | |

TO **Norwood Engineering**    ADDRESS **Norwood, Mass.**
PROJECT NAME **Monitor Wells @ Town DPW-**    LOCATION **Malden, Mass.**
REPORT SENT TO **Above** / **DPW Way**    PROJ NO.
SAMPLES SENT TO **Taken At Site**    OUR JOB NO. **88-435**

| GROUND WATER OBSERVATIONS | CASING | SAMPLER | CORE BAR |
|---|---|---|---|
| At **8'** after ____ Hours | Type H/S/A | S/S | |
| | Size I.D | 1-3/8" | |
| At ____ after ____ Hours | Hammer Wt | 140# | BIT |
| | Hammer Fall | 30" | |

| | Date | Time |
|---|---|---|
| START | 11/23/87 | a.m p.m. |
| COMPLETE | 11/23/87 | a.m p.m. |
| TOTAL HRS. | | |
| BORING FOREMAN | G. Broullette | |
| INSPECTOR | | |
| SOILS ENGR. | | |

LOCATION OF BORING

| DEPTH | Casing Blows per foot | Sample Depths From – To | Type of Sample | Blows per 6" on Sampler 0-6 / 6-12 / 12-18 | Moisture Density or Consist. | Strata Change Elev | SOIL IDENTIFICATION Remarks include color, gradation, Type of soil etc. Rock-color, type, condition, hardness, Drilling time, seams and etc. | SAMPLE No | Pen | Rec |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 0'-3' | Auger Sample | | | 1'6" | Brown fine to coarse SAND & Gravel (Fill) | 1 | 36" | -" |
| | | | | | | | Black fine to medium SAND & Cinder & Silt (Fill) & Boulders | 2 | 24" | 6" |
| | | 5'-7' | D | 49 40 59 / 60 | | | | | | |
| | | | | | | 9' | | | | |
| | | 10'-12' | D | 3 4 5 / 7 | | | Black organic SILT & some Sand & Coal Tar | 3 | 24" | 6" |
| | | 15'-15'6 | D | 1 – – | | 15'6" | | 4 | 6" | 6" |
| | | 15'6-17' | D | 1 1 5 | | 17' | PEAT | | | |
| | | | | | | | Bottom of Boring 17' | | | |

GROUND SURFACE TO **15'** USED **H/S/A** CASING: THEN **S/S** to Bottom

| Sample Type | Proportions Used | 140 lb Wt. x 30" fall on 2" O.D. Sampler | | SUMMARY |
|---|---|---|---|---|
| D-Dry U-Undisturbed A-Auger | trace 0 to 10% | Cohesionless Density | Cohesive Consistency | Earth Boring 17' |
| UO-Undisturbed Piston | little 10 to 20% | 0-10 Loose 30+ Hard | 0-4 Soft 30+ Hard | Rock Coring -0- |
| DS-Denison A-Auger V-Vane Test | some 20 to 35% | 10-30 Med Dense | 4-8 M/Stiff | Samples 4 |
| | | 30-50 Dense | 8-15 Stiff | HOLE NO |

MLDN    000707

APPENDIX E

MLDN          000708



**Testing Laboratories**

East Natick Industrial Park
6 Huron Drive • Natick, MA 01760
(617) 235-7330, 653-5950
Telex 948459 GREENELAB NTIK

*CONAM INSPECTION*

Research - Development

Branch Laboratories:
Springfield, Mass. 01109        Auburn, Mass. 01501
(413) 734-6548                  (617) 832-5500

*CONAM INSPECTION* A UNIT OF
California, Texas, Illinois, Pennsylvania, Ohio

---

TO: NORWOOD ENGINEERING CO.            DATE: 12/15/87            MATERIAL: SOIL

1410 ROUTE ONE                         JOB NO. 3223-1            BOOK NO.  325-45-6B

NORWOOD MA  02062                      LAB NO. 7212             SPECIFICATIONS:
                                            DECK.W07-P1
IN:                                    ORDER NO. D0065

SAMPLE ID:  4 SOIL SAMPLES             DATE REC'D: 12/7/87

|  | "C"<br>D0065-NB22-S5 | "D"<br>D0065-WELLIS-S25 | "A"<br>D0065-NB23-S2 | "B"<br>D0065-NB27-S3 |
|---|---|---|---|---|
| Free Cyanide (mg/kg) | 1.02 | 2.28 | 3.86 | 6.19 |
| Total Cyanide (mg/kg) | <1.41 | 4.11 | 44.9 * | 1.87 ** |
| Arsenic (mg/kg) | 5.225 | 3.453 | -- | -- |
| Phenol (mg/kg) | <2.20 | -- | <2.38 | -- |

Note:  * Average of 3 results.

      ** Interference, positive or negative, could not be determined.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS
15TH DAY OF DECEMBER 1987
ARNOLD GREENE TESTING LABORATORIES
DIVISION OF CONAM INSPECTION

Geoffrey A. Coelho, Manager

UNLESS STIPULATED IN WRITING BY YOU, ALL SAMPLES WILL BE RETAINED FOR 30 DAYS AND THEN DISPOSED OF
THIS REPORT IS RENDERED UPON THE CONDITION THAT IT IS NOT TO BE REPRODUCED WHOLLY OR IN PART FOR ADVERTISING AND/OR OTHER
PURPOSES OVER OUR SIGNATURE OR IN CONNECTION WITH OUR NAME WITHOUT OUR SPECIAL PERMISSION IN WRITING

MLDN            000709



## Testing Laboratories

Inspection • Evaluation • Analysis
Research • Development

East Natick Industrial Park
6 Huron Drive • Natick, MA 01760
(617) 235-7330, 653-5950
Telex 948459 GREENELAB NTIK

**CONAM INSPECTION**

Branch Laboratories:
Springfield, Mass. 01109          Auburn, Mass. 01501
(413) 734-6548                    (617) 832-5500

**CONAM INSPECTION** A UNIT OF ~~CONAM CORP~~
California, Texas, Illinois, Pennsylvania, Ohio

---

NORWOOD ENGINEERING CO          DATE: 12/15/87          MATERIAL: WATER

1410 ROUTE ONE                  JOB NO.  3223-1          BOOK NO.  322-40 SJ

NORWOOD MA  02062               LAB NO.   7212           SPECIFICATIONS: EPA METHOD 624
                                DECK.W07-P2
TN:                             ORDER NO. D0065

---

SAMPLE ID: 2 WATER SAMPLES      DATE REC'D: 12/4/87          DATE ANALYZED: 12/11/87
    1.  D0065-S9

| COMPOUND | QUANT. ION | CONC. UG/L | COMMENTS | COMPOUND | QUANT. ION | CONC. UG/L | COMMENTS |
|---|---|---|---|---|---|---|---|
| Chloromethane | | ND | | 1,1,2-Trichloroethane | | ND | |
| Dichlorodifluoromethane | | ND | | 2-Chloroethylvinyl Ether | | ND | |
| Bromomethane | | ND | | Bromoform | | ND | |
| Vinyl Chloride | | ND | | Benzene | 78 | TRACE | |
| Chloroethane | | ND | | Tetrachloroethylene | | ND | |
| Methylene Chloride | | ND | | 1,2,2,2-Tetrachloroethane | | ND | |
| Trichlorofluoromethane | | ND | | Toluene | 91 | TRACE | |
| 1,1-Dichloroethylene | | ND | | Chlorobenzene | | ND | |
| 1,1-Dichloroethane | | ND | | Ethylbenzene | 91 | TRACE | |
| 1,2-Dichloroethylene Isomers | | ND | | Acrolein | | ND | |
| Chloroform | | ND | | Acrylonitrile | | ND | |
| 1,2-Dichloroethane | | ND | | Non-Priority Pollutants: | | | |
| 1,1,1-Trichloroethane | | ND | | Xylenes   Total | | ND | |
| Carbon Tetrachloride | | ND | | | | | |
| Bromodichloromethane | | ND | | 1H-Indene | 116 | Tentatively Present | |
| 1,2-Dichloropropane | | ND | | | | | |
| 1,3-Dichloropropene Isomers | | ND | | | | | |
| Trichloroethylene | | ND | | | | | |
| Dibromochloromethane | | ND | | | | | |

---

KEY:  J= Approximation.
      D= Concentration is lower
      than detection level because
      of compounds more sensitive.
      ND=None Detected.

Priority Pollutants
DETECTION LEVELS (ppb)      25
-----------------------------------
**Acrolein & Acrylonitrile    125

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS
15TH  DAY OF DECEMBER 1987
ARNOLD GREENE TESTING LABORATORIES
DIVISION OF CONAM INSPECTION

James J. Yaril, Manager

UNLESS STIPULATED IN WRITING BY YOU, ALL SAMPLES WILL BE RETAINED FOR 30 DAYS AND THEN DISPOSED OF.
THIS REPORT IS RENDERED UPON THE CONDITION THAT IT IS NOT TO BE REPRODUCED WHOLLY OR IN PART FOR ADVERTISING AND / OR OTHER
PURPOSES OVER OUR SIGNATURE OR IN CONNECTION WITH OUR NAME WITHOUT OUR SPECIAL PERMISSION IN WRITING

MLDN          000710



**Testing Laboratories**

East Natick Industrial Park
6 Huron Drive • Natick, MA 01760
(617) 235-7330, 653-5950
Telex 948459 GREENELAB NTIK

**CONAM INSPECTION**

Research - Development

Branch Laboratories:
Springfield, Mass. 01109        Auburn, Mass. 01501
(413) 734-6548                  (617) 832-5500

CONAM INSPECTION  A UNIT OF  Q BELLCOR
California, Texas, Illinois, Pennsylvania, Ohio

---

O: NORWOOD ENGINEERING CO.          DATE: 12/31/87          MATERIAL:  WATER

   1410 ROUTE ONE                   JOB NO.  3223-2          BOOK NO.   J26-8-J8

   NORWOOD. MA  02062               LAB NO.  7212            SPECIFICATIONS:  NONE
                                             DECU.W01-P1
IN:                                 ORDER NO.00065

   SAMPLE ID: 2 SOIL - 2 WATER SAMPLES   DATE REC'D: 12/7/87   EXTRACTED: 12/8/87   ANALYZED: 12/15/87

PURPOSE:  To determine the presences of and quantification of any Base/Neutral or Acid Extractable compounds.

METHOD:  The samples were liquid/liquid extracted in accordance with the EPA's Analytical procedure for Base/Neutral

Extractable compounds and Acid Extractable compounds.  The extracts were then analyzed by Gas Chromatographic/Mass

Spectrometric technique. (EPA Method 625)

This sample(s) was tested for all the compounds on the enclosed list(s).

All compounds except those listed below were non-detected.
RESULTS:  #1. MW 1 (Water)                 UG/L
          Naphthalene                      5.5
          Acenaphthylene                   3.4
          Acenaphthene                     42
          Fluorene                         52
          Phenanthrene                     48
          Anthracene                       5.6
          Fluoranthene                     4.3
          Pyrene                           4.7
          Chrysene                         Trace

COMMENT:  The detection limit is  10 ug/l.

          #2. S-22 (Water)                 UG/L
          Naphthalene                      17,310
          Acenaphthylene                   189
          Acenaphthene                     523
          Fluorene                         670
          Phenanthrene                     1380
          Anthracene                       523
          Fluoranthene                     497
          Pyrene                           376
          Chrysene                         306

Detection Limit is 1,000 ug/l.

UNLESS STIPULATED IN WRITING BY YOU, ALL SAMPLES WILL BE RETAINED FOR 30 DAYS AND THEN DISPOSED OF
THIS REPORT IS RENDERED UPON THE CONDITION THAT IT IS NOT TO BE REPRODUCED WHOLLY OR IN PART FOR ADVERTISING AND / OR OTHER
PURPOSES OVER OUR SIGNATURE OR IN CONNECTION WITH OUR NAME WITHOUT OUR SPECIAL PERMISSION IN WRITING.

MLDN          000711



**Testing Laboratories**

Inspection · Evaluation · Analysis
Research · Development

East Natick Industrial Park
6 Huron Drive · Natick, MA 01760
(617) 235-7330, 653-5950
Telex 948459 GREENELAB NTIK

**CONAM INSPECTION**

**Branch Laboratories:**
Springfield, Mass. 01109          Auburn, Mass. 01501
(413) 734-6548                    (617) 832-5500

**CONAM INSPECTION** A UNIT OF **Dellcorp**
California, Texas, Illinois, Pennsylvania, Ohio

---

': Norwood Engineering Co.          Job #: 3223-1          ID: 2 Water - 2 Soil Samples          Page 2.

PURPOSE:  To determine the presences of and quantification of any Base/Neutral or Acid Extractable compounds.

METHOD:  The samples were soxhlet/soxhlet extracted in accordance with the EPA's Analytical procedure for Base/Neutral

Extractable compounds and Acid Extractable compounds.  The extracts were then analyzed by Gas Chromatographic/Mass

Spectrometric technique. (EPA Method 625)

This sample(s) was tested for all the compounds on the enclosed list(s).

All compounds except those listed below were non-detected.

RESULTS: #3.  S-75 (Soil)                          mg/kg Wet weight
         Naphthalene                              935
         Acneaphthylene                           Trace
         Acenaphthene                             120
         Fluorene                                 247
         Phenanthrene                             973
         Anthracene                               518
         Fluoranthene                             373
         Pyrene                                   259
         Benzo(A)anthracene                       519
         Benzo(b)Fluorene                         270
         Benzo(a)pyrene                           466
         Indeno(1,2,3-cd)pyrene                   Trace

COMMENT: The detection limit is  300 mg/kg wet weight.

         #4.  S-26 (Soil)
         Naphthlene                               1480
         Acenaphthylene                           276
         Fluorene                                 350
         Phenanthrene                             1100
         Anthracene                               190
         Fluoranthene                             286
         Pyrene                                   209
         Chrysene                                 254

The detection limit is  400 mg/kg wet weight.

                    IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS
                              31ST DAY OF DECEMBER 1987
                          ARNOLD GREENE TESTING LABORATORIES
                            DIVISION OF CONAM INSPECTION

                              James J. Bartl, Manager

UNLESS STIPULATED IN WRITING BY YOU, ALL SAMPLES WILL BE RETAINED FOR 30 DAYS AND THEN DISPOSED OF.
THIS REPORT IS RENDERED UPON THE CONDITION THAT IT IS NOT TO BE REPRODUCED WHOLLY OR IN PART FOR ADVERTISING AND / OR OTHER
PURPOSES OVER OUR SIGNATURE OR IN CONNECTION WITH OUR NAME WITHOUT OUR SPECIAL PERMISSION IN WRITING

MLDN                    000712



## Testing Laboratories

Inspection · Evaluation · Analysis
Research · Development

East Natick Industrial Park
6 Huron Drive • Natick, MA 01760
(617) 235-7330, 653-5950
Telex 948459 GREENELAB NTIK

**CONAM INSPECTION**

**Branch Laboratories:**
Springfield, Mass. 01109      Auburn, Mass. 01501
(413) 734-6548               (617) 832-5500

**CONAM INSPECTION** *a div. of* 
California, Texas, Illinois, Pennsylvania, Ohio

---

| : NORWOOD ENGINEERING CO | DATE: 12/15/87 | MATERIAL: WATER |
|---|---|---|
| 1410 ROUTE ONE | JOB NO. 3223-1 | BOOK NO. 322-40-SJ |
| NORWOOD MA 02062 | LAB NO. 7212 | SPECIFICATIONS: EPA METHOD 624 |
| 4 N: | DECK.W07-P3 ORDER NO. D0065 | |

---

SAMPLE ID: WATER SAMPLE          DATE REC'D: 12/4/87          DATE ANALYZED: 12/11/87
D0065-S22

| COMPOUND | QUANT. ION | CONC. UG/L | COMMENTS | COMPOUND | QUANT. ION | CONC. UG/L | COMMENTS |
|---|---|---|---|---|---|---|---|
| Chloromethane | | ND | | 1,1,2-Trichloroethane | | ND | |
| Dichlorodifluoromethane | | ND | | 2-Chloroethylvinyl Ether | | ND | |
| Bromomethane | | ND | | Bromoform | | ND | |
| Vinyl Chloride | | ND | | Benzene | 78 | 631 | |
| Chloroethane | | ND | | Tetrachloroethylene | | ND | |
| Methylene Chloride | | ND | | 1,2,2,2-Tetrachloroethane | | ND | |
| Trichlorofluoromethane | | ND | | Toluene | 91 | 544 | |
| 1,1-Dichloroethylene | | ND | | Chlorobenzene | | ND | |
| 1,1-Dichloroethane | | ND | | Ethylbenzene | 91 | 214 | |
| 1,2-Dichloroethylene Isomers | | ND | | Acrolein | | ND | |
| Chloroform | | ND | | Acrylonitrile | | ND | |
| 1,2-Dichloroethane | | ND | | Non-Priority Pollutants: | | | |
| 1,1,1-Trichloroethane | | ND | | Xylenes   Total | 91 | 648 | |
| Carbon Tetrachloride | | ND | | | | | |
| Bromodichloromethane | | ND | | | | | |
| 1,2-Dichloropropane | | ND | | | | | |
| 1,3-Dichloropropene Isomers | | ND | | | | | |
| Trichloroethylene | | ND | | | | | |
| Dibromochloromethane | | ND | | | | | |

---

KEY:  J= Approximation.
      O= Concentration is lower
      than detection level because
      of compounds more sensitive.
      ND=None Detected.

Priority Pollutants
DETECTION LEVELS (ppb)      25
-----------------------------------

**Acrolein & Acrylonitrile    125

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS
15TH DAY OF DECEMBER 1987
ARNOLD GREENE TESTING LABORATORIES
DIVISION OF CONAM INSPECTION

James J. Baril, Manager

UNLESS STIPULATED IN WRITING BY YOU, ALL SAMPLES WILL BE RETAINED FOR 30 DAYS AND THEN DISPOSED OF
THIS REPORT IS RENDERED UPON THE CONDITION THAT IT IS NOT TO BE REPRODUCED WHOLLY OR IN PART FOR ADVERTISING AND/OR OTHER
PURPOSES OVER OUR SIGNATURE OR IN CONNECTION WITH OUR NAME WITHOUT OUR SPECIAL PERMISSION IN WRITING

MLDN              000713



**Testing Laboratories**

East Natick Industrial Park
6 Huron Drive • Natick, MA 01760
(617) 235-7330, 653-5950
Telex 948450 GREENELAB NTIK

CONAM INSPECTION


Research • Development

Branch Laboratories:
Springfield, Mass. 01109     Auburn, Mass. 01501
(413) 734-6548                (617) 832-5500

CONAM INSPECTION A DIVISION OF
California, Texas, Illinois, Pennsylvania, Ohio

---

O: NORWOOD ENGINEERNG CO.          DATE: 12/23/87          MATERIAL: WATER

1410 ROUTE ONE                     JOB NO. 3666-1          BOOK NO.  327-45-DE

NORWOOD, MA  02062                 LAB NO. 7253            SPECIFICATIONS:
                                        DECQ.W05-P5
ATTN:                              ORDER NO. 0065-02

SAMPLE ID:  4 WATER SAMPLES        DATE REC'D: 12/15/87


    Sample                         Total Cyanide (mg/l)

    B0065-NB22                          0.03

    B0065-NB23                          0.08

    B0065-NB26                          1.66

    B0065-NB27                          0.65


                    IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS
                         23RD  DAY OF DECEMBER 1987
                       ARNOLD GREENE TESTING LABORATORIES
                        DIVISION OF CONAM INSPECTION
                   ---------------------------------------
                         Geoffrey A. Coelho, Manager


UNLESS STIPULATED IN WRITING BY YOU, ALL SAMPLES WILL BE RETAINED FOR 30 DAYS AND THEN DISPOSED OF.
THIS REPORT IS RENDERED UPON THE CONDITION THAT IT IS NOT TO BE REPRODUCED WHOLLY OR IN PART FOR ADVERTISING AND / OR OTHER
PURPOSES OVER OUR SIGNATURE OR IN CONNECTION WITH OUR NAME WITHOUT OUR SPECIAL PERMISSION IN WRITING

MLDN          000714

APPENDIX A

MLDN        000715

Interim Work Plan - Data Acquisition
Malden, Massachusetts

Wellington Property


(*)  1.   Delineation of Bulk - free floating coal tars.

          a.   Minimum of six test pit excavations in the
               area of test pits W-3, W-4 and B-11, with
               additional investigation along the northern
               property line adjacent to the main building.


          b.   Base Neutral (625) analysis on representative
               soil samples.


          c.   Representative 624 analysis for volatile
               organic compounds.


          d.   Recovery of bulk free floating coal tars
               through localized remediation.


          e.   Transmissivity/permeability studies in areas
               of possible groundwater recovery.


(*)  2.   Investigation of possible arsenic deposits during
          item (1) test pit excavations and removal to
          approved off site disposal facilities.

CAMBRIDGE ANALYTICAL ASSOCIATES, INC.

Table 5.  Concentrations of Volatile Organic Compounds

(Method 602 Modified)[1]

Client:  TRC Environmental Consultants, Inc.
CAA Project No.:  85-276

Date Samples Received:  April 5, 1985
Date Analysis Completed:  April 19, 1985

| Compound | Sample ID:<br>CAA ID: | Concentration - ug/kg (ppb)[2] | | |
|---|---|---|---|---|
| | | MW-1<br>8501186 | TP-4<br>8501187 | MW-3<br>8501188 |
| (1)   benzene | | 40 | 2,300 | 280 |
| (2)   toluene | | 24 | 1000 | 90 |
| (3)   ethyl benzene | | 88 | 15,000 | |
| (4)   total xylenes | | 300 | 32,000 | 72 |
| Detection Limit | | 8 | 50 | 6 |

[1] Modified by use of a flame ionization detector.

[2] Concentrations less than the detection limit are left blank.

MLDN        000717