UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WELL-COM ASSOCIATES, L.P., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket No. 05-10056-JLT |
| | ) | |
| HONEYWELL INTERNATIONAL INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

Pursuant to the Court's request, the parties state that over the last several months they have been actively engaged in settlement negotiations concerning a resolution of the issues in this environmental case. While the matter is not yet resolved, the parties believe substantial progress has been made. The parties state they will provide another report to the Court within the next sixty days.

Respectfully submitted,

WELL-COM ASSOCIATES, L.P.

/s/ A. Neil Hartzell
A. Neil Hartzell (BBO #544752)
Patricia B. Gary (BBO #554731
Donovan Hatem LLP
World Trade Center East
Two Seaport Lane
Boston, MA  02210
Tel. 617-406-4500

HONEYWELL INTERNATIONAL INC.

/s/ Thomas K. Christo
Thomas K. Christo (BBO #083240)
David B. Chaffin (BBO #549245)
HARE & CHAFFIN
160 Federal Street
Boston, MA  02110-1700
Tel. 617-330-5000

Of Counsel:

Brian D. Israel, Esq.
Arnold & Porter, LLP
552 12th Street, N.W.
Washington, DC  20004
Tel. 202-942-6546

## CERTIFICATE OF SERVICE

I, A. Neil Hartzell, hereby certify that on this 15th day of December, 2006, a copy of the foregoing was served on the attorney for the defendant by electronic means pursuant to Local Rule 5.2(b).

/s/ A. Neil Hartzell
A. Neil Hartzell

01054817