UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WELL-COM ASSOCIATES, L.P., | * | |
| | * | |
| Plaintiff, | * | |
| | * | Civil Action No. 05-10056-JLT |
| v. | * | |
| | * | |
| HONEYWELL INTERNATIONAL, INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |

ORDER

May 14, 2007

TAURO, J.

    After a Status Conference held on May 14, 2007, this court hereby orders that:

1.    Trial is scheduled for August 6, 2007, at 10:00 a.m..

2.    Parties may file <u>Motions for Summary Judgment</u> at any time before July 6, 2007.

3.    Oppositions shall be filed by July 20, 2007.

4.    Motions in limine shall be filed by July 27, 2007.

IT IS SO ORDERED.

                                                                                /s/ Joseph L. Tauro
                                               United States District Judge