UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WELL-COM ASSOCIATES, L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL, INC., )<br>)<br>Defendant. )<br>) | Docket Number 05-10056-JLT |

## PLAINTIFF'S NOTICE OF SUMMARY JUDGMENT MOTION FILING

Plaintiff, Well-Com Associates, L.P., relies on its previously filed Plaintiff's Cross-Motion for Partial Summary Judgment dated February 13, 2006 and accompanying memorandum of law and affidavits.

If the Court needs these papers to be re-filed plaintiff will do so.

Well-Com Associates, L.P.

By its attorneys,

/s/ A. Neil Hartzell
A. Neil Hartzell (BBO #544752)
Matthew M. O'Leary (BBO #652033)
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02110
(617) 406-4500

Dated: July 6, 2007

## CERTIFICATE OF SERVICE

I, A. Neil Hartzell, hereby certify that on this 6th day of July, 2007, a copy of the foregoing was served on the attorney for the defendant by electronic means pursuant to Local Rule 5.2(b).

/s/ A. Neil Hartzell
A. Neil Hartzell

01103352

1