# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**WELL-COM ASSOCIATES, L.P.**
    **Plaintiff,**


    **V**                              **CA 05-10056-JLT**


**HONEYWELL INTERNATIONAL, INC.**
    **Defendant.**


SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.,


        The court having been advised on   July 31,  , 2007 by

counsel for the  parties that the above action has  been settled:

IT IS ORDERED that this action is hereby DISMISSED.


        By the Court:


           /s/
        ZITA LOVETT,

8/6//2007                 Deputy Clerk