UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WELL-COM ASSOCIATES, L.P., <br>                   Plaintiff, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., <br>                   Defendant. | Docket No. 05-10056-JLT |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties in the above-entitled action, Well-Com Associates Limited Partnership and Honeywell International Inc. (together, the "Parties"), by their attorneys, hereby stipulate and agree that the following entries be made:

All claims and counterclaims asserted, or which could have been asserted, by and against the respective Parties in this action be and hereby are dismissed with prejudice and without costs to any party, and with all parties waiving all rights of appeal, each party to bear its own attorneys' fees.

The undersigned represent all parties who have appeared in this action.

| Attorneys for the Plaintiff, <br> Well-Com Associates, L.P. | Attorneys for the Defendant, <br> Honeywell International, Inc. |
|---|---|
| /s/ A. Neil Hartzell <br> A. Neil Hartzell (BBO #544752) <br> LeClair Ryan, PC <br> Two International Place <br> 16th Floor <br> Boston, MA 02110 <br> 857-221-8978 <br> 3664806_1.DOC | /s/ David B. Chaffin <br> Thomas K. Christo (BBO #083240) <br> David B. Chaffin (BBO #549245) <br> Hare & Chaffin <br> 160 Federal Street <br> Boston, MA 02110 <br> 617-330-5000 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 9, 2007.

/s/ A. Neil Hartzell
A. Neil Hartzell

3664806-1